UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONARC CONSTRUCTION, INC. )
)
Plaintiff, )
)
v. ) Case No. _____
)
U.S. SEWER & DRAIN, INC., )
)
AND )
)
JEREMY R. BOWMAN )
t/a U.S. SEWER & DRAIN, )
)
Defendants. )

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA:

Defendants, U.S. Sewer & Drain, Inc. and Jeremy R. Bowman t/a U.S. Sewer & Drain (collectively "removing parties"), by counsel, pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, hereby file this Notice of Removal and state as follows:

1. On February 10, 2006, the Plaintiff, Monarc Construction, Inc., filed a complaint against the removing parties in the Superior Court of the District of Columbia, Civil Action No. 2006 CA 000991 B ("state court action").

2. A short and plain statement of the grounds for removal is that this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441(a) because there is complete

diversity between the Plaintiff and the removing parties, and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.[1]

3. Plaintiff is a Virginia corporation with its principal place of business in that state. U.S. Sewer and Drain, Inc. is a Pennsylvania corporation with its principal place of business in that state. Jeremy R. Bowman is a citizen and resident of Pennsylvania.

4. The removing parties are the defendants in the state court action.

5. On February 20, 2006, the removing parties were served with a summons and complaint in the state court action.

6. This notice is filed with this Court within 30 days after service of the summons and complaint on the removing parties in the state court action.

7. This case is being removed to the United States District Court for the District of Columbia because this district encompasses the Superior Court of the District of Columbia.

8. Except for an Initial Order entered on February 10, 2006, no further proceedings have occurred in the state court action.

9. The state court action is a civil action for an alleged breach of contract.

10. Copies of all state court process, pleadings and orders served upon the removing parties in the state court action are attached hereto as Exhibit "A".

11. Written notice of the filing of this notice of removal is being served this date on Plaintiff's counsel of record. A true and correct copy of this notice of removal is being filed this date with the clerk of the Superior Court of the District of Columbia. A copy of said notice of filing of notice of removal (without attachments) is attached hereto as Exhibit "B".

---

[1] Although the complaint alleges a matter in controversy which exceeds the sum or value of $75,000.00, it is just that – an allegation. By this removal, the removing parties do not intend to suggest or agree that there is any cognizable claim against it by Plaintiff or that Plaintiff has suffered any compensable damages at all, let alone damages of $75,000.00 or more.

WHEREFORE, U.S. Sewer & Drain, Inc. and Jeremy R. Bowman t/a U.S. Sewer & Drain hereby remove the action now pending against them in the Superior Court for the District of Columbia, Civil Action No. 2006 CA 000991 B, to this Court.

                                                U.S. SEWER & DRAIN, INC.
                                                AND JEREMY R. BOWMAN
                                                t/a U.S. SEWER & DRAIN

Dated: March 16, 2006           By: _____ by BCF
                                              Daniel J. Kraftson (DC Bar No. 948034)
                                              KRAFTSON CAUDLE LLC
                                              1650 Tysons Boulevard
                                              Suite 560
                                              McLean, Virginia  22102
                                              (703) 873-5500 (telephone)
                                              (703) 873-5519 (facsimile)

                                              *Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2006, a true copy of the foregoing Notice of Removal was served via facsimile and first class mail, postage prepaid, on Gerald I. Katz, Katz & Stone, L.L.P., 8230 Leesburg Pike, Suite 600, Vienna, Virginia 22182, Counsel for Plaintiff.

_Daniel J. Kraftson by BCF_
Daniel J. Kraftson



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MONARC CONSTRUCTION INC.
Vs.
U.S. SEWER & DRAIN, INC.

C.A. No.    2006 CA 000991 B

### INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge ANNA BLACKBURNE-RIGSBY
Date: February 10, 2006
Initial Conference: 9:30 am, Friday, May 12, 2006
Location: Courtroom 519
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

Caio.doc

**EXHIBIT A**

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001   Telephone: 879-1133

| Monarc Construction, Inc. |
|---|

*Plaintiff*

vs.

| Jeremy R. Bowman, t/a U.S. Sewer & Drain |
|---|

*Defendant*

Civil Action No. [          ]

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

| Gerald I. Katz, Bar No. 237925 |
|---|

Name of Plaintiff's Attorney

| 8230 Leesburg Pike, Suite 600 |
|---|

Address

| Vienna, Virginia 22182 |
|---|

| 703.761.3000 |
|---|

Telephone

By [signature]
Deputy Clerk

Date [          ]

