UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC. ) | |
| Plaintiff, ) | |
| v. ) | Case No. _____ |
| U.S. SEWER & DRAIN, INC., ) | |
| AND ) | |
| JEREMY R. BOWMAN ) t/a U.S. SEWER & DRAIN, ) | |
| Defendants. ) | |

CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for the Defendants, U.S. Sewer & Drain, Inc. and Jeremy R. Bowman t/a U.S. Sewer & Drain, certify that to the best of my knowledge and belief, the Defendants do not have any parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

1

U.S. SEWER & DRAIN, INC.
AND JEREMY R. BOWMAN
t/a U.S. SEWER & DRAIN

Dated: March 16, 2006        By: _____
                                Daniel J. Kraftson (DC Bar No. 948034)
                                KRAFTSON CAUDLE LLC
                                1650 Tysons Boulevard
                                Suite 560
                                McLean, Virginia 22102
                                (703) 873-5500 (telephone)
                                (703) 873-5519 (facsimile)

                                *Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2006, a true copy of the foregoing Certificate was served via facsimile and first class mail, postage prepaid, on Gerald I. Katz, Katz & Stone, L.L.P., 8230 Leesburg Pike, Suite 600, Vienna, Virginia 22182, Counsel for Plaintiff.

*Daniel J. Kraftson by BCF*
Daniel J. Kraftson