UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. SEWER & DRAIN, INC., )<br>)<br>AND )<br>)<br>JEREMY R. BOWMAN )<br>t/a U.S. SEWER & DRAIN, )<br>)<br>)<br>Defendants. )<br>) | Case No. 1:06-cv-00493-HHK |

**ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM**

Defendants, U.S. Sewer & Drain, Inc. and Jeremy R. Bowman t/a U.S. Sewer & Drain, by counsel, hereby file their Answer, Affirmative Defenses and Counterclaim to Plaintiff Monarc Construction, Inc.'s ("Monarc") Complaint, and state as follows:

1. The allegations of paragraph 1 of the Complaint are in the nature of legal conclusions and, as such, are denied.

2. The allegations of the first sentence of paragraph 2 of the Complaint are admitted upon information and belief. Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters averred in the second sentence of paragraph 2 of the Complaint and therefore deny the same.

1

3. Defendants admit that U.S. Sewer & Drain, Inc. is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania. All other allegations contained in paragraph 3 of the Complaint are denied

4. Defendants admit that Jeremy R. Bowman is a resident of the Commonwealth of Pennsylvania. All other allegations contained in paragraph 4 of the Complaint are denied.

5. Defendants admit that Monarc entered into an agreement with U.S. Sewer & Drain, Inc. pursuant to which U.S. Sewer & Drain, Inc. agreed to perform certain work to install a liner in an existing stormwater and sewer pipe, including flushing, cleaning, reinstalling lateral connections to and video-inspecting the pipe after installing the liner, on a construction project known as Lofts 14, Parcel A, located in Washington, D.C. All other allegations contained in paragraph 5 of the Complaint are denied.

6. Defendants admit that U.S. Sewer & Drain, Inc. performed the Work. All other allegations contained in paragraph 6 of the Complaint are denied.

7. Defendants admit that U.S. Sewer & Drain, Inc. was paid for the work by Monarc. All other allegations contained in paragraph 7 of the Complaint are denied.

8. Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters averred in Paragraph 8 of the Complaint and, therefore, they are denied.

9. Denied.

10. Defendants admit that U.S. Sewer & Drain, Inc. proposed to perform an alternative pipe lining procedure at additional cost to Monarc. All other allegations contained in paragraph 10 of the Complaint are denied.

11. Denied.

12. Denied.

13. Defendants respond to the allegations of Paragraph 13 of the Complaint by restating the answers set forth in Paragraphs 1-12 above and incorporate the same by reference as if specifically set forth herein.

14. Denied.

15. Denied.

16. Denied.

### AFFIRMATIVE DEFENSES

17. Plaintiff's claims are barred or limited by the economic waste doctrine.

18. Plaintiff's claims are barred or limited by its failure to mitigate damages.

19. Plaintiff's claims are barred or limited by lack of privity of contract.

20. Plaintiff's claims are barred or limited by the statute of frauds.

WHEREFORE, U.S. Sewer & Drain, Inc. and Jeremy R. Bowman t/a U.S. Sewer & Drain respectfully request that this Court dismiss the Plaintiff's Complaint and award the Defendants their costs and attorney's fees incurred in this matter, and grant such further and additional relief as this Court deems just and proper.

### COUNTERCLAIM

Defendant/Counterclaimant U.S. Sewer & Drain, Inc. counterclaims against Plaintiff/Counterdefendant Monarc, and states as follows:

### COUNT I – BREACH OF CONTRACT

1. This counterclaim arises out of the same transaction or occurrence that is the subject matter of Monarc's claim.

2.  U.S. Sewer & Drain, Inc. entered into a contract with Monarc to perform certain work to install a liner in an existing stormwater and sewer pipe ("Pipe") on a construction project known as Lofts 14, Parcel A, located in Washington, D.C ("Contract").

3.  U.S. Sewer & Drain, Inc. completed its work, met all of its performance obligations and met all conditions pursuant to the Contract.

4.  Monarc breached the Contract by, among other things, providing incorrect information to U.S. Sewer & Drain, Inc. regarding the actual size of the Pipe, and failing to ensure that the water to the Pipe was properly shut off prior to installation of the liner as it was obligated to do.

5.  As a direct result of Monarc's breaches of the Contract, U.S. Sewer & Drain, Inc. has been damaged in the principal sum of at least $23,000.00. These damages include, but are not limited to, extra costs incurred by U.S. Sewer & Drain, Inc. in performing additional work, at the request of Monarc, in an attempt to remove the liner in the Pipe.

6.  U.S. Sewer & Drain, Inc. has performed all conditions precedent to the filing of this counterclaim and/or such conditions precedent have been waived or excused.

7.  U.S. Sewer & Drain, Inc. is entitled to judgment against Monarc in the amount of at least $23,000.00 as a result of Monarc's breaches of the Contract, plus prejudgment interest, costs, and attorney's fees.

WHEREFORE, U.S. Sewer & Drain, Inc. demands judgment in its favor against Monarc Construction, Inc. in an amount of at least $23,000.00 together with interest, costs of suit, attorney's fees and such other relief as the Court deems just and equitable.

### COUNT II – QUANTUM MERUIT

8.  U.S. Sewer & Drain, Inc. realleges each and every allegation set forth in Paragraphs 1 through 7 of Count I above and incorporates the same by reference as if specifically set forth herein.

9.  Monarc was aware at all times material hereto that U.S. Sewer & Drain, Inc. expected, would demand and had demanded to be paid for the provision of labor, materials and services occasioned by Monarc's requests, changes, directives and conduct relating to the attempted removal of the Pipe's liner.

10.  It would be unjust to allow Monarc to retain the benefits of U.S. Sewer & Drain, Inc.'s labor, materials and services occasioned by Monarc's requests, changes, directives and conduct relating to the attempted removal of the Pipe's liner, without Monarc paying U.S. Sewer & Drain, Inc. for its labor, materials and services.

11.  In the event the trier of fact should find there is no contractual basis for U.S. Sewer & Drain, Inc. to recover damages subject to Count I, U.S. Sewer & Drain, Inc. is entitled to recover the principal sum of at least $23,000.00, plus all applicable interest, based on quantum meruit.

WHEREFORE, U.S. Sewer & Drain, Inc. demands judgment in its favor against Monarc Construction, Inc. in an amount of at least $23,000.00 together with interest, costs of suit, attorney's fees and such other relief as the Court deems just and equitable.

### JURY DEMAND

*DEFENDANTS HEREBY REQUEST A JURY FOR ALL ISSUES SO TRIABLE.*

                                          U.S. SEWER & DRAIN, INC.
                                          AND JEREMY R. BOWMAN
                                          t/a U.S. SEWER & DRAIN

Dated: March 23, 2006        By:    _____
                                          Daniel J. Kraftson (DC Bar No. 948034)
                                          KRAFTSON CAUDLE LLC
                                          1650 Tysons Boulevard
                                          Suite 560
                                          McLean, Virginia  22102
                                          (703) 873-5500 (telephone)
                                          (703) 873-5519 (facsimile)

                                          *Counsel for the Defendants*

00008701/ 1084-002

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of March, 2006, a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to Gerald I. Katz, Katz & Stone, L.L.P., 8230 Leesburg Pike, Suite 600, Vienna, Virginia 22182, Counsel for Plaintiff.

_____
Daniel J. Kraftson