UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC.<br>2781 Hartland Road<br>Falls Church, Virginia 22043,<br><br>   Plaintiff,<br><br>v.<br><br>U.S. SEWER & DRAIN, INC.,<br>1100 Wood Lane<br>Langhorne, Pennsylvania 19047<br><br>AND<br><br>JEREMY BOWMAN<br>t/a U.S. Sewer & Drain<br>46 Edgemont Lane<br>Langhorne, Pennsylvania 19047<br><br>   Defendants. | Case No. 1:06-cv-00493-HHK |
| U.S. SEWER & DRAIN, INC.<br>1100 Wood Lane<br>Langhorne, Pennsylvania 19047<br><br>   Plaintiff,<br><br>v.<br><br>PERMA-LINER INDUSTRIES, INC.,<br>6196 126th Avenue North<br>Largo, Florida 33773<br><br>AND | |

1

|  |  |
|---|---|
| PLUMMER'S ENVIRONMENTAL SERVICES, INC.<br>10075 Sedroc Industrial Drive<br>Byron Center, Michigan 49315<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## THIRD-PARTY COMPLAINT

COMES NOW Defendant/Third-Party Plaintiff, U.S. Sewer & Drain, Inc., pursuant to Rule 14 of the Federal Rules of Civil Procedure and by way of Third-Party Complaint against the Third-Party Defendants Perma-Liner Industries, Inc. and Plummer's Environmental Services, Inc., states as follows:

1.      U.S. Sewer & Drain, Inc. is a Pennsylvania corporation with its principal place of business in that state.

2.      Upon information and belief, Third-Party Defendant Perma-Liner Industries, Inc. ("Perma-Liner") is a Delaware corporation with its principal place of business in Largo, Florida.

3.      Upon information and belief, Third-Party Defendant Plummer's Environmental Services, Inc. ("Plummers") is a Michigan corporation with its principal place of business in that state.

4.      This Court has subject matter jurisdiction over this matter as there is complete diversity among the parties and the amount in controversy, excluding interest and costs, exceeds the jurisdictional amount set forth in 28 U.S.C. § 1332.

5.      Venue is proper pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1391(a).

6.      Plaintiff Monarc Construction, Inc. ("Monarc") has commenced an action against U.S. Sewer & Drain, Inc. for damages allegedly related to certain work to install a liner in an existing stormwater and sewer pipe on a construction project known as Lofts 14, Parcel A, located in Washington, D.C. ("Project").

### COUNT I – CLAIM FOR CONTRIBUTION & INDEMNIFICATION AGAINST PERMA-LINER INDUSTRIES, INC.

7.      U.S. Sewer & Drain, Inc. incorporates by reference Paragraphs 1 through 6 of this Third-Party Complaint as if fully stated herein.

8.      Perma-Liner entered into a contract with U.S. Sewer & Drain, Inc. pursuant to which Perma-Liner agreed to provide U.S. Sewer & Drain, Inc. with a certain pipe liner for installation in an existing stormwater and sewer pipe in connection with the Project.  Perma-Liner also agreed to provide the necessary and requisite oversight for the proper installation of the pipe liner by having the President of Perma-Liner, Jerry D'Hulster, personally oversee the installation of the liner.

9.      While U.S. Sewer & Drain, Inc. denies that it has any liability to Monarc, in the event that it is determined that U.S. Sewer & Drain, Inc. is liable to Monarc, U.S. Sewer & Drain, Inc. avers and alleges that Perma-Liner is liable for all of Monarc's claims against U.S. Sewer & Drain, Inc. based upon statutory, contractual or common law contribution and/or indemnity.

WHEREFORE, Defendant/Third-Party Plaintiff U.S. Sewer & Drain, Inc. demands judgment in its favor and against the Third-Party Defendant Perma-Liner Industries, Inc. on all claims and damages alleged by Plaintiff Monarc Construction, Inc.

in the amount of at least $311,138.00, together with interest, costs of suit and such other relief as the Court deems equitable and just.

### COUNT II – CLAIM FOR CONTRIBUTION & INDEMNIFICATION AGAINST PLUMMER'S ENVIRONMENTAL SERVICES, INC.

10. U.S. Sewer & Drain, Inc. incorporates by reference Paragraphs 1 through 6 of this Third-Party Complaint as if fully stated herein.

11. Plummers entered into a contract with U.S. Sewer & Drain, Inc. pursuant to which Plummers agreed to provide certain services to U.S. Sewer & Drain, Inc. relating to the installation of a certain pipe liner for the Project, including among other things, the heating and curing of the liner during the installation process.

12. While U.S. Sewer & Drain, Inc. denies that it has any liability to Monarc, in the event that it is determined that U.S. Sewer & Drain, Inc. is liable to Monarc, U.S. Sewer & Drain, Inc. avers and alleges that Plummers is liable for all of Monarc's claim against U.S. Sewer & Drain, Inc. based upon statutory, contractual or common law contribution and/or indemnity.

WHEREFORE, Defendant/Third-Party Plaintiff U.S. Sewer & Drain, Inc. demands judgment in its favor and against the Third-Party Defendant Plummer's Environmental Services, Inc. on all claims and damages alleged by Plaintiff Monarc Construction, Inc. in the amount of at least $311,138.00, together with interest, costs of suit and such other relief as the Court deems equitable and just.

### JURY DEMAND

*DEFENDANT / THIRD-PARTY PLAINTIFF HEREBY REQUESTS A JURY FOR ALL ISSUES SO TRIABLE.*

U.S. SEWER & DRAIN, INC.


Dated: April 6, 2006						By:	__/s/ Daniel J. Kraftson_____
							Daniel J. Kraftson (DC Bar No. 948034)
							KRAFTSON CAUDLE LLC
							1650 Tysons Boulevard
							Suite 560
							McLean, Virginia 22102
							(703) 873-5500 (telephone)
							(703) 873-5519 (facsimile)

							*Counsel for the Defendant/Third-Party*
							*Plaintiff U.S. Sewer & Drain, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2006, a true copy of the foregoing Third-Party Complaint was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Gerald I. Katz, Katz & Stone, L.L.P., 8230 Leesburg Pike, Suite 600, Vienna, Virginia 22182, Counsel for Plaintiff, Monarc Construction, Inc.

　　　　　　　　　　　　　　　　　　　/s/ Daniel J. Kraftson
　　　　　　　　　　　　　　　　　　　Daniel J. Kraftson