UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. SEWER & DRAIN, INC., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:06-cv-00493-HHK |

**PLAINTIFF MONARC CONSTRUCTION, INC.'S ANSWER TO
DEFENDANT U.S. SEWER & DRAIN, INC.'S COUNTERCLAIM**

COMES NOW, Plaintiff Monarc Construction, Inc. (hereinafter "Monarc"), by counsel, and for its Answer to Defendant U.S. Sewer & Drain, Inc.'s Counterclaim states as follows:

**FIRST DEFENSE**

For its First Defense, Monarc responds to the individual allegations in the Counterclaim as follows:

**COUNT I – BREACH OF CONTRACT**

1. Monarc does not have sufficient information to admit or deny the allegations contained in Paragraph 1 of the Counterclaim. To the extent that an answer is required, Monarc denies those allegations and demands strict proof thereof.

2. To the extent that Paragraph 2 of the Counterclaim alleges that Defendant Jeremy R. Bowman t/a U.S. Sewer & Drain did not enter into a contract with Monarc for the work and project referenced therein, Monarc denies such allegations and demands strict proof thereof. Otherwise, Monarc admits the allegations contained in Paragraph 3 of the Counterclaim.

KATZ & STONE, L.L.P.
ATTORNEYS AT LAW

3. Monarc denies the allegations contained in Paragraph 3 of the Counterclaim and demands strict proof thereof.

4. Monarc denies the allegations contained in Paragraph 4 of the Counterclaim and demands strict proof thereof.

5. Monarc denies the allegations contained in Paragraph 5 of the Counterclaim and demands strict proof thereof.

6. Monarc denies the allegations contained in Paragraph 6 of the Counterclaim and demands strict proof thereof.

7. Monarc denies the allegations contained in Paragraph 7 of the Counterclaim and demands strict proof thereof.

### COUNT II – QUANTUM MERUIT

8. Monarc incorporates by reference its responses in Paragraphs 1 through 7 above as if set forth fully herein.

9. Monarc denies the allegations contained in Paragraph 9 of the Counterclaim and demands strict proof thereof.

10. Paragraph 10 of the Counterclaim contains legal conclusions to which no response is required. To the extent an answer is required, Monarc denies the allegations of Paragraph 10 and demands strict proof thereof.

11. Monarc denies the allegations contained in Paragraph 11 of the Counterclaim and demands strict proof thereof.

12. Any allegation contained in the Counterclaim not expressly admitted herein is denied.

KATZ & STONE, L.L.P.
ATTORNEYS AT LAW

## SECOND DEFENSE

Defendant U.S. Sewer & Drain, Inc.'s Counterclaim fails to state a claim upon which relief can be granted.

## THIRD DEFENSE

Defendant U.S. Sewer & Drain, Inc.'s Counterclaim is barred, in whole or in part, by the statute of limitations.

## FOURTH DEFENSE

Defendant U.S. Sewer & Drain, Inc.'s Counterclaim is barred, in whole or in part, by its own breaches.

## FIFTH DEFENSE

Defendant U.S. Sewer & Drain, Inc.'s Counterclaim is barred, in whole or in part, by payment.

## SIXTH DEFENSE

Defendant U.S. Sewer & Drain, Inc.'s Counterclaim is barred, in whole or in part, by set-offs and/or backcharges.

## SEVENTH DEFENSE

Monarc reserves the right to amend its Answer to include other affirmative defenses that may become known to it through discovery and the trial of this matter.

**WHEREFORE**, for the reasons outlined above, and any other that the Court may find, Plaintiff Monarc Construction, Inc. respectfully requests that this Court issue an Order dismissing Defendant U.S. Sewer & Drain, Inc.'s Counterclaim and awarding Plaintiff Monarc Construction, Inc. its costs and attorney's fees, and grant such other and further relief as this Court may deem necessary and reasonable.

Respectfully submitted,

MONARC CONSTRUCTION, INC.

By Counsel

*[signature]*

Gerald I. Katz, D.C. Bar No. 237925
Stephen W. Smith, D.C. Bar No. 463900
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
*Counsel for Plaintiff Monarc Construction, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 13th day of April, 2006, a true copy of the foregoing **PLAINTIFF MONARC CONSTRUCTION, INC.'S ANSWER TO DEFENDANT U.S. SEWER & DRAIN, INC.'S COUNTERCLAIM** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Daniel J. Kraftson, Esquire
Kraftson Caudle LLC
1650 Tysons Blvd., Suite 560
McLean, Virginia 22102
*Counsel for Defendants*

*[signature]*

Stephen W. Smith

J:\13600.007\Pld\003sws Answer.doc:bd

KATZ & STONE, L.L.P.
ATTORNEYS AT LAW

4