# UNITED STATES DISTRICT COURT
## District of Columbia

PLAINTIFF

**Monarc Construction, Inc.**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

**U.S. Sewer & Drain, Inc.**

V. THIRD PARTY DEFENDANT

**Perma-Liner Industries, Inc.**

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 1:06-cv-00493-HHK

To: Name and address of Third Party Defendant

c/o Jerry D'Hulster
6196 126th Avenue North
Largo, FL 33773

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Gerald I. Katz, Esquire
Katz & Stone, L.L.P.
8230 Leesburg Pike
Suite 600
Vienna, Virginia 22182

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Kraftson, Esquire
Kraftson Caudle LLC
1650 Tysons Blvd.
Suite 560
McLean, Virginia 22102

an answer to the third-party complaint which is served on you with this summons, within 20 days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Nancy Mayer-Whittington
CLERK

MAY 1 2006
DATE

Laura M. Chipley
(By) DEPUTY CLERK

AO 441 (Rev. DC - 9/25/03) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE May 11, 2006 |
|---|---|
| NAME OF SERVER Brad C. Friend, Esq. | TITLE Attorney for U.S. Sewer & Drain, Inc. |

*Check one box below to indicate appropriate method of service*

G Served personally upon the third-party defendant. Place where served: ________

G Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

G Returned unexecuted: ________

✓ G Other (specify): Served via certified mail, return receipt requested, on Perma-Liner Industries, Inc.'s registered agent and officer, Jerry D'Hulster at 6196 126th Ave. North, Largo, FL 33773

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/5/06
Date

[signature]
*Signature of Server*

1600 Tysons Blvd., Ste. 250, McLean, VA 22102
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.