

# kraftson caudle llc

BRAD C. FRIEND
Telephone: (703) 873-5507
Facsimile: (703) 873-5519
E-mail: bfriend@kraftsoncaudle.com

File No.: 1084.002

May 26, 2006

**VIA FACSIMILE (813) 224-9109 AND U.S. MAIL**

William L. Dunker, Esquire
Bales Weinstein
625 E. Twiggs Street, Suite 100
Tampa, FL 33602

> **Monarc Construction, Inc. v. U.S. Sewer & Drain, Inc., *et al.***
> **U.S. District Court for the District of Columbia; Case No. 1:06-cv-00493-HHK**

Dear Mr. Dunker:

Pursuant to our telephone conversation today, Perma-Liner Industries, Inc. is hereby given an extension until July 14, 2006 to file an Answer to U.S. Sewer & Drain, Inc.'s Third-Party Complaint in the above-mentioned case.

Please do not hesitate to contact me if you have any questions or comments.

Sincerely yours,

Brad C. Friend

cc:   Mr. Jeremy R. Bowman

1650 TYSONS BOULEVARD
SUITE 560
MCLEAN, VIRGINIA 22102
www.kraftsoncaudle.com

00010143/ 1084-002