# UNITED STATES DISTRICT COURT
## District of Columbia

PLAINTIFF

**Monarc Construction, Inc.**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

**U.S. Sewer & Drain, Inc.**

THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number: 1:06-cv-00493-HHK

V. THIRD PARTY DEFENDANT

**Plummer's Environmental Services, Inc.**

To: Name and address of Third Party Defendant

c/o Todd D. Plummer, Registered Agent
10075 Sedroc Industrial Drive
Byron Center, MI 49315

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Gerald I. Katz, Esquire<br>Katz & Stone, L.L.P.<br>8230 Leesburg Pike<br>Suite 600<br>Vienna, Virginia 22182 | Daniel J. Kraftson, Esquire<br>Kraftson Caudle LLC<br>1650 Tysons Blvd.<br>Suite 560<br>McLean, Virginia 22102 |

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Nancy Mayer-Whittington

CLERK  *Laura M Chipley*

(By) DEPUTY CLERK

MAY 1 2006

DATE

AO 441 (Rev. DC - 9/25/03) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 11, 2006 |
| NAME OF SERVER Brad C. Friend, Esq. | TITLE Attorney for U.S. Sewer & Drain, Inc. |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served via certified mail, return receipt requested, on Plummer's Environmental Services, Inc.'s registered agent, Todd D. Plummer at 10075 Sedroc Industrial Drive, Bryon Center, MI 49315

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/5/06
              Date            Signature of Server

1600 Tysons Blvd., Ste. 250, McLean, VA 22102
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.