

# kraftson
# caudle llc

BRAD C. FRIEND
Telephone: (703) 873-5507
Facsimile: (703) 873-5519
E-mail: bfriend@kraftsoncaudle.com

File No.: 1084.002

May 24, 2006

**VIA FACSIMILE (616) 454-3988 AND U.S. MAIL**

Jim Wierenga, Esquire
David & Wierenga, P.C.
50 Monroe Ave, NW
Suite 720W
Grand Rapids, MI 49503

      **Monarc Construction, Inc. v. U.S. Sewer & Drain, Inc.,** *et al.*
      **U.S. District Court for the District of Columbia; Case No. 1:06-cv-00493-HHK**

Dear Mr. Wierenga:

     Pursuant to our telephone conversation today, Plummer's Environmental Services, Inc. is hereby given an extension until July 14, 2006 to file an Answer to U.S. Sewer & Drain, Inc.'s Third-Party Complaint in the above-mentioned case.

     Please do not hesitate to contact me if you have any questions or comments.

                            Sincerely yours,

                            Brad C. Friend

cc:    Mr. Jeremy R. Bowman

1650 TYSONS BOULEVARD
SUITE 560
MCLEAN, VIRGINIA 22102
www.kraftsoncaudle.com

00010106/ 1084-002