# ATTORNEY ADDRESS CORRECTION REQUEST

**UNIT REPRESENTATIVE:**

G Add Attorney and address to system

**SYSTEMS OFFICE:**

☑ Firm moved to new address         G Verified

G Address correction/modification

G Person Name change/correction

G Firm Name change/correction

G Create Flag:    G Pro Bono        G Pro Hac Vice

G Other:

**ATTORNEY (PRO SE) FIX SPECIALIST:**

G Pro Se moved to new address

G Attorney moved to new address

G Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**

G Create flag:

G Government      G Gvt Not Certified      G RTC Attorney

G Attorney listed with ─provisional─ flag

G Attorney listed with ─incomplete─ flag

---

Case No.: 1:06-cv-00493-HHK    G    ☑ Attorney       G       Pro Se

Bar ID No.: 948034                    Prisoner ID No.: _____

Name: Daniel J. Kraftson

**OLD ADDRESS:**

Office: Kraftson Caudle LLC

Unit: _____

Address: 1650 Tysons Blvd.    Ste. 560

City: McLean            State: VA         Zip: 22102

Telephone: 703-873-5503

---

**NEW ADDRESS:**

Office: Kraftson Caudle LLC

Unit: _____

Address: 1600 Tysons Blvd,    Ste. 250

City: McLean            State: VA         Zip: 22102

Telephone: 703-873-5503

COMMENTS: _____

DATE: _____    Deputy Clerk: _____

RECEIVED
JUL 10 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT