**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONARC CONSTRUCTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00493-HHK |
| ) | |
| U.S. SEWER & DRAIN, INC, ) | |
| ) | |
| and ) | |
| ) | |
| JEREMY R. BOWMAN ) | |
| t/a U.S. SEWER & DRAIN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| U.S. SEWER & DRAIN, INC, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PERMA-LINER INDUSTRIES, INC., ) | |
| ) | |
| and ) | |
| ) | |
| PLUMMER'S ENVIRONMENTAL ) | |
| SERVICES, INC., ) | |
| ) | |
| Third-Party Defendants. ) | |

**THIRD-PARTY DEFENDANT PERMA-LINER INDUSTRIES, INC.'S ANSWER,**
**AFFIRMATIVE DEFENSES AND COUNTERCLAIM**

Third-Party Defendant Perma-Liner Industries, Inc. ("Perma-Liner"), by counsel, states as follows for its Answer, Affirmative Defenses and Counterclaim to Defendant/Third-Party Plaintiff U.S. Sewer & Drain, Inc.'s ("USSD") Third-Party Complaint:

1. Upon information and belief, Perma-Liner admits the allegations in paragraph 1 of USSD's Third-Party Complaint.

2. Perma-Liner admits the allegations in paragraph 2 of USSD's Third-Party Complaint.

3. Upon information and belief, Perma-Liner admits the allegations in paragraph 3 of USSD's Third-Party Complaint.

4. Paragraphs 4 and 5 of USSD's Third-Party Complaint state legal conclusions to which no response is required. To the extent a response is required, these allegations are denied.

5. Perma-Liner admits the allegations in paragraph 6 of USSD's Third-Party Complaint.

6. Perma-Liner restates its responses to Paragraph 1 through 6 of USSD's Third-Party Complaint as if fully stated herein.

7. In response to Paragraph 8 of USSD's Third-Party Complaint, Perma-Liner denies that it entered into a contract with USSD that specifically and/or exclusively pertains to the installation of an existing stormwater and sewer pipe in connection with the Project. Perma-Liner admits that the Product Installer Agreement governed the actions of Perma-Liner and USSD in connection with Project. The remaining allegations in paragraph 8 are admitted.

8. Perma-Liner denies the allegations in paragraph 9 of USSD's Third-Party Complaint.

9. Perma-Liner denies any allegations not specifically admitted herein.

**Affirmative Defenses**

10. Perma-Liner denies that it is indebted to USSD or any other party in the amount claimed or in any amount, for the reasons stated or for any reason.

11. USSD's Third-Party Complaint fails to state a claim upon which relief demanded can be granted.

12. Perma-Liner denies that USSD and Plaintiff were damaged in the amount and to the extent alleged.

13. Perma-Liner avers that USSD and Plaintiff failed to mitigate their damages.

14. Perma-Liner avers that any damage to the subject pipe was proximately caused by USSD.

15. Perma-Liner avers that USSD breached its contract with Perma-Liner.

16. Perma-Liner avers that Plaintiff's damages, if any, were the result of another or others over whom it had no control and for whom it is not responsible at law.

17. Perma-Liner reserves the right to rely upon any and all other properly provable defenses to this action and to amend this Answer at any time it is so advised.

WHEREFORE, Third-Party Defendant Perma-Liner Industries, Inc., by counsel, prays that this action be dismissed and that it be awarded its costs incurred herein, and that this Court grant such further relief that is proper and just.

## Counterclaim

1. On or about April 11, 2003, USSD entered in a Product Installer Agreement ("Agreement") with Perma-Liner, a copy of which is attached hereto as Exhibit A. Pursuant to Paragraph 8(c) of the Agreement, USSD agreed to indemnify Perma-Liner against and hold Perma-Liner harmless from any award of costs or damages and any other loss and/or expense suffered or incurred by USSD in any action brought or threatened against USSD on grounds of the failure of the issue of any Product supplied by Perma-Liner to USSD.

2. USSD's Third-Party Complaint against Perma-Liner, which seeks contribution and/or indemnity from Perma-Liner in connection with Monarc Construction, Inc.'s ("Monarc") Complaint against USSD for breach of contract arising out of damage to a pipe during installation

by USSD, constitutes a breach of the Agreement. As a direct and proximate result of USSD's breach of contract, Perma-Liner has incurred and will continue to incur costs and expenses, including attorney's fees, in the defense of this claim.

3. Perma-Liner should be indemnified and held harmless by USSD against all liability, losses or expenses, including attorney's fees, in connection with Monarc's lawsuit and incurred as a result or in the defense of USSD's Third-Party Complaint filed against Perma-Liner. Perma-Liner is further entitled to any damages arising out of USSD's breach of the Agreement.

WHEREFORE, Third-Party Defendant Perma-Liner Industries, Inc., by counsel, moves this Court for judgment against U.S. Sewer & Drain, Inc. for any and all costs, damages, judgments, and any other loss and/or expenses, including attorney's fees, incurred by Perma-Liner in this action.

TRIAL BY JURY IS DEMANDED.

                                                  **PERMA-LINER INDUSTRIES, INC.**
                                                  By Counsel

_____/S/_____
Dennis J. Quinn (D.C. Bar No. 455793)
CARR MALONEY P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
Phone: 202-310-5500
Fax:　　202-310-5500

_____/S/_____
Danielle D. Giroux (D.C. Bar. No. 470009)
HARMAN, CLAYTOR, CORRIGAN
  & WELLMAN, P.C.
P. O. Box 70280
Richmond, Virginia 23255
Phone: 804.747.5200
Fax:　　804.747.6085

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July 2006, a true copy of the foregoing was mailed, postage prepaid, to:

> Gerald I. Katz
> KATZ & STONE, LLP
> 8230 Leesburg Pike, Suite 600
> Vienna, Virginia 22181
> 703.761.6169 – Facsimile
> *Counsel for Monarc Construction, Inc.*
>
> Daniel J. Kraftson
> KRAFTSON CAUDLE LLC
> 1650 Tysons Boulevard, Suite 650
> McLean, Virginia 22102
> 703.873.5519 – Facsimile
> *Counsel for U.S. Sewer & Drain, Inc.*
> *and Jeremy R. Bowman t/a U.S. Sewer*
> *& Drain, Inc.*
>
> Plummer's Environmental Services, Inc.
> 10075 Sedroc Industrial Drive
> Byron Center, Michigan 49315

_____/S/_____
Danielle D. Giroux