**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONARC CONSTRUCTION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:06-cv-00493-HHK |
| | ) |
| U.S. SEWER & DRAIN, INC, | ) |
| | ) |
| and | ) |
| | ) |
| JEREMY R. BOWMAN | ) |
| t/a U.S. SEWER & DRAIN, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| U.S. SEWER & DRAIN, INC, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PERMA-LINER INDUSTRIES, INC., | ) |
| | ) |
| and | ) |
| | ) |
| PLUMMER'S ENVIRONMENTAL | ) |
| SERVICES, INC., | ) |
| | ) |
| Third-Party Defendants. | ) |

**THIRD-PARTY DEFENDANT PERMA-LINER INDUSTRIES, INC.'S DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, Third-Party Defendant Perma-Liner Industries, Inc. ("Perma-Liner"), by counsel, states as follows for its Disclosure of Corporate Affiliations and Financial Interests:

I, the undersigned, counsel of record for Perma-Liner, certify to the best of my knowledge and belief that Perma-Liner does not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

**PERMA-LINER INDUSTRIES, INC.**
By Counsel


_____/S/_____
Dennis J. Quinn (D.C. Bar No. 455793)
CARR MALONEY P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
Phone: 202-310-5500
Fax:    202-310-5500




_____/S/_____
Danielle D. Giroux (D.C. Bar. No. 470009)
HARMAN, CLAYTOR, CORRIGAN
  & WELLMAN, P.C.
P. O. Box 70280
Richmond, Virginia 23255
Phone: 804.747.5200
Fax:    804.747.6085

## CERTIFICATE OF SERVICE

I HEREBY CERTFY that on this 14th day of July 2006, a true copy of the foregoing was mailed, postage prepaid, to:

    Gerald I. Katz
    KATZ & STONE, LLP
    8230 Leesburg Pike, Suite 600
    Vienna, Virginia 22181
    703.761.6169 – Facsimile
    *Counsel for Monarc Construction, Inc.*

    Daniel J. Kraftson
    KRAFTSON CAUDLE LLC
    1650 Tysons Boulevard, Suite 650
    McLean, Virginia 22102
    703.873.5519 – Facsimile
    *Counsel for U.S. Sewer & Drain, Inc.*
    *and Jeremy R. Bowman t/a U.S. Sewer*
    *& Drain, Inc.*

    Plummer's Environmental Services, Inc.
    10075 Sedroc Industrial Drive
    Byron Center, Michigan 49315

                        _____/S/_____
                                     Danielle D. Giroux