**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONARC CONSTRUCTION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. SEWER & DRAIN, INC, ) <br> ) <br> and ) <br> ) <br> JEREMY R. BOWMAN ) <br> t/a U.S. SEWER & DRAIN, ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> U.S. SEWER & DRAIN, INC, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PERMA-LINER INDUSTRIES, INC., ) <br> ) <br> and ) <br> ) <br> PLUMMER'S ENVIRONMENTAL ) <br> SERVICES, INC., ) <br> ) <br> Third-Party Defendants. ) | Case No. 1:06-cv-00493-HHK |

### MOTION FOR ADMISSION *PRO HAC VICE*

Third-Party Defendant Perma-Liner Industries, Inc. ("Perma-Liner"), by counsel, in accordance with LCvR 83.2 of the Rules of the United States District Court for the District of Columbia, moves the Court to admit Stanley P. Wellman and Danielle D. Giroux *pro hac vice* to appear and conduct this case in association with Dennis Quinn, Esquire. In support of its Motion, Perma-Liner states as follows:

1. Mr. Wellman is admitted to practice in Virginia and is an attorney in good standing in Virginia. Ms. Giroux is admitted to practice in Virginia and the District of Columbia and is an attorney in good standing in Virginia and the District of Columbia.

2. Mr. Wellman and Ms. Giroux are employed by the law firm of Harman, Claytor, Corrigan & Wellman, P.C., 4951 Lake Brook Drive, Suite 100, Glen Allen, Virginia, 23060. They will appear in and conduct this case in association with Dennis J. Quinn, Esquire, who is a member in good standing of the Bar of this Court. Pursuant to LCvR 83.1(d), the declarations of Mr. Wellman and Ms. Giroux are attached hereto.

WHEREFORE, Third-Party Defendant Perma-Liner Industries, Inc., by counsel, moves the Court to admit Stanley P. Wellman and Danielle D. Giroux to practice before the Court *pro hac vice* in this case.

**PERMA-LINER INDUSTRIES, INC.**
By Counsel

_____
Dennis J. Quinn (D.C. Bar No. 455793)
CARR MALONEY PC
1615 L. Street, NW
Suite 500
Washington, DC 20036
(202) 310-5519 (Telephone)
(202) 310-5555 (Facsimile)

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 19th day of July 2006, a true copy of the foregoing ***Motion for Admission Pro Hac Vice*** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

> Stephen W. Smith, Esquire
> Katz & Stone, LLP
> 8230 Leesburg Pike, Suite 600
> Vienna, Virginia  22182
> *Counsel for Monarc Construction, Inc.*
>
> Daniel J. Kraftson, Esquire
> Kraftson Caudle LLC
> 1650 Tysons Boulevard
> Suite 560
> McLean, VA 22102
> *Counsel for U.S. Sewer & Drain, Inc.*
> *and Jeremy Bowman t/a U.S. Sewer*
> *& Drain, Inc.*

     I FURTHER CERTIFY that on this 19th day of July 2006, a true copy of the foregoing ***Motion for Admission Pro Hac Vice*** was mailed to the following:

> Plummer's Environmental Services, Inc.
> 10075 Sedroc Industrial Drive
> Byron Center, Michigan 49315

_____
Dennis J. Quinn