## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MONARC CONSTRUCTION, INC., )
                                  )
         Plaintiff, )
                                    )
     v. )     Case No. 1:06-cv-00493-HHK
                                    )
U.S. SEWER & DRAIN, INC, )
                                    )
and )
                                    )
JEREMY R. BOWMAN )
t/a U.S. SEWER & DRAIN, )
                                    )
         Defendants. )
_____)
                                    )
U.S. SEWER & DRAIN, INC, )
                                    )
     Third-Party Plaintiff, )
                                    )
     v. )
                                    )
PERMA-LINER INDUSTRIES, INC., )
                                    )
and )
                                    )
PLUMMER'S ENVIRONMENTAL )
SERVICES, INC., )
                                    )
     Third-Party Defendants. )

## DECLARATION OF STANLEY P. WELLMAN, ESQUIRE

Pursuant to LCvR 83.2 of the Rules of the United States District Court for the District of Columbia, I, Stanley Paul Wellman, declare as follows:

1.     I am a partner at the law firm of Harman, Claytor, Corrigan & Wellman, P.C., 4951 Lake Brook Drive, Suite 100, Glen Allen, Virginia, 23060, (804) 747-5200. The mailing address for the firm is P.O. Box 70280, Richmond, Virginia 23255.

2.     I am a member of the Virginia bar.  I have been admitted to the United States District Court for the Eastern and Western Districts of Virginia and the Fourth Circuit Court of Appeals.

3.     I certify that I have not been disciplined by any bar.

4.     I have not been admitted *pro hac vice* in this Court within the last two years.

_____
Stanley P. Wellman