# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MONARC CONSTRUCTION, INC.  )
2781 Hartland Road  )
Falls Church, Virginia 22043  )
  )
     Plaintiff,  )
v.  )
  )
U.S. SEWER & DRAIN, INC.  )
1100 Wood Lane  )
Langhorne, Pennsylvania 19047,  )
  )
AND  )
  )
JEREMY BOWMAN  )
t/a U.S. Sewer & Drain  )    Case No.  1:06-CV-00493-HHK
46 Edgemont Lane  )
Langhorne, Pennsylvania 19047  )
  )
     Defendants.  )
_____)
  )
U.S. SEWER & DRAIN, INC.  )
1100 Wood Lane  )
Langhorne, Pennsylvania 19047,  )
  )
     Plaintiff,  )
v.  )
  )
PERMA-LINER INDUSTRIES, INC.,  )
6196 126th Avenue North  )
Largo, Florida 33773  )
  )
AND  )

PLUMMER'S ENVIRONMENTAL          )
SERVICES INC.                    )
10075 Sedroc Industrial Drive    )
Byron Center, Michigan 49315,    )
                                 )
    Defendants.                )

## ANSWER OF THIRD PARTY DEFENDANT PLUMMER'S ENVIRONMENTAL SERVICES, INC.

Comes now the third-party defendant, Plummer's Environmental Services, Inc. and responds as follows to the Third-Party Complaint filed by U.S. Sewer & Drain, Inc.

1. Defendant is without sufficient information to respond to the allegations of paragraph 1 of the Third-Party Complaint and therefore specifically denies the same and calls for strict proof thereof.

2. Defendant is without sufficient information to respond to the allegations of paragraph 2 of the Third-Party Complaint and therefore specifically denies the same and calls for strict proof thereof.

3. Admitted.

4. Defendant is without sufficient information to respond to the allegations of paragraph 4 of the Third-Party Complaint and therefore specifically denies the same and calls for strict proof thereof.

5. Defendant is without sufficient information to respond to the allegations of paragraph 5 of the Third-Party Complaint and therefore specifically denies the same and calls for strict proof thereof.

6. Defendant is without sufficient information to respond to the allegations of paragraph 6 of the Third-Party Complaint and therefore specifically denies the same and calls for strict proof thereof.

7-9.  Paragraphs 7, 8, and 9 of the Third-Party Complaint assert no cause of action against this defendant and therefore do not require a response.  To the extent a response is required, defendant is without sufficient information to admit or deny the allegations and therefore specifically denies the same and calls for strict proof thereof.

10.  Defendant incorporates by reference its responses to paragraphs 1 through 9 above as though fully restated herein.

11.  Defendant denies as untrue the allegations of paragraph 11..

12.  Defendant denies as untrue the allegations of paragraph 12.

WHEREFORE, Plummer's Environmental Services, Inc. demands that the Third-Party Complaint filed against it be dismissed.

Respectfully submitted,

Plummer's Environmental Services, Inc.

By: _William H. Robinson Jr._

William H. Robinson, Jr., Esquire (DCB #457695)
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue
Suite 920
Washington, DC  20015-2030
Telephone:    (202) 244-4668
Facsimile:     (202) 244-5135
*Counsel for Third-Party Defendant*
*Plummer's Environmental Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of July, I electronically filed the foregoing *Answer of Third Party Defendant Plummer's Environmental Services, Inc.* with the Clerk of the court using the CM/ECF system which will send notification of such filing to:

Danielle D. Giroux
Harman, Claytor, Corrigan &
   Wellman, P.C.
P.O. Box 70280
Richomond, Virginia 23255
Phone:  84-747-5200
Fax:      804-747-6085

Daniel J. Kraftson
Kraftson Caudle LLC
1650 Tysons Boulevard, Suite 650
McLean, Virginia 22102
Fax:  703-873-5519
Counsel for U.S. Sewer & Drain, Inc.
And Jeremy R. Bowman t/o U.S.
   Sewer & Drain, Inc.

Gerald I. Katz
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182

Respectfully submitted,

Plummer's Environmental Services, Inc.

By: _____
William H. Robinson, Jr., Esquire (DCB #457615)
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue
Suite 920
Washington, DC  20015-2030
Telephone:     (202) 244-4668
Facsimile:      (202) 244-5135
*Counsel for Third-Party Defendant*
*Plummer's Environmental Services, Inc.*