# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONARC CONSTRUCTION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00493-HHK |
| ) | |
| U.S. SEWER & DRAIN, INC., *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| U.S. SEWER & DRAIN, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PERMA-LINER INDUSTRIES, INC., *et al*. ) | |
| ) | |
| Defendants. ) | |

## U.S. SEWER & DRAIN, INC.'S REPLY TO COUNTERCLAIM

Defendant and Third-Party Plaintiff, U.S. Sewer & Drain, Inc. ("U.S. Sewer"), by counsel, hereby files its Reply to Third-Party Defendant Perma-Liner Industries, Inc.'s ("Perma-Liner") Counterclaim, and states as follows:

1.  U.S. Sewer admits that it entered into a Product Installer Agreement with Perma-Liner on or about April 11, 2003.  The allegations contained in the second sentence of paragraph 1 of Perma-Liner's Counterclaim are in the nature of legal contentions and are not factual allegations.  To the extent that there are any factual

allegations in the second sentence of paragraph 1 of Perma-Liner's Counterclaim, they are denied.

2.  U.S. Sewer denies the allegations contained in paragraph 2 of Perma-Liner's Counterclaim.

3.  U.S. Sewer denies the allegations contained in paragraph 3 of Perma-Liner's Counterclaim.

### AFFIRMATIVE DEFENSES

4.  Perma-Liner's Counterclaim fails to state a claim upon which relief can be granted.

5.  U.S. Sewer reserves its right to amend its Reply to add other Affirmative Defenses which are applicable to this cause

WHEREFORE, U.S. Sewer & Drain, Inc. respectfully requests that this Court dismiss the Third-Party Defendant Perma-Liner Industries, Inc.'s Counterclaim and award U.S. Sewer & Drain, Inc. its costs and attorney's fees incurred in this matter, and grant such further and additional relief as this Court deems just and proper.

Respectfully submitted,

Dated: July 27, 2006

　　/s/ Brad C. Friend_____
Daniel J. Kraftson (DC Bar No. 948034)
Brad C. Friend (DC Bar No. 490430)
KRAFTSON CAUDLE LLC
1600 Tysons Boulevard
Suite 250
McLean, Virginia  22102
(703) 873-5500 (telephone)
(703) 873-5519 (facsimile)

*Counsel of Record for the Defendant/Third-Party Plaintiff U.S. Sewer & Drain, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of July, 2006, a true copy of the foregoing Reply to Counterclaim was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing, to the following: Stephen W. Smith, Katz & Stone, L.L.P., 8230 Leesburg Pike, Suite 600, Vienna, Virginia 22182, Counsel for Plaintiff, Monarc Construction, Inc., Dennis J. Quinn, Carr Maloney PC, 1615 L. St., N.W., Suite 500, Washington, D.C. 20036, Counsel for Third-Party Defendant Perma-Liner Industries, Inc., and William H. Robinson, Jr., Wright Robinson Osthimer & Tatum, 5335 Wisconsin Ave., N.W., Suite 920, Washington, D.C. 20015, Counsel for Third-Party Defendant Plummer's Environmental Services, Inc.

                                                         /s/ Brad C. Friend_____
                                                  Brad C. Friend