UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. SEWER & DRAIN, INC., *et al.*,<br><br>    Defendants.<br>_____<br>U.S. SEWER & DRAIN, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>PERMA-LINER INDUSTRIES, INC., *et al.*,<br><br>    Third-Party Defendants. | Case No. 1:06-cv-00493-HHK |

**PARTIES' JOINT REPORT FOR INITIAL SCHEDULING CONFERENCE**

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and Rules 16.1 and 16.3 of the Local Rules of this Court, counsel for Plaintiff Monarc Construction, Inc., counsel for Defendant/Third-Party Plaintiff U.S. Sewer & Drain, Inc. ("U.S. Sewer") and Defendant Jeremy R. Bowman t/a U.S. Sewer & Drain, counsel for Third-Party Defendant Perma-Liner Industries, Inc. ("Perma-Liner"), and counsel for Third-Party Defendant Plummer's Environmental Services, Inc. ("Plummer's") have conferred and hereby jointly submit the following report to the Court in advance of the Initial Scheduling Conference in the above-captioned matter:

I. **Brief Statement of the Case**

    Plaintiff retained Defendants to perform certain work related to the installation of a liner

in an existing stormwater and sewer pipe on a construction project known as Lofts 14, Parcel A, located in Washington, D.C. (the "Project"). After the work was performed and Defendants paid in full, Plaintiff was notified by the District of Columbia Water and Sewer Authority ("DC WASA") that the liner was unacceptable and had permanently damaged the pipe. Plaintiff's position is that the damage to the pipe was caused by Defendants. Defendants' position is that the damage to the pipe was caused by Plaintiff. At the demand of the Project's owner that the Project be completed, Plaintiff is proceeding with replacing the pipe, and has initiated the above-captioned action against Defendants for breach of contract to recover the costs of such replacement work. Defendants proposed to perform an alternative replacement procedure provided the Plaintiff agreed to pay for it, which Plaintiff refused to do. Defendants have filed a counterclaim against the Plaintiff for breach of contract to recover costs incurred in performing additional work in attempting to remove the pipe liner.

Defendant/Third-Party Plaintiff U.S. Sewer has filed a Third-Party Complaint against the Third-Party Defendants, Perma-Liner and Plummer's, for contribution and indemnification on the basis of Perma-Liner's provision of the liner used in the pipe and oversight of the liner's installation pursuant to its contract(s) with U.S. Sewer, and Plummer's performance of certain services relating to the installation of the liner pursuant to its contract with U.S. Sewer. Plummer's denies that it undertook any activity regarding the liner except to supply a truck. Third-Party Defendant Perma-Liner has filed a counterclaim against Defendant/Third-Party Plaintiff U.S. Sewer for breach of their contract and indemnification.

II.     **Statutory Basis for All Causes of Action and Defenses**

Plaintiff's Complaint for breach of contract was initially filed in the Superior Court for the District of Columbia pursuant to Sections 11-921 and 13-423 of the District of Columbia

2

Code. Defendants removed the case to this Court pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, and brought its Third-Party Complaint for contribution and indemnification pursuant to 28 U.S.C. §§ 1332, 1391(a), and 1441(a). No other statutory bases have, at present, been cited for the parties' causes of action and/or defenses.

### III.  Proposed Schedule

The parties jointly recommend to the Court the following schedule for this matter, based on the Court's Track Three schedule:

| Event | Date/Deadline |
|---|---|
| Deadline to add parties and amend pleadings | September 18, 2006 |
| Exchange witness lists | October 3, 2006 |
| Deadline for service of written discovery requests | November 2, 2006 |
| Proponent's R. 26(a)(2) statements | December 4, 2006 |
| Opponent's R. 26(a)(2) statements | January 3, 2007 |
| <u>All</u> discovery closed | February 2, 2007 |
| Deadline for dispositive motions | February 19, 2007 |
| Deadline for decisions on dispositive motions | March 22, 2007 |
| Pre-Trial Conference | April 6, 2007 |
| Deadline for motions in limine | (30 days before trial) |

### IV.  Topics Listed in LCvR 16.3(c)

(1)  **Dispositive Motion**

No dispositive motions are presently pending. However, the parties anticipate the possibility of dispositive motions which may dispose of some or all aspects of this case.

