**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MONARC CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-00493-HHK |
| | ) | |
| U.S. SEWER & DRAIN, INC, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JEREMY R. BOWMAN | ) | |
| t/a U.S. SEWER & DRAIN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| U.S. SEWER & DRAIN, INC, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PERMA-LINER INDUSTRIES, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PLUMMER'S ENVIRONMENTAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## <u>MOTION FOR LEAVE TO WITHDRAW</u>

COMES NOW Dennis J. Quinn, Esquire, lead counsel of record for Perma-Liner Industries, Inc. ("Perma-Liner"), and respectfully requests this Count enter an Order granting leave for him to withdraw as counsel pursuant to LCvR 83.6 and substituting Danielle D. Giroux, Esquire, as lead counsel of record. In support of this Motion, the undersigned states as follows:

1.    On July 14, 2006, the undersigned entered an appearance on behalf of Perma-Liner, acting as local counsel for Stanley P. Wellman, Esquire and Danielle D. Giroux, Esquire of the law firm of Harman, Claytor, Corrigan & Wellman, P.C.  On July 26, 2006, this Court granted leave to Mr. Wellman and Ms. Giroux to appear *pro hac vice* in this case.

2.    On August 7, 2006, Ms. Giroux was admitted to the Bar of this Court.  In connection with this admission, she submitted the certification required by LCvR 83.2(b) to appear as sole or lead counsel.  Ms. Giroux and Mr. Wellman intend to continue their representation of Perma-Liner in this matter.

WHEREFORE, the undersigned Dennis J. Quinn, Esquire respectfully requests that an Order be entered permitting him to withdraw as counsel of record for Perma-Liner Industries, Inc. and substituting Danielle D. Giroux, Esquire, as lead counsel of record.

**PERMA-LINER INDUSTRIES, INC.**
By Counsel

_____/S/_____
Dennis J. Quinn, Esquire
(D.C. Bar No. 455793)
Carr Maloney P.C.
1615 L St., N.W., Suite 500
Washington, D.C. 20036
(202) 310-5519 (Telephone)
(202) 310-5555 (Facsimile)

Stanley P. Wellman, Esquire (*pro hac vice*)
Danielle D. Giroux, Esquire
(D.C. Bar. No. 470009)
HARMAN, CLAYTOR, CORRIGAN
  & WELLMAN, P.C.
P. O. Box 70280
Richmond, Virginia 23255
Phone:  804.747.5200
Fax:    804.747.6085

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August 2006, a true copy of the foregoing ***Motion for Leave to Withdraw*** was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing, to the following:

Gerald I. Katz, Esquire
Stephen W. Smith, Esquire
KATZ & STONE, LLP
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22181
703.761.6169 – Facsimile
*Counsel for Monarc Construction, Inc.*

Daniel J. Kraftson, Esquire
Brad Friend, Esquire
KRAFTSON CAUDLE LLC
1650 Tysons Boulevard, Suite 650
McLean, Virginia 22102
703.873.5519 – Facsimile
*Counsel for U.S. Sewer & Drain, Inc.*
*and Jeremy R. Bowman t/a U.S. Sewer*
*& Drain, Inc.*

William H. Robinson, Jr., Esquire
WRIGHT ROBINSON
5335 Wisconsin Avenue, N.W., Suite 920
Washington, D.C. 20015
202.244.5135 - Facsimile
*Counsel for Plummer's Environmental*
*Services, Inc.*

_____/S/_____
Dennis J. Quinn, Esquire