**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONARC CONSTRUCTION, INC.,     ) | |
|     ) | |
|    Plaintiff,     ) | |
|     ) | |
| v.     ) | Case No. 1:06-cv-00493-HHK |
|     ) | |
| U.S. SEWER & DRAIN, INC., *et al.*,     ) | |
|     ) | |
|    Defendants.     ) | |
| _____) | |
| U.S. SEWER & DRAIN, INC.,     ) | |
|     ) | |
|    Third-Party Plaintiff,     ) | |
|     ) | |
| v.     ) | |
|     ) | |
| PERMA-LINER INDUSTRIES, INC., *et al.*,) | |
|     ) | |
|    Third-Party Defendants.     ) | |

**MOTION FOR REFERRAL TO MEDIATION**

      COME NOW, Plaintiff Monarc Construction, Inc., Defendant/Third-Party Plaintiff U.S. Sewer & Drain, Inc., and Defendant Jeremy R. Bowman t/a U.S. Sewer & Drain (collectively hereinafter, "Monarc and U.S. Sewer"), by counsel, and move this Honorable Court to refer the above-captioned matter to its Mediation Program for the scheduling of mediation at the earliest available date. As grounds for this Motion, Monarc and U.S. Sewer state as follows:

      1.     The initial scheduling conference in this matter was held before the Court on August 4, 2006.

      2.     At the initial scheduling conference, the parties informed the Court that they did not presently wish for the Court to refer this matter to mediation, as Monarc and U.S. Sewer were attempting to arrange a meeting amongst some or all of the parties in order to pursue potential resolution of the instant action.

2

    3.      To-date, however, such a meeting has not come to fruition.

    4.      Accordingly, Monarc and U.S. Sewer desire that the Court refer this matter to its Mediation Program for the scheduling of mediation at the earliest available date.

    5.      Monarc and U.S. Sewer have sought the consent to this Motion of Third-Party Defendants Perma-Liner Industries, Inc. and Plummer's Environmental Services, Inc. However, the Third-Party Defendants do not presently consent to the Motion.

WHEREFORE, Plaintiff Monarc Construction, Inc., Defendant/Third-Party Plaintiff U.S. Sewer & Drain, Inc., and Defendant Jeremy R. Bowman t/a U.S. Sewer & Drain respectfully request that this Honorable Court issue an Order referring the above-captioned matter to its Mediation Program for the scheduling of mediation at the earliest available date, and grant such further relief as the Court deems necessary and just.

                                                              Respectfully submitted,

| MONARC CONSTRUCTION, INC.<br>By Counsel | U.S. SEWER & DRAIN, INC. and JEREMY R. BOWMAN t/a U.S. SEWER & DRAIN<br>By Counsel |
|---|---|
| /s/ Stephen W. Smith<br>Gerald I. Katz, D.C. Bar No. 237925<br>Stephen W. Smith, D.C. Bar No. 463900<br>KATZ & STONE, L.L.P.<br>8230 Leesburg Pike, Suite 600<br>Vienna, Virginia 22182<br>(703) 761-3000<br>(703) 761-6179 (fax)<br>*Counsel for Plaintiff* | /s/ Stephen W. Smith (with authorization)<br>Daniel J. Kraftson, D.C. Bar No.948034<br>Brad C. Friend, D.C. Bar No. 490430<br>Kraftson Caudle LLC<br>1650 Tysons Blvd., Suite 250<br>McLean, Virginia 22102<br>(703) 873-5500<br>(703) 873-5519 (fax)<br>*Counsel for Defendants/Third Party Plaintiff* |

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and accurate copy of the foregoing **MOTION FOR REFERRAL TO MEDIATION** was electronically filed this 11th day of September, 2006 with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to the following:

          Daniel J. Kraftson, Esquire
          Brad C. Friend, Esquire
          Kraftson Caudle LLC
          1650 Tysons Blvd., Suite 560
          McLean, Virginia 22102
          *Counsel for Defendants/Third Party Plaintiff*

          Danielle D. Giroux, Esquire
          Carr Maloney PC
          1615 L St., N.W., Suite 500
          Washington, D.C. 20036
          *Counsel for Third-Party Defendant Perma-Liner Industries, Inc.*

          William H. Robinson, Jr., Esquire
          Wright Robinson Osthimer & Tatum
          5335 Wisconsin Ave., N.W., Suite 920
          Washington, D.C. 20015
          *Counsel for Third-Party Defendant Plummer's Environmental*
              *Services, Inc.*

                                   /s/ Stephen W. Smith

J:\13600.007\Pld\006sws Mediation Motion.doc:bd