**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONARC CONSTRUCTION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. SEWER & DRAIN, INC., *et al.*, )<br>)<br>Defendants. )<br>_____)<br>U.S. SEWER & DRAIN, INC., )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>PERMA-LINER INDUSTRIES, INC., *et al.*,)<br>)<br>Third-Party Defendants. ) | Case No. 1:06-cv-00493-HHK |

**ORDER**

UPON CONSIDERATION of the Motion for Referral to Mediation by Plaintiff Monarc Construction, Inc., Defendant/Third-Party Plaintiff U.S. Sewer & Drain, Inc., and Defendant Jeremy R. Bowman t/a U.S. Sewer & Drain (the "Motion"), and any opposition thereto and/or oral argument thereon, it is, this ____ day of _____, 2006, by the United States District Court for the District of Columbia,

ORDERED that the Motion shall be and hereby is GRANTED; and it is further

ORDERED that the Court shall refer this matter to its Mediation Program for the scheduling of mediation at the earliest available date.

_____
Judge H.H. Kennedy
U.S. District Court for the District of Columbia

Copies to:

Gerald I. Katz, Esquire
Stephen W. Smith, Esquire
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
*Counsel for Plaintiff Monarc Construction, Inc.*

Daniel J. Kraftson, Esquire
Brad C. Friend, Esquire
Kraftson Caudle LLC
1650 Tysons Blvd., Suite 560
McLean, Virginia 22102
*Counsel for Defendant/Third-Party Plaintiff U.S. Sewer & Drain, Inc.*
*and Defendant Jeremy R. Bowman t/a U.S. Sewer & Drain*

Danielle D. Giroux, Esquire
Carr Maloney PC
1615 L St., N.W., Suite 500
Washington, D.C. 20036
*Counsel for Third-Party Defendant Perma-Liner Industries, Inc.*

William H. Robinson, Jr., Esquire
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
*Counsel for Third-Party Defendant Plummer's Environmental Services, Inc.*

J:\13600.007\Pld\007sws Order for Mediation Motion.doc:bd