**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONARC CONSTRUCTION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00493-HHK |
| ) | |
| U.S. SEWER & DRAIN, INC., *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| U.S. SEWER & DRAIN, INC. ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PERMA-LINER INDUSTRIES, INC., *et al*. ) | |
| ) | |
| Third-Party Defendants. ) | |

**MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

Defendants, U.S. Sewer & Drain, Inc. and Jeremy Bowman, by counsel, pursuant to Rule 14(a) of the Federal Rules of Civil Procedure, hereby files its Motion For Leave to File a Third-Party Complaint against Peerless Insurance Company in the above action, and state as follows:

1. On or about February 10, 2006, Plaintiff, Monarc Construction Inc. ("Monarc"), filed its Complaint against the Defendants, U.S. Sewer & Drain, Inc. and Jeremy Bowman (collectively "U.S. Sewer"), in the Superior Court for the District of Columbia. U.S. Sewer removed the Superior Court case to the U.S. District Court for the District of Columbia ("Lawsuit").

2. More than 10 days have elapsed since U.S. Sewer served an Answer to Monarc's Complaint, thus necessitating leave of this Court for U.S. Sewer to file a Third-Party Complaint in the above action.

3. U.S. Sewer desires to file a Third-Party Complaint against Peerless Insurance Company ("Peerless") for all or part of Monarc's claim against U.S. Sewer. A copy of the proposed Third-Party Complaint is attached hereto as Exhibit "A".

4. This case arises out of a contract between Monarc and U.S. Sewer & Drain, Inc. whereby Monarc paid U.S. Sewer & Drain, Inc. to perform certain work to install a liner in an existing stormwater and sewer pipe ("Pipe") on a construction project known as Lofts 14, Parcel A, located in Washington, D.C. (the "Work").

5. On or about April 1, 2003, an occurrence took place in relation to the Work when it was discovered that the liner may not have properly conformed to the inside of the Pipe ("Incident").

6. Monarc alleges in its Complaint that U.S. Sewer is liable for the alleged damages to the Pipe resulting from the Incident.

7. On or about February 24, 2003, Peerless, in consideration for the premiums duly paid in full by U.S. Sewer & Drain, Inc., issued a comprehensive general liability insurance policy for U.S. Sewer & Drain, Inc. and Jeremy Bowman, as its executive officer, bearing policy number CCP 9697618 ("CGL Policy"), with an effective period of February 24, 2003 to February 24, 2005.

8. U.S. Sewer denies that it has any liability to Monarc, but in the event it is determined that U.S. Sewer is liable to Monarc, U.S. Sewer avers and alleges that pursuant to the terms and conditions of the CGL Policy it is entitled to a defense from the

Lawsuit and indemnification from Peerless for any and all damages that U.S. Sewer is determined to be liable to Monarc and other costs U.S. Sewer incurred to mitigate such damages.

9. After timely demands by U.S. Sewer, Peerless has failed and refused, and continues to fail and refuse, to defend and indemnify U.S. Sewer in the Lawsuit in violation of the terms of the CGL Policy.

10. U.S. Sewer has satisfied all conditions precedent to recovery of losses under the CGL Policy, including, but not limited to, timely notification to Peerless of the Incident and the Lawsuit.

11. A Third-Party Complaint against Peerless Insurance was not filed earlier because Peerless has delayed in responding to U.S. Sewer's requests that Peerless reconsider its prior refusal to provide a defense and indemnity in the Lawsuit. Despite Peerless' assurances that it would respond to U.S. Sewer's requests to reconsider, Peerless has not done so as of the date of filing this Motion.

12. Since discovery remains open and no trial date has yet been scheduled, no party will be prejudiced by U.S. Sewer filing a Third-Party Complaint against Peerless. This Motion is being filed in conformity with this Court's proposed Scheduling Order which allows parties to move the Court for leave to add new parties on or before September 18, 2006.

WHEREFORE, Defendants, U.S. Sewer & Drain, Inc. and Jeremy Bowman, request that this Court enter an Order granting U.S. Sewer & Drain, Inc. and Jeremy Bowman leave to join Peerless Insurance Company as a Third-Party Defendant in the above action.

## STATEMENT OF POINTS AND AUTHORITIES

1. Rule 14 of the Federal Rules of Civil Procedure

2. Proposed Scheduling Order

                                        U.S. SEWER & DRAIN, INC.
                                        and JEREMY BOWMAN

Dated: September 18, 2006            By: __/s/ Brad C. Friend_____
                                                         Daniel J. Kraftson (DC Bar No. 948034)
                                                         Brad C. Friend (DC Bar No. 490430)
                                                         KRAFTSON CAUDLE LLC
                                                         1600 Tysons Boulevard
                                                         Suite 250
                                                         McLean, Virginia  22102
                                                         (703) 873-5500 (telephone)
                                                         (703) 873-5519 (facsimile)

                                                         *Counsel for the Defendants U.S. Sewer &*
                                                         *Drain, Inc. and Jeremy Bowman*

**LCvR 7(m) CERTIFICATION**

  I hereby certify that on this 18th day of September, 2006, that I discussed this Motion with Counsel for Monarc Construction, Inc. and Plummer's Environmental Services, Inc. and attempted to confer with Counsel for Perma-Liner Industries, Inc. prior to filing this Motion. Counsel for Monarc Construction, Inc. and Plummer's Environmental Services, Inc. do not oppose this Motion. It is unclear at this point whether Counsel for Perma-Liner Industries, Inc., opposes or does not oppose this Motion.

              /s/ Brad C. Friend
              Brad C. Friend

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 18th day of September, 2006, a true copy of the foregoing Motion for Leave to File Third-Party Complaint was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Gerald I. Katz, Katz & Stone, L.L.P., 8230 Leesburg Pike, Suite 600, Vienna, Virginia 22182, Counsel for Plaintiff Monarc Construction, Inc.; Danielle D. Giroux, Harman Claytor Corrigan & Wellman, P.C., P.O. Box 70280, Richmond, Virginia 23255, Counsel for Third-Party Defendant Perma-Liner Industries, Inc.; William H. Robinson, Jr., Wright Robinson Osthimer & Tatum, 5335 Wisconsin Ave., N.W., Suite 920, Washington, D.C. 20015, Counsel for Third-Party Defendant Plummer's Environmental Services, Inc.

              /s/ Brad C. Friend
              Brad C. Friend

00011153/ 1084-002