UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MONARC CONSTRUCTION, INC. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. 1:06-cv-00493-HHK |
| U.S. SEWER & DRAIN, INC., *et al.* | ) ) ) | |
| Defendants. | ) ) | |
| U.S. SEWER & DRAIN, INC. | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| PERMA-LINER INDUSTRIES, INC., *et al.* | ) ) | |
| Third-Party Defendants. | ) ) | |

**<u>ORDER</u>**

UPON CONSIDERATION of the Motion of the Defendants, U.S. Sewer & Drain, Inc. and Jeremy Bowman, for leave to file a Third-Party Complaint against the Third-Party Defendant, Peerless Insurance Company, and said Motion being uncontested, it is hereby

ORDERED, ADJUDGED AND DECREED that said Motion be, and hereby is, GRANTED, and it is further

ORDERED, ADJUDGED AND DECREED that U.S. Sewer & Drain, Inc. and Jeremy Bowman be, and hereby is, granted leave to file a Third-Party Complaint against

00011154/ 1084-002

Peerless Insurance Company in the above action within ten (10) days of entry of this

Order.

    ENTERED this \_\_\_\_ day of September, 2006.

                                                 _____
                                                 Judge H.H. Kennedy

Case 1:06-cv-00493-HHK    Document 21-3    Filed 09/18/2006    Page 2 of 3

Copies to:

Gerald I. Katz, Esquire
Stephen W. Smith, Esquire
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
*Counsel for Plaintiff Monarc Construction, Inc.*

Daniel J. Kraftson, Esquire
Brad C. Friend, Esquire
Kraftson Caudle LLC
1600 Tysons Boulevard
Suite 250
McLean, Virginia  22102
*Counsel for Defendants/Third-Party Plaintiff U.S. Sewer & Drain, Inc.
and Defendant Jeremy Bowman t/a U.S. Sewer & Drain*

Danielle D. Giroux, Esquire
Harman Claytor Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
*Counsel for Third-Party Defendant Perma-Liner Industries, Inc.*

William H. Robinson, Jr., Esquire
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
*Counsel for Third-Party Defendant Plummer's Environmental Services, Inc.*