# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC., | ) |
| Plaintiff | ) |
| v. | ) Case No. 1:06-cv-00493 (HHK) |
| U.S. SEWER & DRAIN, INC., et al., | ) |
| Defendants. | ) |
| U.S. SEWER & DRAIN, INC., | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| PERMA-LINER INDUSTRIES, INC., et al., | ) |
| Third-Party Defendants. | ) |

## THIRD-PARTY DEFENDANT PLUMMER'S ENVIRONMENTAL SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Third-Party Defendant Plummer's Environmental Services, Inc., ("Plummers"), by counsel, pursuant to Federal Rules of Civil Procedure, Rule 56, hereby moves for summary judgment on the claims filed against it by U.S. Sewer & Drain, Inc., on the grounds that there are no disputed issues of material fact and that it is entitled to judgment as a matter of law. The grounds for this motion are more specifically set forth in Plummer's Environmental Services, Inc.'s Memorandum in Support of Its Motion for Summary Judgment, filed herewith.

{D0062289.1}

WHEREFORE, Third-Party Defendant Plummer's Environmental Services, Inc., moves this Court to grant its Motion for Summary Judgment and dismiss with prejudice, the Third-Party Complaint filed against it by U.S. Sewer & Drain, Inc.

Respectfully submitted,

/s/ William H. Robinson, Jr.
_____
William H. Robinson, Jr., Bar No. 457615
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue, N.W., Suite 920
Washington, D.C. 20015-2030
(202) 244-4668

*Counsel for Third-Party Defendant*
*Plummer's Environmental Services, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of September, 2006 I electronically filed the foregoing *Third-Party Defendant Plummer's Environmental Services, Inc.'s Motion for Summary Judgment.* with the Clerk of the court using the CM/ECF system which will send notification of such filing to:

Gerald I. Katz, Esquire
Stephen W. Smith, Esquire
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
703 761-6169 – Facsimile
*Counsel for Plaintiff Monarc Construction, Inc.*

Danielle D. Giroux, Esquire
Carr Maloney PC
1615 L Street, N.W., Suite 500
Washington, DC 20036
202 310-5555 – Facsimile
*Counsel for Third-Party Defendant Perma-Liner Industries, Inc.*

Daniel J. Kraftson, Esquire
Brad C. Friend, Esquire
Kraftson Caudle LLC
1650 Tysons Boulevard, Suite 650
McLean, Virginia 22102
703-873-5519 – Facsimile
*Counsel for U.S. Sewer & Drain, Inc. And Jeremy R. Bowman*
   *t/o U.S. Sewer & Drain, Inc.*

                                         /s/ William H. Robinson, Jr.
                                         _____
                                         William H. Robinson, Jr.