UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC., | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | )<br>) |
| U.S. SEWER & DRAIN, INC., et al., | ) Case No. 1:06-cv-00493 (HHK)<br>)<br>) |
| Defendants. | )<br>) |
| U.S. SEWER & DRAIN, INC., | )<br>) |
| Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| PERMA-LINER INDUSTRIES, INC., et al., | )<br>)<br>) |
| Third-Party Defendants. | )<br>) |

**ORDER**

**UPON CONSIDERATION OF** Third-Party Defendant Plummer's Environmental Services, Inc.'s Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____, 2006 hereby

**ORDERED** that Third-Party Defendant Plummer's Environmental Services, Inc.'s Motion for Summary Judgment, be and is hereby **GRANTED.**

_____
JUDGE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

{D0062298.1 }

Copies to:

William H. Robinson, Jr.
Wright, Robinson, Osthimer & Tatum
5335 Wisconsin Avenue, N.W., Suite 920
Washington, D.C. 20015-2030
202 244-5135 – Facsimile

*Counsel for Third-Party Defendant Plummer's Environmental Services, Inc.*

Gerald I. Katz, Esquire
Stephen W. Smith, Esquire
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
703 761-6169 – Facsimile

*Counsel for Plaintiff Monarc Construction, Inc.*

Danielle D. Giroux, Esquire
Carr Maloney PC
1615 L Street, N.W., Suite 500
Washington, DC 20036
202 310-5555 – Facsimile

*Counsel for Third-Party Defendant Perma-Liner Industries, Inc.*

Daniel J. Kraftson, Esquire
Brad C. Friend, Esquire
Kraftson Caudle LLC
1650 Tysons Boulevard, Suite 650
McLean, Virginia 22102
703-873-5519 – Facsimile

*Counsel for U.S. Sewer & Drain, Inc. And Jeremy R. Bowman
   t/o U.S. Sewer & Drain, Inc.*

{D0062298.1}                                   2