UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC.<br>2781 Hartland Road<br>Falls Church, Virginia 22043<br><br>      Plaintiff,<br>v.<br><br>U.S. SEWER & DRAIN, INC.<br>1100 Wood Lane<br>Langhorne, Pennsylvania 19047,<br><br>AND<br><br>JEREMY BOWMAN<br>t/a U.S. Sewer & Drain<br>46 Edgemont Lane<br>Langhorne, Pennsylvania 19047<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.  1:06-CV-00493-HHK<br>)<br>)<br>)<br>)<br>)<br>) |
| U.S. SEWER & DRAIN, INC.<br>1100 Wood Lane<br>Langhorne, Pennsylvania 19047,<br><br>      Plaintiff,<br>v.<br><br>PERMA-LINER INDUSTRIES, INC.,<br>6196 126th Avenue North<br>Largo, Florida 33773<br><br>AND | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| PLUMMER'S ENVIRONMENTAL | ) |
| SERVICES INC. | ) |
| 10075 Sedroc Industrial Drive | ) |
| Byron Center, Michigan 49315, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF TODD PLUMMER

I, Todd Plummer, am President of Plummer Environmental Services, Inc.

1. In April 2003 I was contacted by Jerry D'Hulster of Perma-Liner Industries Inc. who asked our company to provide a boiler truck for heating and pumping hot water into a sewer line on a job in the District of Columbia. We agreed to do so.

2. I was personally present at the Washington D.C. construction site at the time the liner was installed in the pipe. Plummer Environmental Services furnished a truck to heat water for curing the resin in the installed liner at the request of Perma-Liner Industries. The installer of the liner was US Sewer & Drain.

3. Plummer Environmental Services, Inc. did not install the liner, or provide directions for the installation or curing of the liner. Plummer Environmental was told when to turn on the water and when to turn off the water by others, and did so.

4. The only services provided by Plummer Environmental Services, Inc. were to provide the truck to heat the water, and to assist in turning the water on and off as

{D0061740.1}                                  2

directed by the installer. Plummer Environmental Services, Inc. had no responsibility for installing or curing the liner or supervising either of these activities.

*Todd Plummer, president*
Todd Plummer

_____)
_____ ) ss.
_____)

On this 5 day of September, 2006 before me, a Notary Public in and for the City and State aforesaid, personally appeared Todd Plummer, known to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

*Jacqueline L. Carnes*
Notary Public

**MY COMMISSION EXPIRES:**

July 11, 2007

JACQUELINE L. CARNES
NOTARY PUBLIC KENT CO., MI
MY COMMISSION EXPIRES Jul 11, 2007