UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00493-HHK |
| ) | |
| U.S. SEWER & DRAIN, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| U.S. SEWER & DRAIN, INC. ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PERMA-LINER INDUSTRIES, INC., *et al.* ) | |
| ) | |
| Third-Party Defendants. ) | |

## AFFIDAVIT OF JEREMY R. BOWMAN

I, Jeremy R. Bowman, the undersigned, being duly sworn, and under penalty of perjury, state as follows:

1. I am over 21 years of age and understand the obligations of an oath. I am of sound mind and body and capable of making this Affidavit. The factual statements contained in this Affidavit are based upon my personal knowledge and are true and correct.

2. I am currently the President of U.S. Sewer & Drain, Inc. ("U.S. Sewer"). I have been the President of U.S. Sewer since 1995. In or about March 2003, U.S. Sewer entered into a contract with Monarc Construction, Inc. ("Monarc") pursuant to which U.S. Sewer agreed to



install a pipe liner in an existing stormwater and sewer pipe on a construction project known as Lofts 14, Parcel A, located in Washington, D.C. ("Project").

3. In connection with the Project, U.S. Sewer entered into a contract with Perma-Liner Industries, Inc. ("Perma-Liner") pursuant to which Perma-Liner agreed to provide a pipe liner ("Pipe Liner") for installation at the Project.

4. In connection with the Project, U.S. Sewer also entered into a contract with Plummer's Environmental Services, Inc. ("Plummer's") pursuant to which Plummer's provided services relating to the heating and curing of the Pipe Liner. U.S. Sewer paid $5,000.00 to Plummer's upon completion of its work.

5. I was U.S. Sewer's President during the time of the installation of the Pipe Liner. My job responsibilities required me to be at the Project on a full time basis. I have first hand knowledge of Plummer's activities on the Project, and I dealt directly with Mr. Todd Plummer ("Mr. Plummer").

6. Mr. Plummer states in paragraph 2 of his Affidavit that "Plummer Services furnished a truck to heat water for curing the resin in the installed liner at the request of Perma-Liner." Mr. Plummer's description is deficient and misleading because he has omitted important details regarding the nature of the services rendered by his company at the Project.

7. Typically, after a pipe liner is installed into a pipe, the pipe liner must be cured using a process known in the industry as "cooking out." In order to "cook out" a pipe liner, first hot water (at an appropriate temperature) is circulated through the liner for a designated period of time. The hot water causes the pipe liner to expand and adhere to the interior wall of the pipe. After a pipe liner is "cooked out," a cool down process follows, which is completed with the introduction of cold water (at an appropriate temperature) into the pipe liner.

8. U.S. Sewer engaged Plummer's to operate a boiler truck with a 6 million BTU boiler ("Boiler Unit") for the cooking out and curing of the Pipe Liner. Mr. Plummer's Affidavit suggests that Plummers had a very passive role at the Project. This is not correct. Operating the Boiler Unit involves igniting the Boiler Unit, heating the water, operating water recirculation pumps which forced the heated water through the Pipe Liner, and maintaining a constant water temperature of 190 degrees Fahrenheit for a period of not less than three hours. Before and after the "cooking out" process, Mr. Plummer read gauges and provided me with precise information regarding water temperature of the water used to cook out the Pipe Liner, which was contemporaneously recorded. In addition, Mr. Plummer monitored the flow of the heated water to assure adequate circulation during the "cooking out" process. For safety reasons, Mr. Plummer had sole access to the gauges in the Boiler Unit while Plummer's worked at the Project. Mr. Plummer was solely responsible for assuring that the "cooking out" process proceeded as required by U.S. Sewer. To my knowledge, Mr. Plummer was the only person at the Project with the ability to operate the Boiler Unit.

9. While it is true that Plummer's did not "install" the Pipe Liner, Plummer's was integrally involved in the process of installing the Pipe Liner. An inserted pipe liner is not operable until "cooked out" and cured, and Plummer's is the party which "cooked out" the Pipe Liner.

U.S. SEWER & DRAIN, INC.

By: _____
Title: _____
Date: _____

STATE OF PENNSYLVANIA
COUNTY OF Bucks _____; to-wit: JEREMY R. BOWMAN

    Sworn and subscribed to before me this __6th__ day of October, 2006.

_____
Notary Public

My Commission Expires: ___Sept 20, 2007___

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Crystal Buses, Notary Public
Falls Twp., Bucks County
My Commission Expires Sept. 20, 2007
Member, Pennsylvania Association of Notaries

00011272/ 1084-002