UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MONARC CONSTRUCTION, INC.           )
                                    )
          Plaintiff,                )
                                    )
v.                                  )   Case No. 1:06-cv-00493-HHK
                                    )
U.S. SEWER & DRAIN, INC., *et al*.  )
                                    )
          Defendants.               )
_____)
                                    )
U.S. SEWER & DRAIN, INC.            )
                                    )
          Third-Party Plaintiff,    )
                                    )
v.                                  )
                                    )
PERMA-LINER INDUSTRIES, INC., *et al*. )
                                    )
          Third-Party Defendants.   )
_____)

## ORDER

UPON CONSIDERATION of the Motion for Summary Judgment and Memorandum in Support Thereof filed by Third-Party Defendant Plummer's Environmental Services, Inc. and the Opposition to Plummer's Motion for Summary Judgment and Memorandum in Support Thereof filed by Third-Party Plaintiff U.S. Sewer & Drain, Inc., and argument of counsel,

AND IT APPEARING TO THE COURT that a genuine issue of material fact exists as to Plummer's Environmental Services, Inc.'s role in the installation of the pipe liner at issue in the present case;

AND IT FURTHER APPEARING that a genuine issue of material fact exists as to whether or not Plummer's performed its work properly and whether any such failure to properly

1

heat/cure the pipe liner at issue in the present case caused or contributed to the damages alleged by Monarc Construction Inc. against U.S. Sewer & Drain, Inc. and Jeremy R. Bowman in this case;

AND IT FURTHER APPEARING that Plummer's Environmental Services, Inc.'s Motion for Summary Judgment should be denied, it is hereby

ORDERED, ADJUDGED AND DECREED that Plummer's Environmental Services, Inc.'s Motion for Summary Judgment be, and hereby is, DENIED WITH PREJUDICE.

ENTERED this ____ day of _____, 2006.

_____
Judge H. H. Kennedy

Copies to:

Gerald I. Katz, Esquire
Stephen W. Smith, Esquire
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
*Counsel for Plaintiff Monarc Construction, Inc.*

Daniel J. Kraftson, Esquire
Brad C. Friend, Esquire
Kraftson Caudle LLC
1600 Tysons Boulevard
Suite 250
McLean, Virginia  22102
*Counsel for Defendants/Third-Party Plaintiff U.S. Sewer & Drain, Inc.
and Defendant Jeremy Bowman t/a U.S. Sewer & Drain*

Danielle D. Giroux, Esquire
Harman Claytor Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
*Counsel for Third-Party Defendant Perma-Liner Industries, Inc.*

William H. Robinson, Jr., Esquire
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
*Counsel for Third-Party Defendant Plummer's Environmental Services, Inc.*

3