## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONARC CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-00493-HHK |
| | ) | |
| U.S. SEWER & DRAIN, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| U.S. SEWER & DRAIN, INC. | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PERMA-LINER INDUSTRIES, INC., *et al.*, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| | ) | |
| U.S. SEWER & DRAIN, INC., *et al.*, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PEERLESS INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## <u>ERRATA NOTICE</u>

COME NOW Defendants/Third-Party Plaintiffs, U.S. Sewer & Drain, Inc. and

Jeremy Bowman, hereby files this notice and incorporates the Exhibits attached hereto

into the Third-Party Complaint filed against Peerless Insurance Company in this case.

The Third-Party Complaint against Peerless Insurance Company was attached as an

exhibit to U.S. Sewer & Drain, Inc.'s and Jeremy Bowman's Motion for Leave to File

Third-Party Complaint Against Peerless Insurance Company.  The Exhibits to the Third-

Party Complaint were not attached to the Motion for Leave.  Once the Motion for Leave

was granted, the Clerk of the Court subsequently filed the Third-Party Complaint that

was attached to the Motion for Leave.  Accordingly, the Exhibits to the Third-Party

Complaint did not get filed at the time the Third-Party Complaint was filed.


U.S. SEWER & DRAIN, INC.
and JEREMY BOWMAN


Dated: October 12, 2006            By: __/s/ Brad C. Friend_____
                                   Daniel J. Kraftson (DC Bar No. 948034)
                                   Brad C. Friend (DC Bar No. 490430)
                                   KRAFTSON CAUDLE LLC
                                   1600 Tysons Boulevard
                                   Suite 250
                                   McLean, Virginia  22102
                                   (703) 873-5500 (telephone)
                                   (703) 873-5519 (facsimile)

                                   *Counsel for the Defendants/Third-Party*
                                   *Plaintiffs U.S. Sewer & Drain, Inc. and*
                                   *Jeremy Bowman*

00011456/ 1084-002

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2006, a true copy of the foregoing Errata Notice was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Gerald I. Katz, Katz & Stone, L.L.P., 8230 Leesburg Pike, Suite 600, Vienna, Virginia 22182, Counsel for Plaintiff Monarc Construction, Inc.; Danielle D. Giroux, Harman Claytor Corrigan & Wellman, P.C., P.O. Box 70280, Richmond, Virginia 23255, Counsel for Third-Party Defendant Perma-Liner Industries, Inc.; William H. Robinson, Jr., Wright Robinson Osthimer & Tatum, 5335 Wisconsin Ave., N.W., Suite 920, Washington, D.C. 20015, Counsel for Third-Party Defendant Plummer's Environmental Services, Inc.

    /s/ Brad C. Friend
Brad C. Friend

00011456/ 1084-002