# AFFIDAVIT

This is to certify that the enclosed represents a complete and accurate copy of the:

Commercial Package insurance policy number:  CCP 9697618

issued to:  **US Sewer and Drain, Inc.**

by:  **Excelsior Insurance Company**

Effective**: 2/24/2003 to 2/24/2004**

SIGNATURE

Audrey Williams
PRINTED NAME

Team Leader
TITLE

THIS FORM MUST BE NOTORIZED

On the _28th_ day of _July_ , 20_06_ , before me, came the signer of the foregoing statement, known to be the individual described herein, and who executed the foregoing statement, and acknowledged that he/she/they executed same.

Notary Public

NOTARIAL SEAL
KATHLEEN J KUNKLE
Notary Public
CITY OF BETHLEHEM
NORTHAMPTON COUNTY
My Commission Expires Aug 26, 2006



EXHIBIT

1



Coverage is provided in:

**EXCELSIOR INSURANCE COMPANY**

This policy has been prepared for:
**US SEWER AND DRAIN INC DBA MR**
**ROOTER PLUMBING**
**PO BOX 1072**
**LANGHORNE  PA   19047**

**Agent Name and Address:**

**D E LOVE ASSOCIATES INC**
**301 OXFORD VALLEY RD 1203A**
**YARDLEY  PA   19067-7705**

Agent Code:  **3220492**

Agent's Phone Number:  **(215)-321-7707**

Your insurance policy is enclosed. Please place it with your important papers.

Thank you for selecting us to service your insurance needs!

INSURED COPY

**INSURED COPY**

# IMPORTANT POLICYHOLDER NOTICE
## CONCERNING THE PROPERTY INSURANCE LOSS REGISTER

If a claim is filed on the insured property, information on the claim may be given to the Property Insurance Loss Register (PILR) for use by insurance companies in investigating the legitimacy of that claim as well as other claims for loss on the property. Information which will be given to PILR may include the insureds name, age and sex, current and previous addresses, loss location, insurance policy information, cause of loss, type of property, and identification of others who have an interest in the property or who are involved in the claimed loss.

Such information may be collected by an insurer or an adjuster by questioning you, your spouse, others who have an interest in the property, those who are involved in the claimed loss, and fire department personnel. Information on you will be given by PILR to insurance companies which subscribe to its service for use in investigating other claimed losses.

On request, PILR will tell you whether it has information on you. It will let you see and copy such information (in person or by mail) or give you the nature and substance of such information by telephone. PILR may charge a reasonable fee for copies of information provided.

If you think information on you is incomplete or inaccurate, you may request PILR to make corrections. PILR will then investigate and:

1.  give your correction to subscribers who previously received such information; or

2.  inform you that it refuses to make your correction and give you its reason.

If PILR refuses to make your correction, you can have a statement of the reasons for your disagreement placed in PILR; and all subscribers who received or will receive information on you will also receive a copy of the statement. Information on your claim will normally be stored by PILR for five (5) years.

Inquires to PILR should be addressed:       **Property Insurance Loss Register**
                                            **PO Box 2641**
                                            **Jersey City, NJ 07310**

                                            **Telephone: 201-469-2000**

Thank you for selecting us to service your insurance needs!

## IMPORTANT POLICYHOLDER INFORMATION
## CONCERNING BILLING PRACTICES

**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

* **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

* **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly in 90 day intervals, monthly in 30 day intervals, etc.). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. It is also shown on your Policy Declarations. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective a future date that will also reflect a late payment fee charge. Because the amount of the late fee varies from state to state, please consult your Premium Notice for the actual fee that applies. *(Not applicable in ME.)*

**Special Note:** *Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.*

Once again, please contact your agent if your have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

ST-AL-305 (03/00)

# NOTICE TO POLICYHOLDER – WAR, MILITARY ACTION OR TERRORISM EXCLUSIONS

This notice has been prepared in conjunction with the implementation of changes to your policy.

COVERAGE IS NOT PROVIDED BY THIS NOTICE nor can it be construed to replace any provisions of your policy. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS CAREFULLY for complete information on the coverages that you are provided. If there is any conflict between the policy and this notice, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

Following is a brief synopsis of any significant broadenings, restrictions or clarifications of coverage that were made in each policy form and endorsement.

- When one or more of the following endorsements is attached to your policy:

  **IL 09 40 01 02 – Exclusion of Terrorism (with Limited Exception) And Exclusion of War And Military Action Endorsement** (modifies the Commercial Inland Marine, Commercial Property and Farm Coverage Parts; Standard Property Policy and CUSTOM COMMERCIAL PROTECTOR Commercial Inland Marine Coverage Part)
  **IL 09 42 01 02 – Exclusion of War And, Military Action And Terrorism Endorsement** (modifies the Boiler And Machinery and Commercial Crime Coverage Parts)
  **BP 05 12 01 02 – Exclusion of Terrorism (with Limited Exception) And Exclusion of War And Military Action Endorsement** (modifies the COMMERCIAL PROTECTOR Policy and CUSTOM COMMERCIAL PROTECTOR Property Coverage Part)

- Coverage for loss or damage arising out of war, warlike action and similar events is excluded under all coverage forms and policies. Previously, the War And Military Action exclusion applied to all coverage forms and policies except the Commercial Property-Legal Liability Coverage Forms.

- Coverage for loss or damage arising out of terrorism is excluded only if:

  - The total of all damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from a terrorism incident exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured by for a terrorism exclusion; or

    (In applying the threshold for property damage ($25 million), multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism).

  - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

  - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

  - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

- The exclusion of terrorism does not apply to direct loss or damage by fire to Covered Property, under the Commercial Inland Marine, Commercial Property or Farm Coverage Parts, COMMERCIAL PROTECTOR Policy or Standard Property Policy, or under the CUSTOM COMMERCIAL PROTECTOR Commercial Inland Marine Coverage Part.

