**(3) Business Income Coverage Extensions**

**(a) Newly Acquired Locations**

**(i)** You may extend your Business Income Coverage to apply to property at a location you acquire other than at fairs or exhibitions.

**(ii)** The most we will pay for loss or damage under this Extension is $100,000 at each location in any one occurrence.

**(iii)** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**i.** This policy expires;

**ii.** 60 days expire after you acquire or begin to construct the property;

**iii.** You report values to us; or

**iv.** The property is more specifically insured.

**(b) Utility Services**

We will pay for the actual loss of Business Income at the described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following types of property located outside of a covered building described in the Declarations.

**(i) Water Supply Services,** meaning the following types of property supplying water to the described premises:

**i.** Pumping stations; and

**ii.** Water mains.

**(ii) Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

**i.** Communication transmission lines, including optic fiber transmission lines;

**ii.** Coaxial cables; and

**iii.** Microwave radio relays except satellites.

It does not include overhead transmission lines.

**(iii) Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described premises:

**i.** Utility generating plants;

**ii.** Switching stations;

**iii.** Substations;

**iv.** Transformers; and

**v.** Transmission lines.

It does not include overhead transmission lines.

The most we will pay under this Coverage Extension is $1,000 in any one occurrence.

**b. Extra Expense**

**(1)** We will pay necessary and reasonable Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to the described premises.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**INSURED COPY**

02/24/2003  CCP  9697618          NPCOXJAI 0503                     PGDM060D J07292      AGENTE    00011987  Page    80

**(2)** Extra Expense means expense incurred:

    **(a)** To avoid or minimize the suspension of business and to continue "operations":

        **(i)** At the described premises; or

        **(ii)** At replacement premises or at temporary locations, including relocation expenses and costs to equip and operate the replacement or temporary locations.

    **(b)** To minimize the suspension of business if you cannot continue "operations".

    **(c)** To:

        **(i)** Repair or replace any property; or

        **(ii)** Research, replace or restore the lost information on damaged "valuable papers and records";

        to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage – Extra Expense or the Additional Coverage – Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

**c. Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from a Covered Cause of Loss.

The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for necessary Extra Expense will begin immediately after the time of that action and ends:

**(1)** 3 consecutive weeks after the time of that action; or

**(2)** When your Business Income coverage ends;

whichever is later.

The definition of Business Income and Extra Expense contained in the Business Income Additional Coverages and Extra Expense Additional Coverage also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance.

**6. Additional Coverages – Other Than Time Element**

Coverage for loss of Business Income or Extra Expense does not apply if a loss is covered only as a result of these Additional Coverages, unless otherwise specifically provided.

**a. Back Up of Sewers or Drains**

We cover direct physical loss caused by water:

**(1)** Which backs up through sewers or drains; or

**(2)** Which enters into and overflows from within a sump pump, sump pump well or other type of system designed to remove subsurface water which is drained from the foundation area.

This coverage does not apply if the loss is caused by your negligence.

The most we will pay for loss or damage under this additional coverage is $10,000 in any one occurrence.

**b. Debris Removal**

**(1)** We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

    **(a)** The date of direct physical loss or damage; or

    **(b)** The end of the policy period.

**(2)** The most we will pay under this Additional Coverage is 25% of:

    **(a)** The amount we pay for the direct physical loss of or damage to Covered Property; plus

    **(b)** The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in paragraph **(4)** below.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**INSURED COPY**

(3) This Additional Coverage does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(4) If:

(a) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

(b) The debris removal expense exceeds the amount payable under the 25% Debris Removal coverage limitation in paragraph **(2)** above;

We will pay up to an additional $25,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

**c. Equipment Breakdown**

(1) We will pay for loss or damage caused by or resulting from an Accident to Covered Equipment including loss as provided under the Additional Coverages – Time Element. Covered Equipment as used in this Additional Coverage means Covered Property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission or utilization of energy. Accident as used in this Additional Coverage, means direct physical loss as follows:

(a) mechanical breakdown, including rupture or bursting caused by centrifugal force;

(b) artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires;

(c) explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you or operated under your control;

(d) loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

(e) loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

If an initial Accident causes other Accidents, all other Accidents will be considered one Accident. All Accidents that are the result of the same occurrence will be considered one Accident.

(2) The following Coverage Extensions are added as respects Equipment Breakdown:

(a) **Expediting Expenses**

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

(i) make temporary repairs; and

(ii) expedite permanent repairs or permanent replacement;

as a result of loss or damage caused by or resulting from an Accident.

(b) **Hazardous Substances**

We will pay for the additional cost, to repair or replace Covered Property because of contamination by a hazardous substance as a result of loss or damage caused by or resulting from an Accident. This includes the additional expenses to clean up or dispose of such property.

Hazardous substance means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

Additional costs mean those beyond what would have been required had no hazardous substance been involved.

The most we will pay for loss or damage under this Coverage Extension – Hazardous Substances including any loss as provided by the Additional Coverages-Time Element is $25,000 in any one occurrence.

(c) **CFC Refrigerants**

We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (Chlorofluorocarbon) substances as a result of loss or damage caused by or resulting from an Accident. This means the additional expense to do the least expensive of the following:

(i) Repair the damaged property and replace any lost CFC refrigerant;

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

23-17 (05/01)

**INSURED COPY**

02/24/2003  CCP  9697618          NPCOXJAI 0503                    PGDM060D J07292      AGENTE    00011989  Page    82

**(ii)** Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

**(iii)** Replace the system with one using a non-CFC refrigerant.

The most we will pay for loss or damage under this Coverage Extension – CFC Refrigerants including any loss as provided by the Additional Coverages-Time Element is $25,000 in any one occurrence.

**(d) Perishable Goods**

  **(i)** We will pay for your loss of perishable goods due to:

   **i.** Spoilage; or

   **ii.** Contamination from the release of refrigerant, including but not limited to ammonia;

   caused by or resulting from an Accident.

  **(ii)** We will pay any necessary expenses you incur to reduce the amount of loss under this coverage extension. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

  **(iii)** If you are unable to replace the perishable goods before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the perishable goods at the time of the Accident, less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Loss Payment condition.

  **(iv)** For the purpose of this Coverage Extension, perishable goods means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

The most we will pay for loss or damage to perishable goods as provided under this extension is $25,000 in any one occurrence.

