

**Peerless Insurance**™
Member of Liberty Mutual Group

Po Box 8851
Camp Hill, PA 17001-8851
717-303-2343
1-800-382-1223 ext 2343
Fax 717-303-2289
Email: Eric.Hovan@Peerless-ins.com

CERTIFIED MAIL RETURN RECEIPT REQUESTED

June 1, 2005

US Sewer and Drain Inc
Attn: Jeremy Bowman
Po Box 1072
1100 Wood Lane
Langhorne PA 19047

Claim #902594680 US
Insured: US Sewer and Drain Inc.
Claimant: Monarch Construction
Loss Date: 12-1-04

Dear Mr. Bowman:

Peerless Insurance is in receipt of a claim presented by Monarch Construction's insurance carrier, Hartford Insurance. They allege that you were hired to install a pipe liner for a stretch of underground piping in Washington DC. The pipe liner is not laying flat against the pipe and the pipe must be removed and replaced. Your company was hired as a subcontractor by the general contractor, Monarch Construction. We understand the pipe continues to be used is its current condition and no resultant damage is noted.

Peerless Insurance writes your commercial general liability insurance under policy #CCP9697618 with effective dates of February 24, 2004 to February 24, 2005. Liability limits are $1,000,000.

Please be advised that this incident does not constitute an occurrence under your policy. Also, the damages do not fall within the definition of property damage. If it is argued that this was an occurrence with property damage resulting, there are specific exclusions resulting from damage to property, damage to your product, and damage to your work. Therefore, Peerless Insurance will provide neither defense nor indemnity for this claim.

We refer you to your Custom Commercial Protector General Liability Coverage Form ( 23-3 10/01). Your policy states the following.

Section I-Coverages

Coverage A. Bodily Injury and Property Damage Liability



EXHIBIT
2



RECEIVED
JUN 6 2005
By_____

1. Insuring Agreement.
    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against ant "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:
        (1) The amount we will pay for damages is limited as described in Limits of Insurance(Section III) and
        (2) Our rights and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

    b. This insurance applies to "bodily injury" and "property damage" only if:
        (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and
        (2) The "bodily injury" or "property damage" occurs during the policy period.

2. Exclusions.

    This insurance does not apply to:

        j. Damage to Property:
           "Property damage" to:

            (5) That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or
            (6) That particular part of any property that must be restored, repaired or replaced because "you work" was incorrectly performed on it.

           Paragraph (6) of this exclusion does not apply to "property damage" included in the "products- completed operations hazard."

        k. Damage to Your Product
           "Property damage" to "your product" arising out of it or any part of it.

        l. Damage to Your Work
           "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."
           This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

        m. Recall of Products, Work or Impaired Property

2

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:
(1) "Your product";
(2) "Your work"; or
(3) "impaired property";
if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

## SECTION V- DEFINITIONS

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

16. "Products-completed operations hazard":
    a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:
       (1) Products that are still in your physical possession; or
       (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:
          (a) When all of the work called for in your contract has been competed.
          (b) When all of the work to be done at the job site has been completed if your contract calls for work at more that one job site.
          (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.
       Work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete, will be treated as completed.

17. "Property Damage" means:
    a. Physical injury to tangible property, including all resulting loss of us of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or
    b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

21. "Your product" means:
    a. Any good or product, other than real property, manufactured, sold, handled, distributed or disposed of by:
       (1) You;
       (2) Others trading under your name; or
       (3) A person or organization whose business or assets you have acquired; and
    b. Containers, material, parts or equipment furnished in connection with such goods or products.
    "Your product" includes:
    a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of" your product;" and
    b. The providing of or failure to provide warnings or instructions

3

19. "Your work" means;
    a. Work or operations performed by you or on your behalf; and
    b. Materials, parts or equipment furnished in connection with such work or operations.
    "Your work" includes:
    a. Warranties or representations made at any time with respects to the fitness, quality, durability, performance or use of "your work"; and
    b. The providing of or failure to provide warnings and instructions.

The foregoing in no way constitutes, nor should it be construed as a waiver or a relinquishment by Peerless Insurance of any and all other defenses available to it under the terms and provisions of the above referenced policy of insurance. Nothing in this document nor any act of Peerless Insurance is to be construed as a waiver of any known or unknown defense. Additionally, the foregoing in no way restricts or limits Peerless Insurance from relying upon and asserting other facts and grounds that are or may become, available to it.

If you have any additional information that would affect our determination pertaining to this denial, please call me at 1-800-732-3700 at extension 2343. Thank you.

Very truly yours,

Eric A. Hovan
Claim Analyst

Cc D E Love Associates Inc
Cc Attorney Jim Shrimp