**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONARC CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06-cv-00493-HHK |
| U.S. SEWER & DRAIN, INC., *et al.*, | ) |
| Defendants. | ) |
| U.S. SEWER & DRAIN, INC. | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| PERMA-LINER INDUSTRIES, INC., *et al.*, | ) |
| Third-Party Defendants. | ) |
| U.S. SEWER & DRAIN, INC., *et al.*, | ) |
| Third-Party Plaintiffs, | ) |
| v. | ) |
| PEERLESS INSURANCE COMPANY, | ) |
| Third-Party Defendant. | ) |

**U.S. SEWER'S AMENDED MOTION FOR LEAVE TO FILE SURREPLY TO THE**
**REPLY OF PLUMMER'S IN SUPPORT OF ITS**
**MOTION FOR SUMMARY JUDGMENT**

00011552/ 1084-002

Third-Party Plaintiff, U.S. Sewer & Drain, Inc. ("U.S. Sewer"), by counsel, hereby files its Amended Motion for Leave to File Surreply to the Reply of Plummer's in Support of its Motion for Summary Judgment, and states as follows:

1. On September 27, 2006, Plummer's Environmental Services, Inc. ("Plummer's") filed a Motion for Summary Judgment ("Motion") against U.S. Sewer in the present case.

2. On October 9, 2006, U.S. Sewer filed an Opposition to the Motion.

3. On October 12, 2006, Plummer's filed a Reply to U.S. Sewer's Opposition to the Motion.

4. U.S. Sewer believes a Surreply serves the interests of justice and is necessary to address Plummer's introduction of new arguments in support of its Motion. U.S. Sewer's proposed Surreply and accompanying Affidavit are attached hereto as Exhibit "A" and incorporated herein.

WHEREFORE, for the reasons set forth herein, U.S. Sewer respectfully requests that this Honorable Court grant U.S. Sewer's request for permission to file a Surreply.

**U.S. SEWER & DRAIN, INC.**

Dated: October 20, 2006        By:    __/s/ Brad C. Friend_____
                                       Daniel J. Kraftson (DC Bar No. 948034)
                                       Brad C. Friend (DC Bar No. 490430)
                                       KRAFTSON CAUDLE LLC
                                       1600 Tysons Boulevard
                                       Suite 250
                                       McLean, Virginia  22102
                                       (703) 873-5500 (telephone)
                                       (703) 873-5519 (facsimile)

                                       *Counsel for the Third-Party Plaintiff*
                                       *U.S. Sewer & Drain, Inc.*

## LCvR 7(m) CERTIFICATION

I hereby certify that on this 20th day of October, 2006, that I discussed this Motion with Counsel for Monarc Construction, Inc., Perma-Liner Industries, Inc., and Plummer's Environmental Services, Inc. At this point in time, Peerless Insurance Company is not represented by Counsel in the present case. Counsel for Monarc Construction, Inc., Perma-Liner Industries, Inc., and Plummer's Environmental Services, Inc. do not oppose this Motion.

    __/s/ Brad C. Friend_____
    Brad C. Friend

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2006, a true copy of the foregoing Amended Motion for Leave to File Surreply to the Reply of Plummer's in Support of its Motion for Summary Judgment was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Gerald I. Katz, Katz & Stone, L.L.P., 8230 Leesburg Pike, Suite 600, Vienna, Virginia 22182, Counsel for Plaintiff Monarc Construction, Inc.; Danielle D. Giroux, Harman Claytor Corrigan & Wellman, P.C., P.O. Box 70280, Richmond, Virginia 23255, Counsel for Third-Party Defendant Perma-Liner Industries, Inc.; William H. Robinson, Jr., Wright Robinson Osthimer & Tatum, 5335 Wisconsin Ave., N.W., Suite 920, Washington, D.C. 20015, Counsel for Third-Party Defendant Plummer's Environmental Services, Inc.

    __/s/ Brad C. Friend_____
    Brad C. Friend

00011552/ 1084-002