UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>U.S. SEWER & DRAIN, INC., et al., )<br>)<br>Defendants. )<br>_____)<br>U.S. SEWER & DRAIN, INC., )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>PERMA-LINER INDUSTRIES, INC., et al.,)<br>)<br>)<br>Third-Party Defendants. )<br>_____) | Case No. 1:06-cv-00493 (HHK) |

**DEFENDANT'S CERTIFICATE REGARDING DISCOVERY**

I HEREBY CERTIFY that on November 2, 2006, I forwarded to counsel of record a copy of *Third-Party Defendant Plummer's Environmental Services, Inc.'s First Request for Production of Documents to Monarc Construction, Inc.,* and that the originals will be retained in my possession, without alteration, until the case is concluded in this Court, the time for noting appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

/s/ William H. Robinson, Jr.
_____

William H. Robinson, Jr., Bar No. 457615
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue, N.W., Suite 920
Washington, D.C. 20015-2030
(202) 244-4668

*Counsel for Third-Party Defendant*
*Plummer's Environmental Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2006, a true copy of the foregoing was served by first-class mail, postage prepaid, upon:

Gerald I. Katz, Esquire
Stephen W. Smith, Esquire
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
703 761-6169 – Facsimile
*Counsel for Plaintiff Monarc Construction, Inc.*

Danielle D. Giroux, Esquire
Harman, Claytor, Corrigan & Wellman. P.C.
P.O. Box 7280
Richmond, VA 23255
804 747-6085 – Facsimile
*Counsel for Third-Party Defendant Perma-Liner Industries, Inc.*

Daniel J. Kraftson, Esquire
Brad C. Friend, Esquire
Kraftson Caudle LLC
1650 Tyson's Boulevard, Suite 650
McLean, Virginia 22102
703-873-5519 – Facsimile
*Counsel for U.S. Sewer & Drain, Inc. And Jeremy R. Bowman*
    *t/o U.S. Sewer & Drain, Inc.*

/s/ William H. Robinson, Jr.
_____
William H. Robinson, Jr.

{D0063063.1 }                    2