AO 441 (Rev. DC - 9/25/03) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PLAINTIFF

**Monarc Construction, Inc.**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

**U.S. Sewer & Drain, Inc.**

THIRD PARTY SUMMONS IN A
CIVIL ACTION

Case Number: 1:06-cv-00493-HHK

V. THIRD PARTY DEFENDANT

**Peerless Insurance Company**

To: Name and address of Third Party Defendant

c/o C T Corporation System, Registered Agent
1015 15th Street NW
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Gerald I. Katz, Esquire<br>Katz & Stone, L.L.P.<br>8230 Leesburg Pike<br>Suite 600<br>Vienna, Virginia 22182 | Daniel J. Kraftson, Esquire<br>Kraftson Caudle LLC<br>1600 Tysons Blvd.<br>Suite 250<br>McLean, Virginia 22102 |

an answer to the third-party complaint which is served on you with this summons, within __20__ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Nancy Mayer-Whittington

CLERK _/s/ [signature]_

(By) DEPUTY CLERK

DATE OCT 24 2006

AO 441 (Rev. DC - 9/25/03) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  October 30, 2006 |
| NAME OF SERVER  Brad C. Friend, Esq. | TITLE  Attorney for U.S. Sewer & Drain, Inc. |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant. Place where served: _____

☐ G  Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

✓ G  Other (specify):  Served via certified mail, return receipt requested, on Peerless Insurance Company's registered agent, CT Corporation System at 1015 15th Street NW, Washington, D.C. 20005

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/9/06
  *Date*

*Signature of Server*

1600 Tysons Blvd., Ste. 250, McLean, VA 22102
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Peerless Insurance Company
c/o CT Corporation System
1015 15th Street NW
Washington, DC 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

