UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
MONARC CONSTRUCTION, INC.          *
                                   *
     Plaintiff,                    *
                                   *   Case No. 1:06-cv-00493-HHK
v.                                 *
                                   *
U.S. SEWER & DRAIN, INC., et al.   *
                                   *
     Defendants                    *
************************************
                                   *
U.S. SEWER & DRAIN, INC.           *
                                   *
     Third-Party Plaintiff         *
                                   *
v.                                 *
                                   *
PEERLESS INSURANCE COMPANY         *
                                   *
     Third-Party Defendant         *
************************************
```

## ANSWER TO THIRD-PARTY COMPLAINT BY
## THIRD-PARTY DEFENDANT PEERLESS INSURANCE COMPANY

COMES NOW the Third-Party Defendant, Peerless Insurance Company, by and through its attorneys, DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and as its Answer to Third-Party Complaint herein, states as follows:

1.  The allegations of paragraph 1 are admitted.

2.  The Third-Party Defendant lacks sufficient knowledge to admit or deny the allegations of paragraph 2.  As such, those allegations are denied.

3.  The Third-Party Defendant admits that Peerless Insurance Company is a New Hampshire corporation.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4. The Third-Party Defendant lacks sufficient knowledge to admit or deny the allegations of paragraph 4 as to the domicile of Mr. Bowman. As such, the allegations of paragraph 4 are denied.

5. The Third-Party Defendant lacks sufficient knowledge to admit or deny the allegations of paragraph 5 for the reasons set forth in paragraph 4 herein.

6. The allegations of paragraph 6 are admitted to the extent that a policy of insurance was issued by Excelsior Insurance Company, bearing the data alleged.

7. The allegations of paragraph 7 are denied.

8. The Third-Party Defendant lacks sufficient knowledge to admit or deny the allegations of paragraph 8. As such, they are denied.

9. The Third-Party Defendant lacks sufficient knowledge to admit or deny the allegations of paragraph 9. As such, they are denied.

10. The allegations of paragraph 10 are admitted upon information and belief as to the allegations of Monarc, without admitting whether the pipe was damaged and needs to be replaced, which is denied.

11. The allegations of this paragraph are admitted upon information and belief.

12. The allegations of this paragraph are admitted to the extent that they recite the allegations of U.S. Sewer & Drain, Inc.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

13. No specific admission or denial is called for by this paragraph.

14. The allegations of paragraph 14 are admitted to the extent of the relief Monarc seeks, and setting forth Monarc's factual allegations. The remainder of paragraph 14 is denied.

15. The allegations of paragraph 15 are denied.

16. The allegations of paragraph 16 are denied.

17. The allegations of paragraph 17 are denied.

18. No specific admission or denial is called for by this paragraph.

19. The allegations of paragraph 19 are denied.

20. The allegations of paragraph 20 are denied.

21. The allegations of paragraph 21 are admitted to the extent of the dates of correspondence. The remaining allegations of paragraph 21 are denied.

22. The allegations of paragraph 22 are denied.

23. The allegations of paragraph 23 are denied.

24. The allegations of paragraph 24 are denied.

**SEPARATE AFFIRMATIVE AND NEGATIVE DEFENSES**

25. The Third-Party Complaint herein fails to state a claim upon which relief can be granted.

26. The Third-Party Plaintiff's claims are barred by lack of privity of contract.

27. The Court lacks subject matter jurisdiction over this matter.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

28. The Court lacks personal jurisdiction over this Third-Party Defendant.

29. The Third-Party Plaintiff has failed to satisfy conditions precedent to recovery, and this matter is unripe.

30. The Third-Party Plaintiff's claims are barred by the applicable statute of limitations.

31. The Third-Party Plaintiff's claims are barred by the statute of frauds.

32. The Third-Party Plaintiff's claims are barred or limited by the Third-Party Plaintiff's failure to mitigate damages.

33. The Third-Party Plaintiff's claims are barred or limited by the economic waste doctrine.

**JURY DEMAND**

This Third-Party Defendant respectfully requests a trial by jury as to all matters and facts alleged in the Third-Party Complaint herein.

                              Respectfully submitted,

                              DeCARO, DORAN, SICILIANO,
                              GALLAGHER & DeBLASIS, LLP

                              /S/
                              Jeffrey T. Brown (Bar No. #421754)
                              4601 Forbes Boulevard
                              Suite 200
                              Lanham, Maryland 20706
                              (301) 306-4300
                              (301) 306-4988 (facsimile)
                              ***Counsel for Third-Party Defendant***
                              ***Peerless Insurance Company***

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Answer to Third-Party Complaint was electronically filed, and mailed, postage prepaid, via first class mail, this 17th day of November, 2006 to:

Daniel J. Kraftson, Esquire
Brad C. Friend, Esquire
Kraftson & Caudle, LLC
1600 Tysons Boulevard
Suite 250
McLean, VA 22102

Gerald I. Katz, Esquire
Stephen W. Smith, Esquire
Katz & Stone, LLP
8230 Leesburg Pike, Suite 600
Vienna, VA 22182

                                                /S/_____
                                                Jeffrey T. Brown

I:\Common\WP\L1\JTB\Monarc v. US Sewer v. Peerless Ins Co\Pleadings\Answer to 3d Party Complaint.wpd

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548