UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONARC CONSTRUCTION, INC., | ) |
| Plaintiff | ) |
| v. | ) Case No. 1:06-cv-00493 (HHK) |
| U.S. SEWER & DRAIN, INC., et al., | ) |
| Defendants. | ) |
| U.S.SEWER & DRAIN, INC., | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| PERMA-LINER INDUSTRIES, INC., et al., | ) |
| Third-Party Defendants. | ) |

**DEFENDANT'S CERTIFICATE REGARDING DISCOVERY**

I HEREBY CERTIFY that on December 1, 2006, I forwarded to counsel of record a copy of *Third-Party Defendant Plummer's Environmental Services, Inc.'s Objections and Responses to Plaintiff's First Interrogatories* and *First Request for Production of Document,* and that the originals will be retained in my possession, without alteration, until the case is concluded in this Court, the time for noting appeal has expired, and any appeal noted has been decided.

{D0063510.1 }

        Respectfully submitted,

        /s/ William H. Robinson, Jr.
        _____
        William H. Robinson, Jr., Bar No. 457615
        WRIGHT, ROBINSON, OSTHIMER & TATUM
        5335 Wisconsin Avenue, N.W., Suite 920
        Washington, D.C.  20015-2030
        (202) 244-4668

        *Counsel for Third-Party Defendant*
        *Plummer's Environmental Services, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2006, a true copy of the foregoing was served by first-class mail, postage prepaid, upon:

| | |
|---|---|
| Gerald I. Katz, Esquire<br>Stephen W. Smith, Esquire<br>Katz & Stone, L.L.P.<br>8230 Leesburg Pike, Suite 600<br>Vienna, Virginia 22182<br>703 761-6169 – Facsimile<br>*Counsel for Plaintiff Monarc Construction, Inc.* | Danielle D. Giroux, Esquire<br>Harman, Claytor, Corrigan & Wellman. P.C.<br>P.O. Box 7280<br>Richmond, VA 23255<br>804 747-6085 – Facsimile<br>*Counsel for Third-Party Defendant Perma- Liner Industries, Inc.* |
| Daniel J. Kraftson, Esquire<br>Brad C. Friend, Esquire<br>Kraftson Caudle LLC<br>1650 Tyson's Boulevard, Suite 650<br>McLean, Virginia 22102<br>703-873-5519 – Facsimile<br>*Counsel for U.S. Sewer & Drain, Inc. And Jeremy R. Bowman t/o U.S. Sewer & Drain, Inc.* | Jeffery T. Brown, Esquire<br>DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP<br>4601 Forbes Blvd., Suite 200<br>Lanham, Maryland 20706<br>*Counsel for Peerless Insurance Company* |

        /s/ William H. Robinson, Jr.
        _____
        William H. Robinson, Jr.