**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| MONARC CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-00493-HHK |
| | ) | |
| U.S. SEWER & DRAIN, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| U.S. SEWER & DRAIN, INC. | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PERMA-LINER INDUSTRIES, INC., *et al*., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| U.S. SEWER & DRAIN, INC., *et al*., | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PEERLESS INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| _____ | ) | |

**NOTICE REGARDING CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the offices of counsel to U.S. Sewer & Drain, Inc.,

Kraftson Caudle, LLC, and its attorneys Daniel J. Kraftson and Brad C. Friend, have moved to

1600 Tysons Boulevard, Suite 250, McLean, Virginia  22102.

00012062/ 1084-002

2

Respectfully submitted,

DATED:  December 7, 2006                KRAFTSON CAUDLE LLC


BY:    __/s/ Brad C. Friend_____
       Daniel J. Kraftson (DC Bar No. 948034)
       Brad C. Friend (DC Bar No. 490430)
       KRAFTSON CAUDLE LLC
       1600 Tysons Boulevard
       Suite 250
       McLean, Virginia  22102
       (703) 873-5500 (telephone)
       (703) 873-5519 (facsimile)

       *Counsel for the Defendants/Third-Party Plaintiffs*
       *U.S. Sewer & Drain, Inc. and Jeremy R. Bowman*
       *t/a U.S. Sewer & Drain, Inc.*

2

00012062/ 1084-002

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December, 2006, a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

Gerald I. Katz
Stephen W. Smith
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
    *Counsel for Plaintiff Monarc Construction, Inc.*

Danielle D. Giroux
Harman Claytor Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
    *Counsel for Third-Party Defendant Perma-Liner Industries, Inc.*

William H. Robinson, Jr.
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
    *Counsel for Third-Party Defendant Plummer's Environmental Services, Inc.*

Jeffrey T. Brown
DeCaro, Doran, Sicilliano, Gallagher & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham, Maryland  20706
    *Counsel for Third-Party Defendant Peerless Insurance Company*

          /s/ Brad C. Friend_____
          Brad C. Friend

3