**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONARC CONSTRUCTION, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>U.S. SEWER & DRAIN, INC., *et al.*, )<br>)<br>    Defendants. )<br>_____)<br>U.S. SEWER & DRAIN, INC., )<br>)<br>    Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>PERMA-LINER INDUSTRIES, INC., *et al.*,)<br>)<br>    Third-Party Defendants. )<br>_____)<br>U.S. SEWER & DRAIN, INC., *et al.*, )<br>)<br>    Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>PEERLESS INSURANCE COMPANY, )<br>)<br>    Third-Party Defendant. ) | Case No. 1:06-cv-00493-HHK |

**JOINT CONSENT MOTION FOR STAY**

COME NOW, all parties to the above-captioned action, by their undersigned counsel, and jointly and by consent move this Honorable Court to stay the instant case as set forth herein. As grounds for this Motion, the parties state as follows:

1.    Pursuant to the Scheduling Order issued by the Court in this action, discovery is scheduled to close on February 2, 2007, the deadline for all dispositive motions is February 19, 2007, and the Pre-Trial Conference is to take place on April 6, 2007.

2. However, many facts and issues material to the above-captioned action are presently unresolved relating to the expected removal and replacement of the stormwater and sewer pipe that is the subject of this matter, including, but not limited to, the scope and costs of such removal and replacement, and the physical condition of the pipe, and the liner installed therein which is also at issue in this matter, which may be observed by the parties upon its removal.

3. As a result of such unresolved matters, the parties presently lack information material to their ability to narrow the disputes underlying the instant action, refine their claims and defenses herein, pursue and respond to discovery, and prepare for trial, as well as their ability to pursue potential settlement of this matter.

4. Accordingly, all parties to this action agree and desire that the above-captioned action should be stayed, under certain agreed terms and conditions, in order to permit the parties further time in which to seek resolution of such matters and pursue potential settlement of this matter, while preserving the resources of, and preventing unnecessary expense by, the parties and the Court.

5. The agreed terms and conditions of the parties' instant Joint Consent Motion are:

    a. Upon the Court's entry of an Order granting a stay, the instant litigation will be suspended in its present state of progress, such that all dates and deadlines which have already passed as of the date of this Joint Consent Motion will not be re-set when and if the stay is later lifted, with the exception of the deadline for service of written discovery requests and the deadline for proponent's R. 26(a)(2) statement solely as those two deadlines apply to Third-Party Defendant Peerless Insurance Company.

    b.    The stay shall be for a period of at least ninety (90) days from the date of the Court's entry of an Order granting the stay, plus such time thereafter unless and until any party moves the Court to lift the stay.

    c.    Upon receipt of a motion to lift the stay, the Court shall, prior to issuing an order to lift the stay, grant the parties such additional time as necessary for all parties to

        (1)    participate in good faith in a mediation of their disputes in this matter; and

        (2)    prepare and submit to the Court a joint report which:

            (i)    advises that the mediation was successful and the stay need not be lifted because the litigation will be dismissed, or

            (ii)    advises that the mediation was unsuccessful, requests that the Court proceed with lifting the stay, and includes the parties' joint proposed new schedule for the remaining dates and deadlines in the litigation.

WHEREFORE, all parties to this action respectfully request that this Honorable Court issue an Order staying the above-captioned matter under the foregoing terms and conditions, and grant such further relief as the Court deems necessary and just.

Respectfully submitted,

**MONARC CONSTRUCTION, INC.**
By Counsel

/s/ Stephen W. Smith
Gerald I. Katz, D.C. Bar No. 237925
Stephen W. Smith, D.C. Bar No. 463900
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
(703) 761-6179 (fax)

**U.S. SEWER & DRAIN, INC. and
JEREMY R. BOWMAN t/a
U.S. SEWER & DRAIN**
By Counsel

_____
Daniel J. Kraftson, D.C. Bar No. 948034
Brad C. Friend, D.C. Bar No. 490430
Kraftson Caudle LLC
1600 Tysons Blvd., Suite 250
McLean, Virginia 22102
(703) 873-5500
(703) 873-5519 (fax)