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-454/Mar. 93

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

MONARC CONSTRUCTION, INC., )
a Virginia corporation, )
2781 Hartland Road )
Falls Church, Virginia 22043, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. _____
 )
U.S. SEWER & DRAIN, INC., )
a Pennsylvania corporation, )
2804 Old Rodgers Rd, Unit D )
Bristol, Pennsylvania 19007, )
 )
    **SERVE**: Mayor Anthony A. Williams )
        Statutory Agent for Service )
        John A. Wilson Building )
        1350 Pennsylvania Ave., N.W. )
        Washington, D.C. 20004 )
 )
and )
 )
JEREMY R. BOWMAN )
t/a U.S. SEWER & DRAIN, )
a Pennsylvania resident trading under )
a Pennsylvania fictitious name, )
4156 Tower Street )
(Mail: Post Office Box 1072, )
Langhorne, PA 19047) )
Philadelphia, Pennsylvania 19127, )
 )
    **SERVE**: Mayor Anthony A. Williams )
        Statutory Agent for Service )
        John A. Wilson Building )
        1350 Pennsylvania Ave., N.W. )
        Washington, D.C. 20004 )
 )
    Defendants. )

*[Stamp: RECEIVED Civil Clerk's Office FEB 10 2006 Superior Court of the District of Columbia Washington, D.C.]*

KATZ & STONE, L.L.P.
ATTORNEYS AT LAW

**COMPLAINT**
**(Breach of Contract)**

COMES NOW, Plaintiff Monarc Construction, Inc. (hereinafter "Monarc"), by counsel, and for its Complaint against Defendants U.S. Sewer & Drain, Inc. and Jeremy R. Bowman t/a U.S. Sewer & Drain, states as follows:

### Jurisdiction and Venue

1. The jurisdiction and venue of this Court are founded upon Sections 11-921 and 13-423 of the District of Columbia Code (2001 ed.), as amended.

### Parties

2. Monarc is a corporation organized and existing under the laws of the Commonwealth of Virginia, with its principal place of business located at 2781 Hartland Road, Falls Church, Virginia 22043. At all relevant times hereto, Monarc has been properly licensed to conduct business in the District of Columbia and has been engaged in the business of construction contracting.

3. Upon information and belief, Defendant U.S. Sewer & Drain, Inc. is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, with its principal place of business located at 2804 Old Rodgers Road, Unit D, Bristol, Pennsylvania 19007.

4. Upon information and belief, Defendant Jeremy R. Bowman t/a U.S. Sewer & Drain is a resident of the Commonwealth of Pennsylvania trading under a fictitious name registered under the laws of the Commonwealth of Pennsylvania, with a principal place of business located at 4156 Tower Street, Philadelphia, Pennsylvania 19127 (mailing address: P.O. Box 1072, Langhorne, PA 19047).

### Facts

5. In March, 2003, Monarc entered into an agreement ("Agreement") with Defendant U.S. Sewer & Drain, Inc. and/or Defendant Jeremy R. Bowman t/a U.S. Sewer &

KATZ & STONE, L.L.P.
ATTORNEYS AT LAW

Drain (hereinafter referred to as "Defendants") pursuant to which Defendants agreed to perform certain work to install a liner in an existing stormwater and sewer pipe ("pipe"), including flushing, cleaning and video-inspecting the pipe prior to installing the liner, and reinstalling lateral connections to and video-inspecting the pipe after installing the liner (the "Work"), on a construction project known as Lofts 14, Parcel A, located in Washington, D.C. (the "Project").

6. In April, 2003, Defendants performed and purported to complete the Work.

7. Defendants were subsequently paid in full for the Work by Monarc.

8. Following Defendants' purported completion of the Work and receipt of full payment therefor from Monarc, Monarc was notified by the District of Columbia Water and Sewer Authority ("DC WASA") that the liner, as installed by Defendants, was unacceptable and had permanently damaged the pipe, and that DC WASA would not permit the roadway above the pipe to be paved and Monarc's bond for the Work to be released.

9. Accordingly, Monarc requested that Defendants replace the damaged pipe.

10. Defendants proposed to perform an alternative replacement procedure, at additional cost to Monarc, but Defendants failed to demonstrate the efficacy of the proposed procedure and DC WASA did not approve its use to repair the damage to the pipe caused by Defendants' Work.

11. Despite repeated demands by Monarc, Defendants have failed and/or refused to repair the damaged pipe.

12. Accordingly, Monarc is obligated to retain other contractors to perform work to correct the deficiencies in Defendants' Work and to repair the damage to the pipe caused by Defendants' Work, and has incurred and will continue to incur substantial costs arising from or related to the same.

## COUNT I
### (Breach of Contract)

13. The allegations contained in paragraphs 1 through 12 above are incorporated herein by reference as if set forth in full.

14. Defendants' failure to perform the Work correctly and in a workmanlike matter, leading to the permanent damage to the existing installations, and their failure and/or refusal to correct the deficiencies in the Work constitute material breaches of the Agreement.