(2)     **Joining Additional Parties and Amending Pleadings**

As set forth above, the parties recommend setting September 18, 2006 as the deadline to add parties and amend pleadings. The parties anticipate the possibility that some or all of the factual and legal issues in this case may be able to be agreed upon or narrowed.

(3)     **Magistrate Judge**

Plaintiff and Defendants oppose the assigning of this case to a magistrate judge for all purposes, including trial, and Third-Party Defendants do not object to such opposition.

(4)     **Possibility of Settling Case**

The parties anticipate that there is a realistic possibility of settling this case and presently intend to pursue settlement.

(5)     **ADR**

At present, the parties intend to pursue settlement via private negotiation. However, they may choose to take advantage of the Court's ADR procedures as this matter proceeds.

(6)     **Dispositive Motions II**

Again, the parties anticipate the possibility of dispositive motions which may dispose of some or all aspects of this case, and recommend the above deadlines for filing and decisions upon such motions.

(7)     **Initial Disclosures**

The parties stipulate to dispense with the initial disclosures required by FRCP 26(a)(1).

(8)     **Discovery**

The parties recommend the above schedule for discovery.

**(9)     Expert Witnesses**

The parties recommend the above schedule for the exchange of witness reports and information pursuant to FRCP 26(a)(2).

**(10)    Class Actions**

This item is inapplicable to instant action.

**(11)    Bifurcation**

The parties do not have any proposals for bifurcation of discovery and/or the trial.

**(12)    Pre-Trial Conference Date**

As set forth above, the parties recommend setting April 6, 2007 as the date for the pre-trial conference.

**(13)    Trial Date**

The parties agree that the trial date should be set at the pre-trial conference.

**(14)    Other Matters**

The parties have no other matters to recommend for inclusion in a scheduling order.

Respectfully submitted,

MONARC CONSTRUCTION, INC.
By Counsel

_____
Gerald I. Katz, D.C. Bar No. 237925
Stephen W. Smith, D.C. Bar No. 463900
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
(703) 761-6179 (fax)
*Counsel for Plaintiff*

PERMA-LINER INDUSTRIES, INC.
By Counsel

_____
Dennis J. Quinn, D.C. Bar No.455793
Stanley P. Wellman, *admitted pro hac vice*
Danielle D. Giroux, *admitted pro hac vice*
Carr Maloney PC
1615 L St., N.W., Suite 500
Washington, D.C. 20036
(202) 310-5519
(202) 310-5555 (fax)
*Counsel for Third-Party Defendant
   Perma-Liner Industries, Inc.*

U.S. SEWER & DRAIN, INC. and JEREMY
R. BOWMAN t/a U.S. SEWER & DRAIN
By Counsel

_____
Daniel J. Kraftson, D.C. Bar No.948034
Brad C. Friend, D.C. Bar No. 490430
Kraftson Caudle LLC
1650 Tysons Blvd., Suite 250
McLean, Virginia 22102
(703) 873-5500
(703) 873-5519 (fax)
*Counsel for Defendants/Third Party Plaintiff*

PLUMMER'S ENVIRONMENTAL
SERVICES, INC.
By Counsel

_____
William H. Robinson, Jr., D.C. Bar No. 457615
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
(202) 895-7201
(202) 244-5135 (fax)
*Counsel for Third-Party Defendant
   Plummer's Environmental Services, Inc.*