See the definition of terrorism for purposes of the terrorism exclusion.

**INSURED COPY**

- When one or more of the following endorsements is attached to your policy:

  **IL 09 41 01 02 – Exclusion of War, Military Action And Terrorism Endorsement** (modifies the Boiler And Machinery, Crime, Commercial Inland Marine, Commercial Property and Farm Coverage Parts; Standard Property Policy, and CUSTOM COMMERCIAL PROTECTOR Commercial Inland Marine Coverage Part).
  **BP 05 11 01 02 – Exclusion of War, Military Action And Terrorism Endorsement** (modifies the COMMERCIAL PROTECTOR Policy and CUSTOM COMMERCIAL PROTECTOR Property Coverage Part)

  - Coverage for loss or damage arising out of war, warlike action and similar events is excluded under all coverage forms and policies. Previously, the War And Military Action exclusion applied to all coverage forms and policies except the Commercial Property-Legal Liability Coverage Forms.

  - Coverage for loss or damage arising out of terrorism is excluded only if:

    - The total of all damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from a terrorism incident exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured by for a terrorism exclusion; or

      (In applying the threshold for property damage ($25 million), multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism).

    - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

    - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

    - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

  See the definition of terrorism for purposes of the terrorism exclusion.

- When one or more of the following endorsements is attached to your policy:

  **BP 05 13 01 02—War Or Terrorism Exclusion (Liability Endorsement)** (modifies the COMMERCIAL PROTECTOR Liability Coverage Form)
  **FL 10 30 01 02—War Or Terrorism Exclusion** (Farm Liability Coverage Form)

  - Coverage is excluded for bodily injury, property damage liability, personal injury, advertising injury and medical payments arising out of war, warlike action and similar events. Previously, the War exclusion under the COMMERCIAL PROTECTOR Liability Coverage Form applied only to contractually assumed liability arising out of such events and to medical payments coverage. Previously, the War exclusion under the Farm Liability Coverage Form applied only to medical payments coverage.

  - Coverage for bodily injury, property damage liability, personal injury, advertising injury and medical payments arising out of terrorism is excluded only if:

    - The total of all damage to all types of property (including business interruption losses sustained by owner or occupants of damaged property), from a terrorism incident exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for a terrorism exclusion; or

    - Fifty or more persons sustain death or serious physical injury; or

**INSURED COPY**

02/24/2003   CCP   9697618            NPCOXJAI 0503                    PGDM060D J07292        AGENTE      00011915  Page      8

(In applying the thresholds for property damage ($25 million) and death or injury (50 or more persons), multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)

- The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

- The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

- The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

- When one or more of the following endorsements is attached to your policy:

  **CG 21 69 01 02 – War Or Terrorism Exclusion** (modifies the Commercial General Liability Coverage Part and CUSTOM COMMERICAL PROTECTOR General Liability Coverage Part)*
  **CG 31 42 01 02 – War Or Terrorism Exclusion** (modifies the Owners and Contractors Protective Liability and Products/Completed Operations Liability Coverage Part)
  **CG 31 43 01 02 – War Or Terrorism Exclusion** (modifies the Pollution Liability Coverage Part and Underground Storage Tank Policy)

- Coverage for bodily injury liability, property damage liability and personal and advertising injury liability* arising out of war is excluded.

- Coverage for bodily injury liability, property damage liability and personal and advertising injury liability* arising out terrorism is excluded only if:

  - The total of all damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from a terrorism incident exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for the terrorism exclusion; or

  - Fifty or more persons sustain death or serious physical injury; or

    (In applying the thresholds for property damage ($25 million) and death or serious physical injury (50 or more persons), multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)

  - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

  - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

  - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

See the definition of terrorism for purposes of the terrorism exclusion.

*Personal and advertising injury liability references apply to the Commercial General Liability Coverage Part and CUSTOM COMMERCIAL PROTECTOR General Liability Coverage Part only.

- When endorsement **14-184 Exclusion – War or Terrorism** (modifies the Commercial Umbrella Liability Policy) is attached to your policy:

  - Coverage for bodily injury liability, property damage liability, personal injury liability and advertising injury liability arising out of war is excluded.

  - Coverage for bodily injury liability, property damage liability, personal injury liability and advertising injury liability arising out terrorism is excluded only if:

    - The total of all damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from a terrorism incident exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for the terrorism exclusion; or

    - Fifty or more persons sustain death or serious physical injury; or

      (In applying the thresholds for property damage ($25 million) and death or serious physical injury (50 or more persons), multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)

    - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

    - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

    - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

  See the definition of terrorism for purposes of the terrorism exclusion.

- When endorsement **17-312 Exclusion – War or Terrorism** (modifies the Limited Pollution Liability Designated Storage Tanks Coverage Part) is attached to your policy:

  - Coverage for bodily injury liability, property damage liability, and corrective action costs arising out of war is excluded.

  - Coverage for bodily injury liability, property damage liability, and corrective action costs arising out terrorism is excluded only if:

    - The total of all damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from a terrorism incident exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for the terrorism exclusion; or

    - Fifty or more persons sustain death or serious physical injury; or

      (In applying the thresholds for property damage ($25 million) and death or serious physical injury (50 or more persons), multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)

    - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

    - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**INSURED COPY**

- The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

See the definition of terrorism for purposes of the terrorism exclusion.

- When endorsement **17-314 Exclusion – War or Terrorism** (modifies the Directors and Officers Liability (Condominium Associations and Homeowners Associations Coverage Part)) is attached to your policy:

  - Coverage for claims made or suits brought arising out of war is excluded.