**(e) Service Interruption**

The insurance provided for Business Income, Extra Expense and Perishable Goods is extended to apply to loss caused by or resulting from an Accident to equipment that is owned by a utility, landlord, or other supplier with whom you have a contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

**(f) Drying Out Coverage**

If covered electrical equipment requires drying out as a result of a flood, surface waters, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not. We will pay for the direct expenses of such drying out.

**(g) Computer Equipment**

We will pay for direct damage to "computer equipment" that is damaged by an Accident to such equipment.

We will also pay for actual loss of Business Income you sustain and necessary Extra Expense you incur caused by such damage.

"Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including peripherals used in conjunction with such equipment, and Electronic Media and Records as defined in Property Loss Conditions **5.**, Limitations-Electronic Media and Records.

These Coverage Extensions will not increase the Limits of Insurance.

**(3)** The following additional EXCLUSIONS are added as respects this Additional Coverage Equipment Breakdown:

  **(a)** We will not pay under this Additional Coverage Equipment Breakdown for loss or damage caused by or resulting from:

   **(i)** The breakdown of any structure, foundation, cabinet, compartment or air supported structure or building;

   **(ii)** the breakdown of any insulating or refractory material;

   **(iii)** the breakdown of any sewer piping, any underground vessels or piping, or any piping forming a part of a sprinkler system;

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**23-17 (05/01)**                                                    **Page 7 of 27**

**(iv)** the breakdown of any water piping other than boiler feed water piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**(v)** the breakdown of any vehicle, aircraft, floating vessel or any equipment mounted on such vehicle, aircraft or floating vessel. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power supplier will not be considered a vehicle, aircraft or floating vessel;

**(vi)** the breakdown of any dragline, excavation or construction equipment;

**(vii)** the breakdown of any equipment manufactured by you for sale; or

**(viii)** any of the following tests: a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an insulation breakdown test of any type of electrical equipment; or

**(ix)** any defect, virus, loss of data or other situation within Electronic Media and Records. But if loss or damage from an Accident results, we will pay for that resulting loss or damage.

**(b)** With respect to Service Interruption coverage and Perishable Goods coverage, we will also not pay for loss or damage caused by or resulting from: fire; lightning; windstorm or hail; explosion (except for steam or centrifugal explosion); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing or collapse.

**(4) Condition – Suspension**

When any equipment is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Accident to that equipment. We can do this by mailing or delivering a written notice of suspension to your address as shown in the Declarations, or at the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by written notice from us. If we suspend your insurance, you will get a pro rata refund of premium. But this suspension will be effective even if we have not yet made or offered a refund.

**d. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $5,000 in any one occurrence for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**e. Ordinance or Law**

This Additional Coverage applies only to buildings insured on a replacement cost basis.

**(1)** If a Covered Cause of Loss occurs to covered Building property, we will pay:

**(a)** For the loss or damage caused by the enforcement of any ordinance or law that:

**(i)** Requires the demolition of parts of the same building property not damaged by a Covered Cause of Loss, including the loss in value of the undamaged portion of the Building Property;

**(ii)** Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**(iii)** Is in force at the time of loss.

**(b)** When the Covered Building is insured for replacement cost, and the building is repaired or replaced, we will pay the increased cost to repair, rebuild or construct the property caused by enforcement of building, zoning or land use ordinance or law. If the property is repaired or rebuilt, it must be intended for similar occupancy and use as the current property, unless otherwise required by zoning or land use ordinance or law. The cost to demolish and clear the site of undamaged parts of the property caused by the enforcement of building, zoning or land use ordinance or law.

**(2)** We will not pay for loss due to any ordinance or law that:

**(a)** You were required to comply with before the loss, even if the building was undamaged, and

**(b)** You failed to comply with.

**(3)** We will not pay under this coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**INSURED COPY**

02/24/2003   CCP   9697618          NPCOXJAI 0503                PGDM060D J07292      AGENTE     00011991  Page     84

**(4)** We will not pay the increased costs of construction under this coverage:

    **(a)** Until the property is actually repaired or replaced, at the same location or elsewhere; and

    **(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(5)** The most we will pay for increased construction cost under this Additional Coverage is the increased cost of construction of a building of the same height, floor area, style and comparable quality and use of the original property insured:

    **(a)** at the same premises; or

    **(b)** if the ordinance or law requires relocation to another premises, the cost at the new premises.

The most we will pay under this Additional Coverage is the lesser of 10% of the applicable building value shown in the Declarations or $25,000 in any one occurrence.

**f.  Personal Effects and Property of Your Employees**

You may extend the insurance that applies to Business Personal Property to apply to personal effects and property (excluding "money" and "securities") owned by you, your officers, your partners or your employees only while on the described premises.

The most we will pay under this Additional Coverage is $1,000 in any one occurrence but not more than $250 for any one employee.

**g.  Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**h.  Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(1)** The date of direct physical loss or damage; or

**(2)** The end of the policy period.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**i.  Reward Coverage**

We will reimburse you for rewards you have paid leading to:

**(1)** The successful return of undamaged stolen articles to a law enforcement agency; or

**(2)** The arrest and conviction of any persons who have damaged or stolen any of your covered property.

We will pay 25% of the covered loss (prior to the application of any applicable deductible and recovery of any stolen articles) up to a maximum of $10,000 for the payments of rewards you make. These reward payments must be documented. No deductible applies to this Additional Coverage.

**j.  Water Damage, Other liquids, Powder or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage, except as provided under Additional Coverage, Equipment Breakdown; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**7. Coverage Extensions**

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

Coverage for loss of Business Income or Extra Expense does not apply if a loss is covered only as a result of these Additional Coverages.

**a. Accounts Receivable**

You may extend the insurance that applies to Business Personal Property to apply to:

**(1)** All amounts due from your customers that you are unable to collect;

**(2)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(3)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

**(4)** Other reasonable expenses that you incur to re-establish your records of accounts receivable.

The most we will pay for loss under this Extension is $10,000 in an y one occurrence at each described premises and $2,500 in any one occurrence at a premises not described in the Declarations.

**b. Computer Equipment & Software**

You may extend the insurance that applies to Business Personal Property to apply to:

**(1)** Your computer equipment used to maintain or service your building (such as heating, ventilating, or cooling or alarm systems), facsimile machines, telephone systems, switchboards, word processors, photocopier, printers, laptop and portable computers, related surge protection devices and their component parts and peripherals (including related wiring between equipment) and similar property of others in your care custody or control for which you may be legally liable; and

**(2)** Software meaning your data stored on disks, films, tapes or similar electronic data processing media; the media itself, computer programs and instructions; and similar property of others in your care custody or control for which you may be legally liable.