**PERMA-LINER INDUSTRIES, INC.**
By Counsel

_____
Danielle D. Giroux, D.C. Bar No. 470009
Harman, Claytor, Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
(804) 762-8006
(804) 747-6085 (fax)

**PLUMMER'S ENVIRONMENTAL
SERVICES, INC.**
By Counsel

_____
William H. Robinson, Jr., D.C. Bar #457615
Lawrence Jordan, III, D.C. Bar No. _____
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
(202) 895-7201
(202) 244-5135 (fax)

**PEERLESS INSURANCE COMPANY**
By Counsel

_____
Jeffrey T. Brown, D.C. Bar No. 421754
DeCaro, Doran, Siciliano, Gallagher &
  DeBlasis, LLP
4601 Forbes Blvd., Suite 200
Lanham, Maryland 20706
(301) 306-4300
(301) 306-4988 (fax)

Respectfully submitted,

**MONARC CONSTRUCTION, INC.**
By Counsel

_____
Gerald I. Katz, D.C. Bar No. 237925
Stephen W. Smith, D.C. Bar No. 463900
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
(703) 761-6179 (fax)

**U.S. SEWER & DRAIN, INC. and
JEREMY R. BOWMAN t/a
U.S. SEWER & DRAIN**
By Counsel

/s/ Brad C. Friend
_____
Daniel J. Kraftson, D.C. Bar No. 948034
Brad C. Friend, D.C. Bar No. 490430
Kraftson Caudle LLC
1600 Tysons Blvd., Suite 250
McLean, Virginia 22102
(703) 873-5500
(703) 873-5519 (fax)

**PERMA-LINER INDUSTRIES, INC.**
By Counsel

_____
Danielle D. Giroux, D.C. Bar No. 470009
Harman, Claytor, Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
(804) 762-8006
(804) 747-6085 (fax)

**PLUMMER'S ENVIRONMENTAL
SERVICES, INC.**
By Counsel

_____
William H. Robinson, Jr., D.C. Bar #457615
Lawrence Jordan, III, D.C. Bar No. _____
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
(202) 895-7201
(202) 244-5135 (fax)

**PEERLESS INSURANCE COMPANY**
By Counsel

_____
Jeffrey T. Brown, D.C. Bar No. 421754
DeCaro, Doran, Siciliano, Gallagher &
    DeBlasis, LLP
4601 Forbes Blvd., Suite 200
Lanham, Maryland 20706
(301) 306-4300
(301) 306-4988 (fax)

Respectfully submitted,

| | |
|---|---|
| **MONARC CONSTRUCTION, INC.**<br>By Counsel | **PLUMMER'S ENVIRONMENTAL SERVICES, INC.**<br>By Counsel |

Gerald I. Katz, D.C. Bar No. 237925
Stephen W. Smith, D.C. Bar No. 463900
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
(703) 761-6179 (fax)

**U.S. SEWER & DRAIN, INC. and
JEREMY R. BOWMAN t/a
U.S. SEWER & DRAIN**
By Counsel

Daniel J. Kraftson, D.C. Bar No. 948034
Brad C. Friend, D.C. Bar No. 490430
Kraftson Caudle LLC
1600 Tysons Blvd., Suite 250
McLean, Virginia 22102
(703) 873-5500
(703) 873-5519 (fax)

**PERMA-LINER INDUSTRIES, INC.**
By Counsel

*/s/ Danielle D. Giroux*

Danielle D. Giroux, D.C. Bar No. 470009
Harman, Claytor, Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
(804) 762-8006
(804) 747-6085 (fax)

William H. Robinson, Jr., D.C. Bar #457615
Lawrence Jordan, III, D.C. Bar No. _____
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
(202) 895-7201
(202) 244-5135 (fax)

**PEERLESS INSURANCE COMPANY**
By Counsel

Jeffrey T. Brown, D.C. Bar No. 421754
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
4601 Forbes Blvd., Suite 200
Lanham, Maryland 20706
(301) 306-4300
(301) 306-4988 (fax)