15. As a direct and proximate result of such breaches, Monarc has and continues to incur damages in the amount of at least Three Hundred Eleven Thousand One Hundred Thirty Eight and 00/100 Dollars ($311,138.00), plus interest.

16. Monarc has fulfilled all conditions precedent to the bringing of this suit.

WHEREFORE, Plaintiff Monarc Construction, Inc. demands judgment against Defendants U.S. Sewer & Drain, Inc. and Jeremy R. Bowman t/a U.S. Sewer & Drain, jointly and severally, in the amount of at least Three Hundred Eleven Thousand One Hundred Thirty Eight and 00/100 Dollars ($311,138.00), plus pre- and post-judgment interest, costs and attorneys' fees, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

MONARC CONSTRUCTION, INC.

By Counsel

*/s/ signature/*

Gerald I. Katz, D.C. Bar No. 237925
Stephen W. Smith, D.C. Bar No. 463900
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
*Counsel for Plaintiff Monarc Construction, Inc.*

KATZ & STONE, L.L.P.
ATTORNEYS AT LAW

J:\13600.007\Pld\001sws Complaint.doc:bd

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

MONARC CONSTRUCTION, INC. )
)
Plaintiff, )
)
v. )   Civil Action No. 06-0000991
)   Calendar No. 10 –
)      Judge Blackburn-Rigsby
)   Next Court Event: May 12, 2006
U.S. SEWER & DRAIN, INC., et al. )      (Initial Scheduling Conference)
)
)
Defendants. )
)

*RECEIVED Civil Clerk's Office MAR 1 0 2006 Superior Court of the District of Columbia Washington, D.C.*

## PRAECIPE

Pursuant to Superior Court Rule 55(a)(2), the parties in the above-captioned action hereby agree to extend the time in which the defendants may answer or otherwise respond to the Complaint until on or before April 3, 2006.

Respectfully submitted,

By: _/s/ Stephen W. Smith, authorized_   By: _/s/ Jonathan T. Rees_
Gerald I. Katz (#237925)                  Jonathan T. Rees (#440381)
Stephen W. Smith (#463900)                HOGAN & HARTSON, L.L.P.
KATZ & STONE, L.L.P.                      555 13th Street, N.W.
8230 Leesburg Pike, Suite 600             Washington, DC  20004-1109
Vienna, Virginia  22182                   (202) 637-5600
(703) 761-3000

Attorneys for Plaintiff                   Attorneys for Defendants

\\\DC - 61118/0212 - 2272643 v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Praecipe was served this 10th day of March, 2006 by facsimile and first-class U.S. mail, postage pre-paid, upon:

>Gerald I. Katz
>Stephen W. Smith
>KATZ & STONE, L.L.P.
>8230 Leesburg Pike, Suite 600
>Vienna, Virginia  22182

_____
Jonathan T. Rees

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MONARC CONSTRUCTION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0000991 |
| ) | |
| U.S. SEWER & DRAIN, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

To:   Gerald I. Katz, Esquire
      Katz & Stone, L.L.P.
      8230 Leesburg Pike, Suite 600
      Vienna, Virginia 22182

Please take notice that the Defendants, U.S. Sewer & Drain, Inc. and Jeremy R. Bowman t/a U.S. Sewer & Drain, have filed with the clerk of the United States District Court for the District of Columbia a Notice of Removal pursuant to Sections 1332, 1441 and 1446 of Title 28 of the United States Code, a copy of said Notice of Removal being attached hereto, and that removal of the above-entitled action to the U.S. District Court for the District of Columbia was effected upon filing.

You are also notified that the Defendants have filed a copy of the instant Notice of Filing, as well as the attached copy of the Notice of Removal, with the Clerk of the Superior Court of the District of Columbia, and that said Superior Court shall, upon filing of this Notice and the attached copy of the Notice of Removal, proceed no further in the above-entitled action unless and until the case is remanded.

1

EXHIBIT B

U.S. SEWER & DRAIN, INC.
AND JEREMY R. BOWMAN
t/a U.S. SEWER & DRAIN

Dated: March 16, 2006       By: _____
Daniel J. Kraftson (DC Bar No. 948034)
KRAFTSON CAUDLE LLC
1650 Tysons Boulevard
Suite 560
McLean, Virginia 22102
(703) 873-5500 (telephone)
(703) 873-5519 (facsimile)

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2006, a true copy of the foregoing Notice of Filing of Notice of Removal was served via facsimile and first class mail, postage prepaid, on Gerald I. Katz, Katz & Stone, L.L.P., 8230 Leesburg Pike, Suite 600, Vienna, Virginia 22182, Counsel for Plaintiff.

_Daniel J. Kraftson by BCF_
Daniel J. Kraftson