J:\13600.007\Pld\005 Joint Statement.doc:bd

6

Respectfully submitted,

MONARC CONSTRUCTION, INC.
By Counsel

_____
Gerald I. Katz, D.C. Bar No. 237925
Stephen W. Smith, D.C. Bar No. 463900
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
(703) 761-6179 (fax)
*Counsel for Plaintiff*

PERMA-LINER INDUSTRIES, INC.
By Counsel

_____
Dennis J. Quinn, D.C. Bar No.455793
Stanley P. Wellman, *admitted pro hac vice*
Danielle D. Giroux, *admitted pro hac vice*
Carr Maloney PC
1615 L St., N.W., Suite 500
Washington, D.C. 20036
(202) 310-5519
(202) 310-5555 (fax)
*Counsel for Third-Party Defendant
   Perma-Liner Industries, Inc.*

U.S. SEWER & DRAIN, INC. and JEREMY
R. BOWMAN t/a U.S. SEWER & DRAIN
By Counsel

/s/ Brad C. Friend
_____
Daniel J. Kraftson, D.C. Bar No.948034
Brad C. Friend, D.C. Bar No. 490430
Kraftson Caudle LLC
1650 Tysons Blvd., Suite 250
McLean, Virginia 22102
(703) 873-5500
(703) 873-5519 (fax)
*Counsel for Defendants/Third Party Plaintiff*

PLUMMER'S ENVIRONMENTAL
SERVICES, INC.
By Counsel

_____
William H. Robinson, Jr., D.C. Bar No. 457615
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
(202) 895-7201
(202) 244-5135 (fax)
*Counsel for Third-Party Defendant
   Plummer's Environmental Services, Inc.*

J:\13600.007\Pld\005 Joint Statement.doc:bd

Respectfully submitted,

MONARC CONSTRUCTION, INC.
By Counsel

_____
Gerald I. Katz, D.C. Bar No. 237925
Stephen W. Smith, D.C. Bar No. 463900
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
(703) 761-6179 (fax)
*Counsel for Plaintiff*

PERMA-LINER INDUSTRIES, INC.
By Counsel

_____
Dennis J. Quinn, D.C. Bar No.455793
Stanley P. Wellman, *admitted pro hac vice*
Danielle D. Giroux, *admitted pro hac vice*
Carr Maloney PC
1615 L St., N.W., Suite 500
Washington, D.C. 20036
(202) 310-5519
(202) 310-5555 (fax)
*Counsel for Third-Party Defendant*
  *Perma-Liner Industries, Inc.*

U.S. SEWER & DRAIN, INC. and JEREMY
R. BOWMAN t/a U.S. SEWER & DRAIN
By Counsel

_____
Daniel J. Kraftson, D.C. Bar No.948034
Brad C. Friend, D.C. Bar No. 490430
Kraftson Caudle LLC
1650 Tysons Blvd., Suite 250
McLean, Virginia 22102
(703) 873-5500
(703) 873-5519 (fax)
*Counsel for Defendants/Third Party Plaintiff*

PLUMMER'S ENVIRONMENTAL
SERVICES, INC.
By Counsel

_____
William H. Robinson, Jr., D.C. Bar No. 457615
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
(202) 895-7201
(202) 244-5135 (fax)
*Counsel for Third-Party Defendant*
  *Plummer's Environmental Services, Inc.*