  - Coverage for claims made or suits brought arising out terrorism is excluded only if:

    - The total of all damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from a terrorism incident exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for the terrorism exclusion; or

    - Fifty or more persons sustain death or serious physical injury; or

      (In applying the thresholds for property damage ($25 million) and death or serious physical injury (50 or more persons), multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)

    - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

    - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

    - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

See the definition of terrorism for purposes of the terrorism exclusion.

- When endorsement **17-315 Exclusion – War or Terrorism** (modifies the Employers Stop Gap Liability Coverage Part) is attached to your policy:

  - Coverage for bodily injury liability arising out of war is excluded.

  - Coverage for bodily injury liability arising out terrorism is excluded only if:

    - The total of all damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from a terrorism incident exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for the terrorism exclusion; or

    - Fifty or more persons sustain death or serious physical injury; or

      (In applying the thresholds for property damage ($25 million) and death or serious physical injury (50 or more persons), multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)

    - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

    - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**INSURED COPY**

02/24/2003  CCP  9697618              NPCOXJAI 0503                      PGDM060D J07292        AGENTE    00011918  Page    11

- The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

See the definition of terrorism for purposes of the terrorism exclusion.

- When endorsement **17-316 Exclusion – War or Terrorism** (modifies the Religious Organization Directors and Officers Liability Coverage Part) is attached to your policy:

  - Coverage for any claim or suit arising out of war is excluded.

  - Coverage for any claim or suit arising out terrorism is excluded only if:

    - The total of all damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from a terrorism incident exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for the terrorism exclusion; or

    - Fifty or more persons sustain death or serious physical injury; or

      (In applying the thresholds for property damage ($25 million) and death or serious physical injury (50 or more persons), multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)

    - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

    - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

    - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

See the definition of terrorism for purposes of the terrorism exclusion.

- When one or more of the following endorsements is attached to your policy:

  **26-92 Exclusion – War or Terrorism** (modifies the School Leaders Errors and Omissions Liability Coverage Part)
  **26-93 Exclusion – War or Terrorism** (modifies the Law Enforcement Professional Liability Coverage Part)

  - Coverage for any claim arising out of war is excluded.

  - Coverage for any claim arising out terrorism is excluded only if:

    - The total of all damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from a terrorism incident exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for the terrorism exclusion; or

    - Fifty or more persons sustain death or serious physical injury; or

      (In applying the thresholds for property damage ($25 million) and death or serious physical injury (50 or more persons), multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)

    - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

**INSURED COPY**
02/24/2003  CCP  9697618          NPCOXJAI 0503                    PGDM060D J07292      AGENTE    00011919 Page    12

- The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

- The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

See the definition of terrorism for purposes of the terrorism exclusion.

- When endorsement **26-94 Exclusion – War or Terrorism** (modifies the Directors and Officers Liability Coverage Part) is attached to your policy:

  - Coverage for any claim arising out of war is excluded.

  - Coverage for any claim arising out terrorism is excluded only if:

    - The total of all damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from a terrorism incident exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for the terrorism exclusion; or

    - Fifty or more persons sustain death or serious physical injury; or

      (In applying the thresholds for property damage ($25 million) and death or serious physical injury (50 or more persons), multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)

    - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

    - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

    - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

See the definition of terrorism for purposes of the terrorism exclusion.

- When one of the following endorsements is attached to your policy:

  **CA 23 37 01 02 – War, Military Action And Terrorism Exclusion** (modifies the Business Auto, Business Auto Physical Damage, Truckers and Motor Carrier Coverage Forms)
  **CA 23 38 01 02 – War, Military Action And Terrorism Exclusion – Garage Coverage Form** (modifies the Garage Coverage Form only)

  - Coverage for liability (bodily injury, property damage and personal and advertising injury liability*), loss or damage arising out of war, warlike action and similar events is excluded under all coverage forms and policies. Previously, the War And Military Action exclusion applied to Physical Damage Coverage, Trailer Interchange Coverage, Auto Medical Payments Coverage, Garage Locations And Operations Medical Payments Coverage, and Single Interest Automobile Physical Damage Insurance Policies. With respect to liability coverage, the War exclusion previously applied only to contractually assumed liability arising out of such events.

  - Coverage for liability, loss or damage arising out terrorism is excluded only if:

    - The total of all damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from a terrorism incident exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for a terrorism exclusion; or

**INSURED COPY**

02/24/2003   CCP   9697618           NPCOXJAI 0503                   PGDM060D J07292        AGENTE      00011920  Page      13

- Fifty or more persons sustain death or serious physical injury (this threshold applies to Liability Coverage, Auto Medical Payments Coverage, Garage Location And Operations Medical Payments Coverage, Uninsured and/or Underinsured Motorists Coverage, Personal Injury Protection Coverage, Personal Injury Liability Coverage – Garages* and Broadened Coverage – Garages*); or

  (*In applying the threshold for property damage ($25 million), and death or serious physical injury (50 or more persons), multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.*)

- The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

- The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

- The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

See the definition of terrorism for purposes of the terrorism exclusion.

\* Personal and advertising injury liability references apply to the Garage Coverage Form only.