**(3)** Covered property as used in this Coverage Extension does not include:

**(a)** Accounts, bills, evidences of debt, "valuable papers and records", abstracts, deeds, manuscripts, program documentation or other documents, except those in Software form and then only in that form;

**(b)** Software which cannot be replaced with other software of the same kind or quality;

**(c)** Covered Property held for sale by you;

**(d)** Covered Property of others on which you are performing repairs or work upon;

**(e)** Computerized production equipment including related software (including but not limited to CAD, CAM or CNC machines).

**(f)** Computer equipment covered under Additional Coverage – Equipment Breakdown.

**(4)** The Causes of Loss as respects this coverage extension is revised to include:

Loss or damage to covered property caused by or resulting from the necessary and reasonable expenses you actually incur to extract computer virus from Covered Property. Computer virus means intrusive codes or programming that are entered into your computer system and interrupt your data processing operation or cause loss to Covered Property.

**(5)** Additional EXCLUSIONS – The following exclusions apply in addition to the Exclusions and Limitations found in this Coverage Form as respects this coverage extension:

We will not pay for a loss caused by or resulting from any of the following:

**(a)** Programming errors or faulty machine instructions, including but not limited to, the inability of Computer Equipment or software to correctly recognize, process, distinguish, interpret or accept one or more dates or times. However, this Exclusion does not apply to the acts of a computer hacker or malicious introduction of a computer virus.

**(b)** Actual work performed upon or service, repair, installation or testing of the covered property. We will, however, pay for the loss or damage caused by a resulting fire.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**INSURED COPY**

02/24/2003   CCP  9697618          NPCOXJAI 0503          PGDM060D J07292      AGENTE    00011993  Page    86

**(6)** The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $10,000 as respects computer equipment and software at a described location and $5,000 for lap top and portable computers (including the software contained within) while in transit or at a location not described in the declarations.

**(7)** The deductible provision as respects this Coverage Extension does not apply to loss or damage to surge protection devices, if there is no loss or damage to other Computer Equipment or Software.

**c.  Claim Data**

You may extend the insurance provided by this coverage form to apply to the necessary and reasonable expenses you incur in preparing claim data from a Covered Cause of Loss when we make a written request for such data following a Covered Cause of Loss. Claim data as used in this Coverage Extension means the cost of taking inventories, making appraisals and preparing other documents that we request. The most we will pay for preparation of claim data under this extension is $1,000. We will not pay for any expenses incurred, directed or billed by and payable to insurance adjusters, legal counsel or their affiliates or subsidiaries or any costs as provided in or incurred due to the LOSS CONDITION – Appraisal. Payment as respects this Coverage Extension will only be made at the time of final loss payment.

**d.  Consequential Loss**

We will pay up to $10,000 in any one occurrence for the consequential loss of undamaged business personal property.

Consequential Loss, as applicable to this Coverage Extension is the loss of value of an undamaged part or parts of a product which becomes unmarketable. It must be unmarketable due to a physical loss or damage to another part or parts of the product caused by a Covered Cause of Loss.

**e.  Exterior Building Glass**

**(1)** We will pay for direct physical loss of or damage to all exterior glass (except stained glass windows) and semi-exterior glass (glass which is on the exterior of the insured premises, but which is interior to an enclosed structure, i.e., an enclosed shopping mall.), including all lettering and ornamentation, located at the described premises and is:

**(a)** Owned by you; or

**(b)** Owned by others but in your care, custody or control.

**(2)** We will also pay for necessary:

**(a)** Expenses incurred to put up temporary plates or board up openings;

**(b)** Repair or replacement of encasing frames; and

**(c)** Expenses incurred to remove or replace obstructions.

**(3)** Paragraph **A.3., Covered Causes of Loss,** and Section **B., Exclusions,** do not apply to this Coverage Extension, except for:

**(a)** Paragraph **B.1.b.** Earth Movement;

**(b)** Paragraph **B.1.c.,** Governmental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.f.,** War and Military Action; and

**(e)** Paragraph **B.1.g.,** Water.

**(4)** We will not pay for loss or damage caused by or resulting from:

**(a)** Wear and tear;

**(b)** Hidden or latent defect;

**(c)** Corrosion; or

**(d)** Rust.

**(5)** The most we will pay for loss or damage by a Covered Cause of Loss under this Coverage Extension as respects exterior building glass, unless otherwise indicated in the Declarations, is $5,000 in any one occurrence.

**f.  Fine Arts**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to loss or damage by a Covered Cause of Loss to your fine arts and fine arts owned by others that are in your care, custody or control.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**INSURED COPY**

02/24/2003  CCP  9697618          NPCOXJAI 0503                    PGDM060D J07292        AGENTE    00011994  Page    87

**(2)** The following Exclusions are added as respects Fine Arts:

We will not pay for loss or damage caused by or resulting from:

**(a)** While fine arts are at any fair or on exhibition;

**(b)** Any repairing, restoration or retouching process;

**(c)** Breakage of art glass windows, stained glass windows, statuary, marbles, glassware, bric-a-brac, porcelains and similar fragile articles, but we will pay for loss or damage caused directly by fire, lightning, aircraft, theft or attempted theft, cyclone, tornado, windstorm, explosion, vandalism, or by accident to a vehicle carrying the property.

**(3)** Fine arts means paintings, etchings, pictures, tapestries, art glass windows, stained glass windows, valuable rugs, statuary, marbles, bronzes, antique silver, manuscripts, porcelains, rare glass, bric-a-brac and similar property of rarity, historical value or artistic merit.

**(4)** The most we will pay for loss or damage under this Coverage Extension is $5,000 in any one occurrence.

**g. Fire Protective Equipment Discharge**

You may extend the insurance provided by this Coverage Form to apply to recharging or refilling of your fire protective devices that are permanently installed in buildings at the described premises when such devices have been discharged by accident or after being used in fighting a fire. This Coverage Extension does not apply to periodic recharge or refilling.

The most we will pay under this Extension is $10,000 for each separate 12 month period of this policy.

**h. Lock Replacement**

You may extend the insurance provided by this Coverage Form to apply to replacement of locks necessitated by theft of Covered Property or theft of keys from your described premises.

The most we will pay for loss under this Coverage Extension is $1,000 in any one occurrence.