4

Respectfully submitted,

**MONARC CONSTRUCTION, INC.**
By Counsel

**PLUMMER'S ENVIRONMENTAL SERVICES, INC.**
By Counsel

_____
Gerald I. Katz, D.C. Bar No. 237925
Stephen W. Smith, D.C. Bar No. 463900
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
(703) 761-6179 (fax)

_/s/ William H. Robinson, Jr._
William H. Robinson, Jr., D.C. Bar #457615

Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
(202) 895-7201
(202) 244-5135 (fax)

**U.S. SEWER & DRAIN, INC. and JEREMY R. BOWMAN t/a U.S. SEWER & DRAIN**
By Counsel

**PEERLESS INSURANCE COMPANY**
By Counsel

_____
Daniel J. Kraftson, D.C. Bar No. 948034
Brad C. Friend, D.C. Bar No. 490430
Kraftson Caudle LLC
1600 Tysons Blvd., Suite 250
McLean, Virginia 22102
(703) 873-5500
(703) 873-5519 (fax)

_____
Jeffrey T. Brown, D.C. Bar No. 421754
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
4601 Forbes Blvd., Suite 200
Lanham, Maryland 20706
(301) 306-4300
(301) 306-4988 (fax)

**PERMA-LINER INDUSTRIES, INC.**
By Counsel

_____
Danielle D. Giroux, D.C. Bar No. 470009
Harman, Claytor, Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
(804) 762-8006
(804) 747-6085 (fax)

4

Respectfully submitted,

**MONARC CONSTRUCTION, INC.**
By Counsel

**PLUMMER'S ENVIRONMENTAL SERVICES, INC.**
By Counsel

---

Gerald I. Katz, D.C. Bar No. 237925
Stephen W. Smith, D.C. Bar No. 463900
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
(703) 761-6179 (fax)

---

William H. Robinson, Jr., D.C. Bar #457615
Lawrence Jordan, III, D.C. Bar No. _____
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
(202) 895-7201
(202) 244-5135 (fax)

**U.S. SEWER & DRAIN, INC. and JEREMY R. BOWMAN t/a U.S. SEWER & DRAIN**
By Counsel

**PEERLESS INSURANCE COMPANY**
By Counsel

*/s/ Jeffrey P. Brown*

---

Daniel J. Kraftson, D.C. Bar No. 948034
Brad C. Friend, D.C. Bar No. 490430
Kraftson Caudle LLC
1600 Tysons Blvd., Suite 250
McLean, Virginia 22102
(703) 873-5500
(703) 873-5519 (fax)

Jeffrey P. Brown, D.C. Bar No. 421754
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
4601 Forbes Blvd., Suite 200
Lanham, Maryland 20706
(301) 306-4300
(301) 306-4988 (fax)

**PERMA-LINER INDUSTRIES, INC.**
By Counsel

---

Danielle D. Giroux, D.C. Bar No. 470009
Harman, Claytor, Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
(804) 762-8006
(804) 747-6085 (fax)

4

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and accurate copy of the foregoing **JOINT CONSENT MOTION FOR STAY** was electronically filed this 2nd day of January, 2007, with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to the following:

Brad C. Friend, Esquire
Kraftson Caudle LLC
1650 Tysons Blvd., Suite 560
McLean, Virginia 22102
*Counsel for U.S. Sewer & Drain, Inc. and Jeremy R. Bowman t/a U.S. Sewer & Drain*

Danielle D. Giroux, Esquire
Harman, Claytor, Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
*Counsel for Perma-Liner Industries, Inc.*

William H. Robinson, Jr., Esquire
Lawrence Jordan, III, Esquire
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
*Counsel for Plummer's Environmental Services, Inc.*

Jeffrey T. Brown, Esquire
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
4601 Forbes Blvd., Suite 200
Lanham, Maryland 20706
*Counsel for Peerless Insurance Company*

                                      /s/ Stephen W. Smith
                                      Stephen W. Smith

J:\13600.007\Pld\015sws Stay Motion 2nd Draft.doc:bd