J:\13600.007\Pld\005 Joint Statement.doc:bd

Respectfully submitted,

| | |
|---|---|
| MONARC CONSTRUCTION, INC.<br>By Counsel | U.S. SEWER & DRAIN, INC. and JEREMY<br>R. BOWMAN t/a U.S. SEWER & DRAIN<br>By Counsel |
| _____<br>Gerald I. Katz, D.C. Bar No. 237925<br>Stephen W. Smith, D.C. Bar No. 463900<br>KATZ & STONE, L.L.P.<br>8230 Leesburg Pike, Suite 600<br>Vienna, Virginia 22182<br>(703) 761-3000<br>(703) 761-6179 (fax)<br>*Counsel for Plaintiff* | _____<br>Daniel J. Kraftson, D.C. Bar No.948034<br>Brad C. Friend, D.C. Bar No. 490430<br>Kraftson Caudle LLC<br>1650 Tysons Blvd., Suite 250<br>McLean, Virginia 22102<br>(703) 873-5500<br>(703) 873-5519 (fax)<br>*Counsel for Defendants/Third Party Plaintiff* |
| PERMA-LINER INDUSTRIES, INC.<br>By Counsel | PLUMMER'S ENVIRONMENTAL<br>SERVICES, INC.<br>By Counsel |
| _____<br>Dennis J. Quinn, D.C. Bar No.455793<br>Stanley P. Wellman, *admitted pro hac vice*<br>Danielle D. Giroux, *admitted pro hac vice*<br>Carr Maloney PC<br>1615 L St., N.W., Suite 500<br>Washington, D.C. 20036<br>(202) 310-5519<br>(202) 310-5555 (fax)<br>*Counsel for Third-Party Defendant*<br>  *Perma-Liner Industries, Inc.* | /s/ William H. Robinson<br>William H. Robinson, Jr., D.C. Bar No. 457615<br>Wright Robinson Osthimer & Tatum<br>5335 Wisconsin Ave., N.W., Suite 920<br>Washington, D.C. 20015<br>(202) 895-7201<br>(202) 244-5135 (fax)<br>*Counsel for Third-Party Defendant*<br>  *Plummer's Environmental Services, Inc.* |

J:\13600.007\Pld\005 Joint Statement.doc:bd

6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing **PARTIES' JOINT REPORT FOR INITIAL SCHEDULING CONFERENCE** was, this 31st day of July, 2006, electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

> Daniel J. Kraftson, Esquire
> Brad C. Friend, Esquire
> Kraftson Caudle LLC
> 1650 Tysons Blvd., Suite 560
> McLean, Virginia 22102
> *Counsel for Defendants/Third Party Plaintiff*
>
> Dennis J. Quinn, Esquire
> Stanley P. Wellman, Esquire
> Danielle D. Giroux, Esquire
> Carr Maloney PC
> 1615 L St., N.W., Suite 500
> Washington, D.C. 20036
> *Counsel for Third-Party Defendant Perma-Liner Industries, Inc.*
>
> William H. Robinson, Jr., Esquire
> Wright Robinson Osthimer & Tatum
> 5335 Wisconsin Ave., N.W., Suite 920
> Washington, D.C. 20015
> *Counsel for Third-Party Defendant Plummer's Environmental Services, Inc*

_____
Stephen W. Smith

J:\13600.007\Pld\005 Joint Statement.doc:bd

7

*01011.028*
*Bm*
*7/17/06*



| Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out    Home

### Your Shipment Details:

| | | | |
|---|---|---|---|
| **Ship to:** | Alan Cohen<br>ADC Builders, Inc.<br>2701 Tower Oaks Boulevard<br>Suite 200<br>Rockville, MD 20852<br>US<br>301.692.4000 | **Package Type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared Value:**<br>**Shipper Account Number:**<br>**Bill transportation to:** | FedEx Pak<br>Drop Off<br>2 LBS<br>0 x 0 x 0 in<br>0 USD<br>110741553<br>110741553 |
| **From:** | Jason Constantine, Esquire<br>KATZ & STONE, LLP<br>8230 LEESBURG PIKE<br>SUITE 600<br>VIENNA, VA 22182<br>US<br>7037613000 | **Courtesy Rate Quote**<br>**Discounted variable %**<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** | *17.64<br>0.00<br><br><br>Express |
| **Tracking no:** | 791997458317 | | |
| **Your reference:** | 01011.028 | | |
| **Ship date:** | Jul 17 2006 | | |
| **Service Type:** | Priority Overnight | | |

[Print]                                                                                           [Return t]

### Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is I greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.