**NOTICE TO ILLINOIS POLICYHOLDERS:**

**This "Terrorism Exclusion" Endorsement or "Terrorism Exclusion" language contained in this policy is valid for use in the State of Illinois only if the Company has inadequate reinsurance covering the excluded risks of loss due to "Terrorism" as defined by the policy or endorsement; and is valid only until:**

**(1) the Company obtains adequate reinsurance covering the excluded risks of loss due to "Terrorism" as defined by the policy or endorsement; or**

**(2) the Director of Insurance determines that the Company is eligible to participate in a federal reinsurance program or a risk pooling program adequate to spread the excluded risks of loss due to "Terrorism," as defined by the policy or endorsement, in a financially responsible manner.**

**NOTICE TO VERMONT COMMERCIAL LINES POLICYHOLDERS REGARDING TERRORISM EXCLUSIONS**

Your insurance company, like those in other states, uses reinsurers to cover it against unpredictable and catastrophic losses, such as losses from terrorism. The events of September 11, 2001 have prompted many reinsurers, many of which are global companies, to no longer provide coverage for losses caused by acts of terrorism. Without this reinsurance, your insurance company is at risk for losses due to terrorism that may exceed its ability to pay claims. As a result, primary property and casualty companies (such as your insurance company) have sought to exclude coverage for terrorism, just as their reinsurers have excluded such coverage.

The companies or their agents have therefore submitted policy and coverage form filings to the Department of Banking, Insurance, Securities and Health Care Administration that exclude coverage for certain losses due to terrorism.

In order to promote the continued availability of commercial lines insurance products in Vermont while maintaining the stability of the Vermont insurance market and the solvency of insurers under the Department's supervision, the Department has decided to approve certain terrorism exclusions.

Although this reduces the coverage under your policy, the Department will continue to monitor the situation and work with the United States Congress and with other states to restore the availability of this coverage.

INSURED COPY

## CUSTOM COMMERCIAL PROTECTOR®

# IMPORTANT NOTICE TO POLICYHOLDER

This notice has been prepared in conjunction with the implementation of changes to your policy. It contains a brief synopsis of the significant broadenings, clarifications and restrictions of coverage that were made in each policy form and endorsement. This notice does not reference every editorial change made in these forms and endorsements.

**CUSTOM COMMERCIAL PROTECTOR® General Liability Coverage Form 23-3 (10/01)**

### INTERNET LIABILITY

Internet Liability has been listed separately because the changes in the coverage form result in broadening in coverage in certain respects and may, in certain states, result in a decrease in other respects. The impact of the changes in the revision are very difficult to quantify and may differ in different states.

**Broadenings Of Coverage**

• The definition of "coverage territory" is being expanded to include personal and advertising injury offenses that take place via the Internet or other electronic means of communication, limited to some extent by the location where the suit is filed.

**Clarifications of Coverage**

• This policy has been clarified with respect to the definition of "personal and advertising injury" offenses such as slander, libel and invasion of privacy by specifically applying the word "publication" to include all types of publications, including those that are electronic.

• This policy has been clarified with respect to the definition of "advertisement" to include notices that are published via the Internet and other forms of electronic communication. Also a statement was included in the definition specifying that the definition applies to advertising material only, when other material, as well as advertising, is put forth on a web-site.

• An exclusion has been added to Coverage B Personal and Advertising Injury Liability to specifically reference the intellectual property rights of copyright, patent, trademark or trade secret. However, there is an exception to this exclusion for personal and advertising injury offenses of copyright, trade dress or slogan in an "advertisement".

• An exclusion has been added to Coverage B pertaining to personal and advertising Injury arising out of the use of the Internet to divert another's customers away from a web-site.

**Restrictions in Coverage**

• The definition of "property damage" in this Policy been revised to expressly state that electronic data is not tangible property. In most states, the question of whether electronic data is tangible has not been finally decided by the courts in the context of the prior policy language. We do not consider electronic data to be tangible, and therefore, do not consider damage to such data to be "property damage". In jurisdictions where such data is ruled not to be tangible property under prior forms, this changes amounts to a reinforcement of current intent. However, to some, this change may be considered a decrease in coverage, if such property is held to be tangible under prior forms. For that reason, out of caution, we are listing it as a decrease. Also, the description of electronic data was added.

• The former Coverage B Personal and Advertising Injury Liability exclusion pertaining to an insured whose business is advertising, broadcasting, publishing or telecasting has been revised to include internet type businesses such as web-site designers, and internet search, access, content and services providers, However, a provision has been added to the exclusion which states that placing of frames, borders or links, or advertising for the named insured or others anywhere on the internet is not, by itself, considered the business of advertising, broadcasting, publishing or telecasting.

• An exclusion has been added to Coverage B for "personal and advertising injury" arising out of electronic chatrooms or bulletin boards.

**INSURED COPY**

## OTHER CHANGES

### Broadenings Of Coverage

- The Criminal Acts exclusion under Coverage B Personal and Advertising Injury Liability is changed to permit coverage for the vicarious liability of other insureds who have no knowledge of a criminal act.

- Section II – Who Is An Insured is broadened to include trusts as Named Insureds when designated in the policy Declarations.

- Section II – Who Is An Insured is broadened to automatically include "volunteer workers" as insureds, but only while performing duties related to the conduct of the insured's business.

### Clarifications of Coverage

- This policy has been revised to incorporate the "known injury or damage" provision directly into the Insuring Agreement. Formerly, the Insuring Agreement was amended by an endorsement to include the "known injury or damage" provision.

- We are revising the Legal Action Against Us Condition in this policy to remove the phrase "obtained after an actual trial", as the definition of "suit" allows damages to be awarded through an arbitration or other alternative dispute resolution, so the judgement can be obtained without an actual trial.

- The Aircraft, Auto Or Watercraft exclusion under Coverage A in this policy has been revised to clarify the intent of this exclusion to apply even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured.

- The Premium Audit Condition has been revised to state that the due date for the audit premium is the date shown as the due date on the bill. This is in compliance with a National Association of Insurance Commissioners (NAIC) requirement.

### Restrictions in Coverage

- The Damage To Property exclusion in this policy is revised to clarify that expenses incurred for repairs, etc. made on the insured's own property for any reason, including to avoid injury to a third party, will not be covered.