**i. Loss Of Refrigeration**

You may extend the insurance provided by this Coverage form to apply to direct physical loss of or damage to your covered Business Personal Property owned by you and used in your business or owned by others and in your care custody or control contained in any refrigeration or cooling apparatus or equipment at a described premises caused by or resulting from the fluctuation or total interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

The most we will pay for loss or damage under this Coverage Extension is $10,000 in any one occurrence.

**j. Newly Acquired or Constructed Property**

**(1)** You may extend the insurance that applies to Buildings to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Coverage Extension is $500,000 at each building in any one occurrence.

**(2)** You may extend the insurance that applies to Business Personal Property to apply to that property at any premises you acquire.

The most we will pay for loss or damage under this Coverage Extension is $250,000 at each building in any one occurrence.

**(3)** Insurance under this Coverage Extension for each newly acquired or constructed property will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 60 days expire after you acquire or begin to construct the property;

**(c)** You report the values to us; or

**(d)** The property is more specifically insured.

We will charge you additional premium for values reported from the date construction begins or you

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

02/24/2003   CCP   9697618          NPCOXJAI 0503      **INSURED COPY**      PGDM060D J07292      AGENTE      00011995   Page      88

acquire the property.

**k. Utility Services — Direct Damage**

You may extend the insurance provided by this Coverage Form to apply to direct physical loss of or damage to Covered Property at a described premises caused by or resulting from the interruption of service as described below to a described premises. The interruption must be caused by or result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

**(1) Water Supply Services,** meaning the following types of property supplying water to the described premises:

    **(a)** Pumping stations; and

    **(b)** Water mains.

**(2) Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

    **(a)** Communication transmission lines, including optic fiber transmission lines;

    **(b)** Coaxial cables; and

    **(c)** Microwave radio relays except satellites.

    It does not include above ground communication lines.

**(3) Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described premises:

    **(a)** Utility generating plants;

    **(b)** Switching stations;

    **(c)** Substations;

    **(d)** Transformers; and

    **(e)** Transmission lines.

    It does not include above ground transmission or distribution lines.

    This provision does apply to property contained in any refrigeration or cooling apparatus or equipment at a described premises.

The most we will pay under this Coverage Extension is $10,000 in any one occurrence.

**l. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences; radio or television antennas (including satellite dishes), including their lead-in wiring, masts, or towers; trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

**(1)** fire;

**(2)** lightning;

**(3)** explosion;

**(4)** riot or civil commotion; or

**(5)** aircraft.

The most we will pay for loss or damage under this Coverage Extension is $10,000, but not more than $500 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**m. Outdoor Signs**

**(1)** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

    **(a)** Owned by you; or

    **(b)** Owned by others but in your care, custody or control.

**(2)** Paragraph **A.3., Covered Causes of Loss**, and Section **B., Exclusions**, do not apply to this Coverage Extension, except for:

    **(a)** Paragraph **B.1.c.**, Governmental Action;

    **(b)** Paragraph **B.1.d.**, Nuclear Hazard; and

Includes copyrighted material of Insurance Services Office, inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**INSURED COPY**

02/24/2003   CCP   9697618          NPCOXJAI 0503                    PGDM060D J07292          AGENTE      00011996   Page      89

    **(c)** Paragraph **B.1.f.,** War and Military Action.

**(3)** We will not pay for loss or damage caused by or resulting from:

    **(a)** Wear and tear;

    **(b)** Hidden or latent defect;

    **(c)** Rust; or

    **(d)** Corrosion.

**(4)** The most we will pay for loss or damage in any one occurrence is $25,000 unless a Limit of Insurance for Outdoor Signs is shown in the Declarations.

**n.  Personal Property Off Premises (Including While in Transit)**

You may extend the insurance that applies to Business Personal Property to apply to Covered Business Personal Property, other than "money" and "securities", while it is in course of transit or temporarily at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Coverage Extension is $10,000 in any one occurrence.

**o.  "Valuable Papers and Records" –  (Other than Accounts Receivable) Cost of Research**

You may extend the insurance that applies to Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged "valuable papers and records" (other than accounts receivable), including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Coverage Extension is $10,000 in any one occurrence at each described premises and $2,500 in any one occurrence at a premises not described in the Declarations.

**p.  Employee Dishonesty**

**(1)** We will pay for direct loss of or damage to Business Personal Property, including "money" and "securities", resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

    **(a)** Cause you to sustain loss or damage; and also

    **(b)** Gain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

        **(i)** Any employee; or

        **(ii)** Any other person or organization.

**(2)** We will not pay for loss or damage:

    **(a)** Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons.

    **(b)** The only proof of which as to its existence or amount is:

        **(i)** An inventory computation; or

        **(ii)** A profit and loss computation.

**(3)** The most we will pay for loss or damage in any one occurrence under this Coverage Extension is $5,000 unless a Limit of Insurance for Employee Dishonesty is shown in the Declarations.

**(4)** All loss or damage:

    **(a)** Caused by one or more persons; or

    **(b)** Involving a single act or series of related acts;

    is considered one occurrence.

**(5)** We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**(6)** This Coverage Extension does not apply to any employee immediately upon discovery by:

    **(a)** You; or

    **(b)** Any of your partners, officers or directors not in collusion with the employee;

    of any dishonest act committed by that employee before or after being hired by you.

**(7)** We will pay only for covered loss or damage discovered no later than one year from the end of the

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**INSURED COPY**

Policy Period.

**(8)** If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Coverage Extension, provided:

    **(a)** This Coverage Extension became effective at the time of cancellation or termination of the prior insurance;

        and

    **(b)** The loss or damage would have been covered by this Coverage Extension had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**(9)** The insurance under paragraph **(8)** above is part of, not in addition to, the Limit of Insurance applying to this Coverage Extension and is limited to the lesser of the amount recoverable under:

    **(a)** This Optional Coverage as of its effective date; or

    **(b)** The prior insurance had it remained in effect.

**(10)** The following DEFINITION is added as respects this Coverage Extension:

    Employee means:

    **(a)** Any natural person:

        **(i)** While in your service (and for 30 days after termination of service); and

        **(ii)** Whom you compensate directly by salary, wages or commissions; and

        **(iii)** Whom you have the right to direct and control while performing services for you; or

    **(b)** Any natural person employed by an employment contractor (for example a temporary employment service)

    while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the premises.