## MULTISTATE ENDORSEMENTS

### Broadenings Of Coverage

- **CG 04 36 10 01 – Limited Product Withdrawal Expense Endorsement**

  - When attached to the CUSTOMER COMMERCIAL PROTECTOR General Liability Coverage Form, this new endorsement provides reimbursement for certain expenses incurred because of product withdrawal due to a recall or tampering.

- **CG 20 37 10 01 – Additional Insured – Owners, Lessees Or Contractors – Completed Operations**

  - This endorsement provides a broadening of coverage by explicitly providing completed operations coverage for a specified additional insured.

- **23-22 12 02 – Hired Auto And Non Owned Auto Liability**
  **23-22NJ 12 02 – Hired Auto And Non Owned Auto Liability**
  **23-22NY 12 02 – Hired Auto And Non Owned Auto Liability**
  **23-22VT 12 02 – Hired Auto And Non Owned Auto Liability**

  When attached to the CUSTOMER COMMERCIAL PROTECTOR General Liability Coverage Form, these endorsements provide "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person.

02/24/2003  CCP  9697618          NPCOXJAI 0503     **INSURED COPY**     PGDM060D J07292     AGENTE     00011923  Page     16

**Clarifications of Coverage**

- **CG 20 10 10 01 – Additional Insured – Owners Lessees Or Contractors – Scheduled Person Or Organization CG 20 33 10 01 – Additional Insured – Owners Lessees Or Contractors – Automatic Status When Required In Construction Agreement With You**

  - We are revising these endorsements to clarify that completed operations coverage for an additional insured is excluded.

- **CG 21 37 10 01 – Exclusion – Employees And Volunteer Workers As Insured (formerly Exclusion – Employees As Insureds)**

  - We are revising this endorsement to clarify that volunteer workers as well as employees are excluded as insureds.

  - The Aircraft, Auto Or Watercraft exclusion in this policy is being revised to clarify that this exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured.

- **22-45 (12/02) Commercial General Liability Extension Endorsement**

  - Paragraph E. Property Damage Liability – Elevators has been revised to explicitly state that coverage applies if the property damage results from the use of elevators.

  - Paragraph F. Damage By Fire, Lightning, Explosion, Smoke or Leakage has been revised to include a provision which clarifies that the term fire, as used in the definition of insured contract, includes lightning, explosion, smoke or leakage from automatic protection systems.

  - Paragraph I. Additional Insureds-By Contract, Agreement or Permit has been revised as follows:

    - To further emphasize that the scope of coverage for the additional insured is confined to ongoing operations;

      - An entity's status as an insured under this endorsement ends when the named insured's operations for that entity are completed.

      - An exclusion has been added to expressly state what is already the case, that completed operations coverage is not provided to an additional insured.

    - The professional services exclusion has been revised to specifically reference architectural, engineering and surveying services.

    - An exclusion has been added to expressly state that coverage is not provided for the additional insured's sole negligence.

    - An exclusion has been added to explicitly state that this endorsement provision does not apply to an additional insured covered under a separate additional insured endorsement that is made a part of the policy.

  - Paragraph J. Additional Insured-Vendors has been revised to expressly state that coverage is not provided for the additional insured's sole negligence.

INSURED COPY

- **22-64 (12/02) Contractors Limited Pollution Liability Coverage – Work Sites**
  **22-64 IL (12/02) Contractors Limited Pollution Liability Coverage – Work Sites**
  **22-64 NY (12 02) Contractors Limited Pollution Liability Coverage – Work Sites**
  **22-64SC (12/02) Contractors Limited Pollution Liability Coverage – Work Sites**

- The intentional Injury or Damage exclusion has been strengthened to apply even if the injury or damage is of a different kind, quality or degree than the insured expected or intended, or the injury or damage is sustained by a different entity than the insured expected or intended.

- The endorsement provisions pertaining to the Limits of Insurance have been reformatted to improve readability. The Pollution Liability Aggregate Limit and the Each Pollution incident Limit provisions now precede the endorsement provisions which revise the General Aggregate Limit contained in the Commercial General Liability Coverage Form.

- **17-22 (12/02) Exclusion-Lead Liability**
  **17-98 (12/02) Exclusion-Asbestos Liability**
  **22-44 (12/02) Amendatory Endorsement**
  **22-45 (12/02) Commercial General Liability Extension Endorsement**
  **22-59 (12/02) Voluntary Property Damage**
  **22-68 (12/02) Property Damage Amendment-Janitorial Services**
  **22-73 (12/02) Contractors Property Damage Extension Endorsement**

- Editorial changes have been made throughout these endorsements to achieve consistency among policy forms.

**Restrictions in Coverage**

- **CG 21 66 10 01 Exclusion – Volunteer Workers**

  - When this endorsement is attached to the policy, coverage is restricted by excluding volunteer workers as insureds from the policy.

- **CG 22 94 10 01 Exclusion – Damage To Work Performed By Subcontractors On Your Behalf**
  **CG 22 95 10 01 Exclusion – Damages to Work Performed By Subcontractors On Your Behalf – Designated Sites Or Operations**

  - When these new endorsements are attached to the policy, coverage is restricted by excluding defects in "your work", even for work performed by a subcontractor.

- **22-59 (12/02) Voluntary Property Damage**
  **22-64 (12/02) Contractors Limited Pollution Liability Coverage – Work Sites**
  **22-64 IL (12/02) Contractors Limited Pollution Liability Coverage – Work Sites**
  **22-64 NY (12 02) Contractors Limited Pollution Liability Coverage – Work Sites**
  **22-64SC (12/02) Contractors Limited Pollution Liability Coverage – Work Sites**

  - The definition of "property damage" has been revised to expressly state that electronic data is not tangible property. This change is a reinforcement of current coverage intent. However, in some jurisdictions, this change may be decrease in coverage if such property has been held to be tangible.