    But employee does not mean any:

    **(a)** Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or any employees of any of the preceding: or

    **(b)** Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

**q. Forgery and Alteration**

    **(1)** We will pay for loss resulting directly from forgery or alteration of, on or in any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

    **(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in 'money', on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay any reasonable legal expenses that you incur in that defense.

    **(3)** The most we will pay for any loss, including legal expenses under this Coverage Extension is $5,000.

**r. Money Orders and Counterfeit Paper Currency**

    We will pay for loss due to the good faith acceptance of:

    **(1)** Any U.S. or Canadian post office, express company, or national or state (or Canadian) chartered bank money order that is not paid upon presentation to the issuer; or

    **(2)** Counterfeit United States or Canadian paper currency

    in exchange for merchandise, "money" or services or as part of a normal business transaction.

    The most we will pay for loss under this Coverage Extension is $5,000.

**s. Money and Securities**

    **(1)** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**23-17 (05/01)**

02/24/2003  CCP  9697618        NPCOXJAI 0503        **INSURED COPY**        PGDM060D J07292        AGENTE        00011998  Page        91

**(a)** Theft, meaning any act of stealing;

**(b)** Disappearance; or

**(c)** Destruction.

**(2)** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

**(a)** Resulting from accounting or arithmetical errors or omissions;

**(b)** Due to the giving or surrendering of property in any exchange or purchase; or

**(c)** Of property contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**(3)** The most we will pay for loss in any one occurrence, unless otherwise shown in the Declarations is the following:

**(a)** $5,000 for Inside the Premises for "money" and "securities" while:

**(i)** In or on the described premises; or

**(ii)** Within a bank or savings institution; and

**(b)** $5,000 for Outside the Premises for "money" and "securities" while anywhere else.

**(4)** All loss:

**(a)** Caused by one or more persons; or

**(b)** Involving a single act or series of related acts;

is considered one occurrence.

**(5)** You must keep records of all "money" and "securities" so we can verify the amount of any loss.

**B. EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Ordinance or Law**

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance or Law, applies whether the loss results from:

**(1)** An ordinance or law that is enforced even if the property has not been damaged; or

**(2)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

except as provided in the Ordinance or Law Additional Coverage.

**b. Earth Movement**

**(1)** Any earth movement (other than sinkhole collapse), such as an earthquake, land-slide, mine subsidence or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for loss or damage caused by that fire or explosion.

**(2)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action results, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust, or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

02/24/2003  CCP  9697618           NPCOXJAI 0503        **INSURED COPY**        PGDM060D J07292        AGENTE       00011999  Page        92

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the loss or damage caused by that fire.

**e. Power Failure**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises, except as provided in Additional Coverage-Equipment Breakdown, Additional Coverage – Time Element – Utility Services and Coverage Extension – Off-Premises Services Interruption – Direct Damage.

But if failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**f. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump, except as provided in the Additional Coverage – Back Up of Sewers and Drains; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **B.1.g.(1)** through **B.1.g.(4)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a. Electrical Apparatus**: Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires, except as provided in Additional Coverage-Equipment Breakdown.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

**b. Consequential Losses**: Delay, loss of use or loss of market, except as provided in Coverage Extension, Consequential Loss.

**c. Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. Other Types of Loss**:

**(1)** Wear and tear;

**(2)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**INSURED COPY**

02/24/2003  CCP  9697618          NPCOXJAI 0503                    PGDM060D J07292        AGENTE      00012000  Page      93

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force, except as provided in Additional Coverage - Equipment Breakdown; or

**(7)** The following causes of loss to personal property:

    **(a)** Dampness or dryness of atmosphere;

    **(b)** Changes in or extremes of temperature; or

    **(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **B.2.d.(1)** through **B.2.d.(7)** results in a "specified cause of loss", building glass breakage, or loss or damage as provided under the Additional Coverage-Equipment Breakdown, we will pay for the loss or damage caused by that "specified cause of loss", building glass breakage, or loss or damage as provided under the Additional Coverage-Equipment Breakdown.

**e. Frozen Plumbing**: Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**f. Dishonesty**: Dishonest or criminal act by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered except as provided in the Coverage Extension – Employee Dishonesty.

**g. False Pretense**: Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h. Exposed Property**: Rain, snow, ice or sleet to personal property in the open.

**i. Collapse**: Collapse, except as provided below in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss, we will pay for loss or damage caused by that Covered Cause of Loss.

**Additional Coverage – Collapse**

**(1)** We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building insured under this policy, if the collapse is caused by one or more of the following:

    **(a)** The "specified causes of loss" or breakage of building glass, all only as insured against in this policy;

    **(b)** Hidden decay;

    **(c)** Hidden insect or vermin damage;

    **(d)** Weight of people or personal property;

    **(e)** Weight of rain that collects on a roof;

    **(f)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **i.(1).(a)** through **i.(1).(e)**, we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation, contributes to the collapse.

**(2)** If the direct physical loss or damage does not involve collapse of a building or any part of a building, we will pay for loss or damage to Covered Property caused by the collapse of personal property only if:

    **(a)** The personal property which collapses is inside a building insured under this policy; and

    **(b)** The collapse was caused by a cause of loss listed in **i.(1)(a)** through **i.(1)(f)** above.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**INSURED COPY**

02/24/2003   CCP   9697618          NPCOXJAI 0503                PGDM060D J07292        AGENTE      00012001   Page      94

(3) With respect to the following property:

    **(a)** Awnings;

    **(b)** Gutters and downspouts;

    **(c)** Yard fixtures;

    **(d)** Outdoor swimming pools;

    **(e)** Piers, wharves and docks;

    **(f)** Beach or diving plafforms or appurtenances;

    **(g)** Retaining walls; and

    **(h)** Walks roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in **i.(1)(b)** through **i.(1)(f)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the collapse of a building insured under this policy and the property is covered Property under this policy.

**(4)** Collapse does not include settling, cracking, shrinkage, bulging or expansion.

**j.** **Pollution:** We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss."

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

**a.** **Weather Conditions**: Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

**b.** **Acts or Decisions**: Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** **Negligent Work:** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting.