- **22-45 (12/02) Commercial General Liability Extension Endorsement**

  - The endorsement Schedule has been revised to allow the deletion of one or more of the following endorsement provisions:
  - Provision C. PROPERTY DAMAGE – BORROWED EQUIPMENT
  - Provision D. PROPERTY DAMAGE – CUSTOMERS' GOODS
  - Provision G. MEDICAL PAYMENTS EXTENSION
  - Provision I. ADDITIONAL INSUREDS-BY CONTRACT, AGREEMENT OR PERMIT
  - Provision J. ADDITIONAL INSUREDS-VENDORS
  - Provision K. BROAD FORM NAMED INSURED
  - Provision L. FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES
  - Provision M. KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT

If you have any questions regarding these changes, please contact your agent.

# IMPORTANT NOTICE TO COMMERCIAL GENERAL LIABILITY COVERAGE FORM POLICYHOLDERS

Subcontractors who work for you present an exposure to your insurance program if they dc not have adequate insurance. When a loss occurs you will be expected to pay claims if the subcontractor is uninsured. If the subcontractor has inadequate limits of insurance you may have to pay a loss because the subcontractor did not have enough insurance in force. This can happen even if the loss is not your fault.

Because of the loss potential inadequately insured subcontractors pose, you should be sure to obtain a certificate of insurance from all subcontractors. Each certificate of insurance should:

– Show that General Liability coverage is in effect for the entire period of the job.

– State that the limits of insurance for General Liability coverage should equal (or exceed) your limits or be $300,000 on a combined single limits or occurrence aggregate basis, whichever is less.

– Provide you with 30 days notice of cancellation or non-renewal of the General Liability coverage.

– Show that the General Liability coverages certified are the same as those provided by your policy.

All certificates of insurance should be retained with other important insurance records. At the end of the policy term our field auditor will review your certificate records and call for the appropriate charge when certificates are missing. An appropriate charge may also be made if the subcontractor's limits are not at least equal to your limits or $300,000 on a combined single limits or occurrence/aggregate basis.

Your agent will be glad to help you design your insurance program so you can avoid extra costs due to inadequately insured subcontractors.

**Peerless Insurance** ™
Member of Liberty Mutual Group

NEW BUSINESS

EFFECTIVE DATE:  02/24/2003

| | |
|---|---|
| Policy Number: CCP9697618 | Prior Policy: |
| Billing Type:  DIRECT BILL | |
| Coverage Is Provided In    EXCELSIOR INSURANCE COMPANY | |
| Named Insured and Mailing Address:<br><br>US SEWER AND DRAIN INC DBA MR<br>ROOTER PLUMBING<br>PO BOX 1072<br>LANGHORNE PA   19047 | Agent:<br><br>D E LOVE ASSOCIATES INC<br>301 OXFORD VALLEY RD 1203A<br>YARDLEY PA   19067-7705 |
| | Agent Code:  3220492        Agent Phone: (215)-321-7707 |

### CUSTOM COMMERCIAL PROTECTOR ® COMMON POLICY DECLARATIONS

In return for the payment of premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

POLICY PERIOD: From: 02/24/2003      To: 02/24/2004      at 12:01 AM Standard Time at your mailing address shown above.

FORM OF BUSINESS:          CORPORATION

BUSINESS DESCRIPTION:      PLUMBING CONTRACTOR

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

|  | PREMIUM |
|---|---|
| CONTRACTORS | |
| COMMERCIAL PROPERTY COVERAGE PART | $      169.00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $    3,530.00 |
| Total Policy Premium | $    3,699.00 |

FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy:
Applicable Forms and Endorsements are omitted if shown in specific Coverage Part/Coverage Form Declarations

| Form Number | | Description |
|---|---|---|
| IL0910 | - 0702 | PENNSYLVANIA NOTICE |
| IL0246 | - 0702 | PENNSYLVANIA CHANGES - CANCELLATION AND NONRENEWAL |
| IL0021 | - 0702 | NUCLEAR ENERGY LIABILITY EXCL ENDT (BROAD FORM) |
| IL0017 | - 1198 | COMMON POLICY CONDITIONS |
| IL0003 | - 0498 | CALCULATION OF PREMIUM |
| 17-98 | - 1202 | ASBESTOS EXCLUSION |
| 17-22 | - 1202 | LEAD EXCLUSION |

23-24 (05/01)

INSURED COPY

**CUSTOM COMMERCIAL PROTECTOR ® COMMON POLICY DECLARATIONS (continued)**

Countersigned:    By_____    _____
                                           Authorized Representative                                                      Date

**THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc. 1983, 1984.

**Date Issued:  03/04/2003**

**23-24 (05/01)**

**INSURED COPY**

02/24/2003   CCP   9697618                NPCOXJAI 0503                      PGDM060D J07292          AGENTE      00011931  Page      24

# BUSINESSOWNERS COMMON POLICY CONDITIONS

All coverages of this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy.

      (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         (a) Seasonal unoccupancy; or

         (b) Buildings in the course of construction, renovation or addition.

         Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

      (2) After damage by a covered cause of loss, permanent repairs to the building:

         (a) Have not started, and

         (b) Have not been contracted for,

         within 30 days of initial payment of loss.

      (3) The building has:

         (a) An outstanding order to vacate;

         (b) An outstanding demolition order; or

         (c) Been declared unsafe by governmental authority.

      (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      (5) Failure to:

         (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

         (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 1984, 1988

**BP 00 09 (06/89)**                                                      **Page 1 of 3**

02/24/2003   CCP  9697618          NPCOXJAI 0503      **INSURED COPY**      PGDM060D J07292      AGENTE    00011932  Page      25

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. CONCEALMENT, MISREPRESENTATION OR FRAUD

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This policy;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this policy.