**(2)** Design, specifications, workmanship, re-pair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4.** **Business Income and Extra Expense Exclusions**. We will not pay for:

**a.** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

**(1)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the re-building in repair or replacement by strikers or other persons; or

**(2)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

**b.** Any other consequential loss.

**5.** **Accounts Receivable and "Valuable Papers and Records" (other than Accounts Receivable) Exclusions**

The following additional exclusions apply to the Accounts Receivable and "valuable papers and records" (other than Accounts Receivable) Coverage Extensions:

**a.** We will not pay for loss or damage caused by or resulting from electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

**(1)** Programming errors or faulty machine instructions;

**(2)** Faulty installation or maintenance of data processing equipment or component parts;

But we will pay for direct loss or damage caused by lightning.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**INSURED COPY**

**b.** Applicable to "valuable papers and records" (other than Accounts Receivable) only:

We will not pay for loss or damage caused by or resulting from any of the following:

**(1)** Errors or omissions in processing or copying. But If error or omissions in processing or copying results in fire or explosion, we will pay for the direct loss or damage caused by the fire or explosion.

**(2)** Wear and tear, gradual deterioration or latent defect.

**c.** Applicable to Accounts Receivable only:

We will not pay for:

**(1)** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities", or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**(2)** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**(3)** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

## C. LIMITS OF INSURANCE

**1.** The most we will pay for loss of or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**2.** The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

**3. Automatic Increase**

**a. Building Limit**

**(1)** The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.

**(2)** The amount of increase will be:

**(a)** The Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times

**(b)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 4% is .04) times

**(c)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Building limit, divided by 365.

**Example:**

**If:** The applicable building limit is $100,000. The annual percentage increase is 4%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is $100,000 X .04 X 146/365 = $1,600

**b. Business Personal Property Limit**

**(1)** The Limit of Insurance for Business Personal Property will automatically increase by the annual percentage shown in the Declarations.

**(2)** The amount of increase will be:

**(a)** The Business Personal Property limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Business Personal Property limit, times

**(b)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 2% is .02) times

**(c)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Business Personal Property limit, divided by 365.

**Example:**

**If:** The applicable business personal property limit is $50,000. The annual percentage increase is 2%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is $50,000 X .02 X 146/365 = $400

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**4. Business Personal Property Limit - Seasonal Increase**

    **a.** The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

    **b.** This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

        **(1)** The 12 months immediately preceding the date the loss or damage occurs; or

        **(2)** The period of time you have been in business as of the date the loss or damage occurs.

## D. DEDUCTIBLES

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

**2.** We will deduct from any loss or damage under all of the following Coverages in any one occurrence the Deductible shown in the Declarations or $250, whichever is less:

    **a.** Money and Securities;

    **b.** Employee Dishonesty;

    **c.** Exterior Glass; and

    **d.** Outdoor Signs.

But this deductible will not increase the deductible shown in the Declarations. This deductible will be used to satisfy the requirements of the deductible in the Declarations.

**3.** No deductible applies to the following Additional Coverages:

    **a.** Fire Department Service Charge;

    **b.** Business Income; and

    **c.** Extra Expense.

## E. PROPERTY LOSS CONDITIONS

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each part will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    **a.** Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

    **a.** You must see that the following are done in the event of loss or damage to Covered Property:

        **(1)** Notify the police if a law may have been broken.

        **(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

        **(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

        **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the covered Property for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

        **(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

        **(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**INSURED COPY**

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**(9)** Resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required about any matter relating to this insurance or claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**5. Limitation - Electronic Media and Records**

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

**a.** 60 consecutive days from the date of direct physical loss or damage; or

**b.** The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

**(1)** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**(2)** Data stored on such media; or

**(3)** Programming records used for electronic data processing or electronically controlled equipment.

**Example No. 1:**

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1-September 1. Loss during the period September 2-October 1 is not covered.

**Example No. 2:**

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1-September 29 (60 consecutive days). Loss during the period September 30-October 15 is not covered.

**6. Loss Payment**

In the event of loss or damage covered by this policy:

**a.** At our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** Except as provided in (2) through (11) below, we will determine the value of Covered Property as follows:

**(1)** At replacement cost without deduction for depreciation, subject to the following:.

**(a)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**INSURED COPY**

02/24/2003  CCP  9697618          NPCOXJAI 0503                    PGDM060D J07292      AGENTE      00012005  Page      98

settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(b)** We will not pay on a replacement cost basis for any loss or damage:

  **(i)** Until the lost or damaged property is actually repaired or replaced; and

  **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**(c)** We will not pay more for loss or damage on a replacement cost basis than the least of:

  **(i)** The cost to replace, on the same premises, the lost or damaged property with other property:

    **i.** Of comparable material and quality; and

    **ii.** Used for the same purpose; or

  **(ii)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**(2)** If the "Buildings - Actual Cash Value "option applies, as shown in the Declarations, paragraph **(1)** above does not apply to buildings unless the replacement cost of the damaged or destroyed part or parts of the building is less than $5,000. If $5,000 or more, we will determine the value of buildings at Actual Cash Value.

**(3)** The following property at actual cash value:

  **(a)** Used or second-hand merchandise held in storage or for sale;

  **(b)** Property of others, but this property is not covered for more than the amount for which you are liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others;

  **(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

  **(d)** Manuscripts;

**(4)** Fine arts, works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac at the least of:

  **(a)** The cost of reasonably restoring that property to its condition immediately before the loss or damage;

  **(b)** The cost of replacing the property with substantially identical property; or

  **(c)** The Fair Market Value. Fair Market Value means the reasonable price at which property would change hands between a willing buyer and seller, each having reasonable knowledge of all the pertinent facts and neither being under pressure to buy or sell.

**(5)** Glass at the cost of replacement with safety glazing material if required by law.

**(6)** Tenants' Improvements and Betterments at:

  **(a)** Replacement cost if you make repairs promptly.

  **(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

    **(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

    **(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

    If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

  **(c)** Nothing if others pay for repairs or replacement.

**(7)** "Valuable Papers and Records", including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

  **(a)** Blank materials for reproducing the records; and

  **(b)** Labor to transcribe or copy the records.

  This condition does not apply to "valuable papers and records" that are actually replaced or restored.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

02/24/2003   CCP   9697618          NPCOXJAI 0503          **INSURED COPY**          PGDM060D J07292      AGENTE     00012006  Page     99

**(8)** Computer Equipment and related Software

We will not pay for any loss or damage on a replacement cost basis if repair or replacement is not possible. If repair or replacement with identical property is not possible, we will pay the cost to replace that property with similar property capable of performing the same functions.