## D. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## E. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

**1.** Make inspections and surveys at any time;

**2.** Give you reports on the conditions we find; and

**3.** Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**1.** Are safe or healthful; or

**2.** Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## F. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## G. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

## H. OTHER INSURANCE

**1.** If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**2.** Business Liability Coverage is excess over any other insurance that insures for direct physical loss or damage.

**3.** When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so; but we will be entitled to the insured's rights against all those other insurers.

## I. PREMIUMS

**1.** The first Named Insured shown in the Declarations:

    **a.** Is responsible for the payment of all premiums; and

Copyright, Insurance Services Office, Inc., 1984, 1988

**BP 00 09 (06/89)**

**INSURED COPY**

02/24/2003   CCP   9697618          NPCOXJAI 0503          PGDM060D J07292        AGENTE        00011933   Page      26

    **b.** Will be the payee for any return premiums we pay.

**2.** The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**3.** With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

    **a.** Paid to us prior to the anniversary date; and

    **b.** Determined in accordance with paragraph 2. above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

**4.** Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

**1.** Applicable to Businessowners Property coverage:

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

    **a.** Prior to a loss to your Covered Property.

    **b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

        **(1)** Someone insured by this insurance;

        **(2)** A business firm:

            **(a)** Owned or controlled by you; or

            **(b)** That owns or controls you; or

        **(3)** Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

**2.** Applicable to Businessowners Liability coverage:

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**K. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1984, 1988

02/24/2003  CCP  9697618    NPCOXJAI 0503    **INSURED COPY**    PGDM060D J07292    AGENTE    00011934  Page    27

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

**A.** The **Transfer Of Your Rights And Duties Under This Policy** Common Policy Condition is replaced by the following:

**K.  Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

If you die, this Policy will remain in effect as provided in **1.** or **2.** below, whichever is later:

**1.** For 180 days after your death regardless of the policy period shown in the Declarations, unless the insured property is sold prior to that date; or

**2.** Until the end of the policy period shown in the Declarations, unless the insured property is sold prior to that date.

Coverage during the period of time after your death is subject to all provisions of this policy including payment of any premium due for the policy period shown in the Declarations and any extension of that period.

**B.** The following is added to the Loss Payment Property Loss Condition and supersedes any provision to the contrary:

**NOTICE OF ACCEPTANCE OR DENIAL OF CLAIM**

**1.** Except as provided in **3.** below, we will give you notice, within 15 working days after we receive a properly executed proof of loss, that we:

**a.** Accept your claim;
**b.** Deny your claim; or
**c.** Need more time to determine whether your claim should be accepted or denied.

If we deny your claim, such notice will be in writing, and will state any policy provision, condition or exclusion used as a basis for the denial.

If we need more time to determine whether your claim should be accepted or denied, the written notice will state the reason why more time is required.

Copyright, Insurance Services Office, Inc.,  1993

**BP 01 42 (01/99)**                                                                **Page 1 of 2**

2. If we have not completed our investigation, we will notify you again in writing, within 30 days after the date of the initial notice as provided in **1.c.** above, and thereafter every 45 days. The written notice will state why more time is needed to investigate your claim and when you may expect us to reach a decision on your claim.

3. The notice procedures in **1.** and **2.** above do not apply if we have a reasonable basis, supported by specific information, to suspect that an insured has fraudulently caused or contributed to the loss by arson or other illegal activity. Under such circumstances, we will notify you of the disposition of your claim within a period of time reasonable to allow full investigation of the claim, after we receive a properly executed proof of loss.

**C.** The following is added to any provision which uses the term actual cash value:

Actual cash value is calculated as the amount it would cost to repair or replace Covered Property, at the time of loss or damage, with material of like kind or quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual cash value applies to valuation of Covered Property regardless of whether that property has sustained a partial or total loss or damage.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

Copyright, Insurance Services Office, Inc., 1993

**BP 01 42 (01/99)**                                                                                          **Page 2 of 2**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WELFARE AND PENSION PLAN ERISA COMPLIANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROTECTOR POLICY
CUSTOMER COMMERCIAL PROTECTOR PROPERTY COVERAGE FORM (INCLUDING EQUIPMENT
  BREAKDOWN)

The provisions of this endorsement apply only to the Employee Dishonesty Coverage.

**PROVISIONS**

In compliance with certain provisions of the Employee Retirement Income Security Act (ERISA):

1.  "Employee" also includes any natural person who is:

    a.  A trustee, an officer, employee, administrator or a manager, except an administrator or a manager who is an independent contractor, of any Employee Welfare or Pension Benefit Plan (hereafter called Plan) insured under this insurance; and

    b.  Your director or trustee while that person is handling funds or other property of any Plan insured under this insurance.

2.  If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator must select a Limit of Insurance for the EMPLOYEE DISHONESTY COVERAGE that is sufficient to provide an amount of insurance for each Plan that is at least equal to that required if each Plan were separately insured.

3.  If the Insured first named in the Declarations is an entity other than a Plan, any payment we make to that Insured for loss sustained by any Plan will be held by that Insured for the use and benefit of the Plan(s) sustaining the loss.

4.  If two or more Plans are insured under this insurance, any payment we make for loss:

    a.  Sustained by two or more plans; or

    b.  Of commingled funds or other property of two or more Plans

    That arises out of one "occurrence", is to be shared by each Plan sustaining loss in the proportion that the amount of insurance required for each such Plan under ERISA provisions bears to the total of those amounts.

5.  The Deductible provision of the EMPLOYEE DISHONESTY COVERAGE does not apply to loss sustained by any Plan subject to ERISA which is insured under this insurance.