**(9)** The value of software will be the actual cost of replacing or reproducing the lost or damaged data from backup, duplicate, non-software sources or the actual cost of a re-license fee. If it is not replaced or reproduced, we will pay the cost of replacing the blank tapes, cartridges, or other media.

**(10)** Applicable only to the Coverage Extension – Money And Securities:

    **(a)** "Money" at its face value; and

    **(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(11)** Applicable only to Accounts Receivable:

    **(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

        **(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

        **(ii)** We will adjust the total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

    **(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

        **(i)** The amount of the accounts which there is no loss or damage;

        **(ii)** The amount of the accounts that you are able to re-establish or collect;

        **(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

        **(iv)** All unearned interest and service charges.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn statement of loss, if;

    **(1)** You have complied with all of the terms of this policy; and

    **(2) (a)** We have reached agreement with you on the amount of loss; or

        **(b)** An appraisal award has been made.

## 7. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## 8. Resumption of Operations

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

## 9. Vacancy

  **a. Description of Terms**

    **(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1) (a)** and **(1) (b)** below:

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**23-17 (05/01)**                                                                                             **Page 24 of 27**

**INSURED COPY**

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough Business Personal Property to conduct customary operations.

**(b)** When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its total square footage:

**(i)** Is not rented; or

**(ii)** Is not used to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Cause of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted Theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**F. PROPERTY GENERAL CONDITIONS**

**1. Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**2. Jurisdictional Inspections**

If any Covered Property requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**3. Mortgage Holders**

**a.** The term "mortgage holder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

**(1)** Pays any premium due under this policy at our request if you have failed to do so;

**(2)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this policy will then apply directly to the mortgage holder.

**e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy;

**(1)** The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**23-17 (05/01)**                                                                 **Page 25 of 27**

**INSURED COPY**

02/24/2003  CCP  9697618          NPCOXJAI 0503          PGDM060D J07292      AGENTE      00012008  Page    101

impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

**4. No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**5. Policy Period, Coverage Territory**

Under this form:

**a.** We cover loss or damage commencing;

    **(1)** During the policy period shown in the Declarations; and

    **(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

    **(1)** The United States of America (including its territories and possessions);

    **(2)** Puerto Rico; and

    **(3)** Canada.

## G. DEFINITIONS

**1.** "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value; and

**b.** Travelers checks, register checks and money orders held for sale to the public.

**2.** "Operations" means your business activities occurring at the described premises.

**3.** "Period of Restoration" means the period of time that:

**a.** Begins immediately after the time of direct physical loss or damage caused by or resulting from any Covered Cause of loss at the described premises; and

**b.** Ends on the earlier of:

    **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

    **(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

    **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

    **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

**INSURED COPY**

02/24/2003  CCP  9697618          NPCOXJAI 0503                      PGDM060D J07292      AGENTE      00012009  Page      102

but does not include "money".

6. **"Specified Causes of Loss"** means the following:

Fire, lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

  (1) The cost of filling sinkholes; or

  (2) Sinking or collapse of land into man-made underground cavities.

b. Falling objects does not include loss of or damage to:

  (1) Personal property in the open; or

  (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

7. **"Valuable Papers and Records"** mean inscribed, printed or written:

a. Documents;

b. Manuscripts; and

c. Records;

Including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean:

d. "Money' or "Securities";

e. Converted Data;

f. Programs or instructions used in your data processing operations, including the materials on which the data is recorded.

includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1996, 1998

02/24/2003   CCP   9697618              NPCOXJAI 0503          **INSURED COPY**        PGDM060D J07292        AGENTE      00012010   Page      103

# QUICK REFERENCE
# CUSTOM COMMERCIAL PROTECTOR PROPERTY COVERAGE FORM

## READ YOUR POLICY CAREFULLY

Your CUSTOM COMMERCIAL PROTECTOR Property Coverage Form consists of a Declarations, Policy Form and Endorsements, if applicable. Following is a Quick Reference indexing of the principle provisions contained in each of the components making up the policy, listed in sequential order.

**DECLARATIONS**

**POLICY FORM**

  A.  COVERAGE
      1.  Covered Property
          a.  Buildings
          b.  Business Personal Property
      2.  Property Not Covered
      3.  Covered Causes of Loss
      4.  Limitations
      5.  Additional Coverages-Time Element
          a.  Business Income
          b.  Extra Expense
          c.  Civil Authority
      6.  Additional Coverages-Other Than Time Element
          a.  Back Up of Sewers or Drains
          b.  Debris Removal
          c.  Equipment Breakdown
          d.  Fire Department Service Charge
          e.  Ordinance or Law
          f.  Personal Effects and Property of Your Employees
          g.  Preservation of Property
          h.  Pollutant Clean Up and Removal
          i.  Reward Coverage
      6.  Coverage Extensions
          a.  Accounts Receivable
          b.  Computer Equipment & Software
          c.  Claims Data
          d.  Consequential Loss
          e.  Exterior Building Glass
          f.  Fine Arts
          g.  Fire Protective Equipment Discharge
          h.  Lock Replacement
          i.  Loss of Refrigeration
          j.  Newly Acquired or Constructed Property
          k.  Utility Services-Direct Damage
          l.  Outdoor Property
          m.  Outdoor Signs
          n.  Personal Property Off Premises (Including While in Transit)
          o.  Valuable Papers And Records (Other Than Accounts Receivable) Cost of Research
          p.  Employee Dishonesty
          q.  Forgery and Alteration
          r.  Money Orders and Counterfeit Paper Currency

02/24/2003  CCP  9697618          NPCOXJAI 0503     **INSURED COPY**     PGDM060D J07292     AGENTE     00012012  Page     105

s.  Money and Securities

B.  EXCLUSIONS

C.  LIMITS OF INSURANCE

D.  DEDUCTIBLES

E.  PROPERTY LOSS CONDITIONS
1.  Abandonment
2.  Appraisal
3.  Duties In The Event Of Loss Or Damage
4.  Legal Action Against Us
5.  Limitations - Electronic Media and Records
6.  Loss Payment
7.  Recovered Property
8.  Resumption of Operations
9.  Vacancy

F.  PROPERTY GENERAL CONDITIONS
1.  Control of Property
2.  Jurisdictional Inspections
2.  Mortgage Holders
3.  No Benefit to Bailee
4.  Policy Period, Coverage Territory

G.  DEFINITIONS
1.  "Money"
2.  Operations
3.  Period of Restoration
4.  Pollutants
5.  "Securities"
6.  Specified Causes of Loss
7.  "Valuable Papers and Records"

**ENDORSEMENTS (IF Any)**

02/24/2003   CCP   9697618          NPCOXJAI 0503      **INSURED COPY**     PGDM060D J07292      AGENTE     00012013   Page     106

# QUICK REFERENCE
# CUSTOM COMMERCIAL PROTECTOR GENERAL LIABILITY COVERAGE FORM

## READ YOUR POLICY CAREFULLY

Your CUSTOM COMMERCIAL PROTECTOR General Liability Coverage Form consists of a Declarations, Policy Form and Endorsements, if applicable. Following is a Quick Reference indexing of the principle provisions contained in each of the components making up the policy, listed in sequential order.