**17-5 (05/01)**                                                                                                      **Page 1 of 1**

**Peerless
Insurance** ™
Member of Liberty Mutual Group

NEW BUSINESS

Forming a part of

| Policy Number: CCP 9697618 | |
|---|---|
| **Coverage Is Provided In** EXCELSIOR INSURANCE COMPANY | |
| Named Insured:<br>   US SEWER AND DRAIN INC DBA MR<br>   ROOTER PLUMBING | Agent:<br>   D E LOVE ASSOCIATES INC<br><br>Agent Code: 3220492    Agent Phone: (215)-321-7707 |

## CUSTOM COMMERCIAL PROTECTOR ® COMMERCIAL PROPERTY COVERAGE PART DECLARATION

DESCRIPTION OF PREMISES:

| Prem.<br>No. | Bldg.<br>No. | Location<br>Occupancy, Construction/Fire Protection |
|---|---|---|
| 001 | 001 | 2804 OLD RODGERS ROAD<br>BRISTOL PA 19007<br>PLUMBING - DOMESTIC/COMMERCIAL<br>JOISTED MASONRY |

COVERAGE

| Prem.<br>No. | Bldg.<br>No. | Coverage | Limit of Insurance |
|---|---|---|---|
| 001 | 001 | BUSINESS PERSONAL PROPERTY | $ 20,000 |

DEDUCTIBLE:     $     500     On Building and Business Personal Property

AUTOMATIC INCREASE:     Building Coverage Shall Be Increased     Annually

MORTGAGE HOLDERS:     NONE

FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy:

| Form Number | | Description |
|---|---|---|
| BP0512 | - 0102 | EXCLUSION OF WAR, MILITARY ACTION AND TERRORISM |
| BP0496 | - 1001 | PREMIUM AUDIT ENDORSEMENT |
| BP0142 | - 0199 | PENNSYLVANIA CHANGES |
| BP0009 | - 0689 | BUSINESSOWNERS COMMON POLICY CONDITIONS |
| 23-30 | - 0501 | QUICK REFERENCE CUSTOM COMMERCIAL PROTECTOR-PROPERTY |
| 23-17 | - 0501 | CUSTOM COMMERCIAL PROTECTOR PROPERTY COVERAGE FORM |
| 17-5 | - 0501 | WELFARE AND PENSION PLAN ERISA COMPLIANCE |

Date Issued:  03/04/2003

23-25 (05/01)

INSURED COPY

**Peerless Insurance** ™
Member of Liberty Mutual Group

**NEW BUSINESS**

Forming a part of

| | |
|---|---|
| Policy Number: CCP 9697618 | |
| Coverage Is Provided In **EXCELSIOR INSURANCE COMPANY** | |
| Named Insured:<br>  US SEWER AND DRAIN INC DBA MR<br>  ROOTER PLUMBING | Agent:<br>  **D E LOVE ASSOCIATES INC**<br><br>Agent Code: 3220492    Agent Phone: (215)-321-7707 |

**TOTAL ADVANCE PREMIUM FOR ALL LIABILITY COVERAGE PARTS**          $    3,530.00

**CUSTOM COMMERCIAL PROTECTOR ® GENERAL LIABILITY COVERAGE PART DECLARATION**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
|   Damage To Premises Rented To You Limit | $    50,000 | Any One Premises |
|   Medical Expense Limit | $     5,000 | Any One Person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any One Person or Organization |
| General Aggregate Limit (Other Than Products-Completed Operations) | $ 2,000,000 | |
| Products-Completed Operations Aggregate Limit | $ 2,000,000 | |

**LOCATION OF PREMISES:**

| Location No. | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 001 | 2804 OLD RODGERS ROAD<br>BRISTOL  PA   19007 |

| Class Code | Classification Description<br>Premium Base | Rates | Advanced Premium |
|---|---|---|---|
| **PA** | | | |
| 98483 | PLUMBING - DOMESTIC/COMMERCIAL | | |
| | 80,000 | $ 44.130 | $     3,530 |
| | PAYROLL | | |
| | PER $1000 | | |

| Audit Period: ANNUAL | Total Advance Premium: | INCLUDED |
|---|---|---|

**FORMS AND ENDORSEMENTS**

Forms and Endorsements applying to this Coverage Part and made part of this policy:

| Form Number | | Description |
|---|---|---|
| CG2279 | - 0798 | EXCLUSION-CONTRACTORS-PROFESSIONAL LIABILITY |
| CG2169 | - 0102 | WAR OR TERRORISM EXCLUSION |
| CG2167 | - 0402 | FUNGI OR BACTERIAL EXCLUSION |
| CG2147 | - 0798 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| 23-33 | - 0501 | QUICK REFERENCE CUSTOM COMMERCIAL PROTECTOR - GL |

23-26 (05/01)

**CUSTOM COMMERCIAL PROTECTOR ® GENERAL LIABILITY COVERAGE PART DECLARATION (continued)**

### FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy:

| Form Number | | Description |
|---|---|---|
| 23-3 | - 1001 | CUSTOM COMMERCIAL PROTECTOR GEN LIAB COVERAGE FORM |
| 22-44 | - 1202 | AMENDATORY ENDORSEMENT |
| 17-98 | - 1202 | ASBESTOS EXCLUSION |
| 17-22 | - 1202 | LEAD EXCLUSION |

Date Issued: 03/04/2003

**23-26 (05/01)**

**INSURED COPY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Copyright, Insurance Services Office, Inc.,  1997

**IL 00 03 04 98**

**Page 1 of 1**

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

**IL 00 17 11 98**

02/24/2003  CCP  9697618          NPCOXJAI 0503      **INSURED COPY**      PGDM060D J07292      AGENTE      00011946  Page      39