**DECLARATIONS**

**POLICY FORM**

    **SECTION I - COVERAGES**

        **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**
          1.  Insuring Agreement
          2.  Exclusions

        **COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY**
          1.  Insuring Agreement
          2.  Exclusions

        **COVERAGE C. MEDICAL PAYMENTS**
          1.  Insuring Agreement
          2.  Exclusions

        **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

    **SECTION II - WHO IS AN INSURED**

    **SECTION III - LIMITS OF INSURANCE**

    **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**
      1.  Bankruptcy
      2.  Duties In The Event Of Occurrence, Offense, Claim Or Suit
      3.  Legal Action Against Us
      4.  Other Insurance
      5.  Premium Audit
      6.  Representations
      7.  Separation Of Insureds
      8.  Transfer Of Rights Of Recovery Against Others To Us
      9.  When We Do Not Renew

    **SECTION V - DEFINITIONS**

**ENDORSEMENTS (IF Any)**

02/24/2003  CCP  9697618          NPCOXJAI 0503      **INSURED COPY**      PGDM060D J07292      AGENTE      00012014  Page      107

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

2. **Cancellation Of Policies In Effect For Less Than 60 Days**

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

3. **Cancellation Of Policies In Effect For 60 Days Or More**

   If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

   **a.** You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

   **b.** You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

   **c.** A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

   **d.** Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

   **e.** Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

   **f.** Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

This policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

© ISO Properties, Inc., 2001

**IL 02 46 07 02**

**Page 1 of 2**

4.  We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

5.  Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6.  If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

7.  If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

B.  The following are added and supersede any provisions to the contrary:

**1. Nonrenewal**

If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

**2. Increase Of Premium**

If we increase your renewal premium, we will mail or deliver to the first Named Insured written notice of our intent to increase the premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

© ISO Properties, Inc., 2001

INSURED COPY

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

**1.** Surveys;

**2.** Consultation or advice; or

**3.** Inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

**1.** If the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;

**2.** To consultation services required to be performed under a written service contract not related to a policy of insurance; or

**3.** If any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.

---

**Instruction to Policy Writers**

Attach the Pennsylvania Notice to all new and renewal certificates insuring risks located in Pennsylvania.

---

© ISO Properties, Inc., 2001

**IL 09 10 07 02**                                                                                               **Page 1 of 1**

**INSURED COPY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PREMIUM AUDIT ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

**A.** Paragraph **2.** of the **Premium Audit** Common Policy Condition is replaced by the following:

**2.** Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

© ISO Properties, Inc., 2001

**BP 04 96 10 01**

02/24/2003  CCP  9697618            NPCOXJAI 0503        **INSURED COPY**        PGDM060D  J07292        AGENTE      00012020  Page      113

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM (WITH LIMITED EXCEPTION) AND EXCLUSION OF WAR AND MILITARY ACTION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM

**A.** The **War And Military Action Exclusion** is replaced by the following exclusion. With respect to any Coverage Form to which the War And Military Action Exclusion does not apply, that exclusion is hereby added as follows.

**WAR AND MILITARY ACTION EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

1. War, including undeclared or civil war; or

2. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

3. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

With respect to any action that comes within the terms of this exclusion and involves nuclear reaction or radiation, or radioactive contamination, this War And Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

**B.** Regardless of the amount of damage and losses, the Terrorism Exclusion applies to any incident of terrorism:

1. That involves the use, release or escape of nuclear materials, or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

2. That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

3. In which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

Except as provided in **B.1.**, **B.2.** or **B.3.** above, the Terrorism Exclusion will only apply to an incident of terrorism in which the total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of terrorism which occur within a 72-hour period and appear to be carried out in concert or to have a related purposed or common leadership will be deemed to be one incident.

The preceding paragraph describes the threshold used to measure the magnitude of an incident of terrorism and the circumstances in which the threshold will apply, for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of terrorism, there is no coverage under this Coverage Form.

In the event of any incident of terrorism that is not subject to the Terrorism Exclusion, coverage does not apply to any element of loss or damage that is otherwise excluded under this Coverage Form.

Copyright ISO Properties, Inc., 2001

BP 05 12 01 02

02/24/2003  CCP  9697618          NPCOXJAI 0503          **INSURED COPY**          PGDM060D J07292          AGENTE          00012022  Page          115

**TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by terrorism, including action in hindering or defending against an actual or expected incident of terrorism. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But if terrorism results in fire, we will pay for the loss or damage caused by that fire. However, this exception for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the exception does not apply to insurance provided under the Business Income and/or Extra Expense Additional Coverages.

Terrorism means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

But with respect to any such activity that also comes within the terms of the War And Military Action Exclusion, that exclusion supersedes this Terrorism Exclusion.

In the event of an incident of terrorism that involves nuclear reaction or radiation, or radioactive contamination, this Terrorism Exclusion supersedes the Nuclear Hazard Exclusion.

Copyright ISO Properties, Inc., 2001

BP 05 12 01 02

**INSURED COPY**

02/24/2003   CCP  9697618          NPCOXJAI 0503          PGDM060D J07292      AGENTE    00012023  Page    116

IN WITNESS WHEREOF, the Company identified on the Declarations has caused this policy to be executed and attested on its behalf by its Secretary and President at Keene, New Hampshire, and countersigned on the Declarations by a duly authorized representative of the Company. In a state where a countersignature is not required, no policy shall be deemed invalid due to the absence of a countersignature.

*Jane F. Taylor*

**Jane F. Taylor**
**Secretary**

*Michael R. Christiansen*

**Michael R. Christiansen**
**President**

**996-431C (12/00)**

02/24/2003   CCP   9697618          NPCOXJAI 0503                    PGDM060D J07292        AGENTE      00012025  Page      118