IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06-cv-00493-HHK |
| U.S. SEWER & DRAIN, INC., *et al.*, | ) |
| Defendants. | ) |
| U.S. SEWER & DRAIN, INC., | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| PERMA-LINER INDUSTRIES, INC., *et al.*, | ) |
| Third-Party Defendants. | ) |
| U.S. SEWER & DRAIN, INC., *et al.*, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| PEERLESS INSURANCE COMPANY, | ) |
| Third-Party Defendant. | ) |

## ORDER

UPON CONSIDERATION of the parties' Joint Consent Motion for Stay ("Motion"), it is by the United States District Court for the District of Columbia, this ___ day of _____, 200__,

**ORDERED** that the parties' Motion be and hereby is **GRANTED**, and it is further

**ORDERED** that the instant action be and hereby is **STAYED** as follows:

1. The above-captioned matter is hereby suspended in its present state of progress,

such that all dates and deadlines which have already passed as of the date of filing of the Motion will not be re-set when and if the stay is lifted, with the exception of the deadline for service of written discovery requests and the deadline for proponent's R. 26(a)(2) statement solely as those two deadlines apply to Third-Party Defendant Peerless Insurance Company.

2. The stay shall be for a period of ninety (90) days from the date of this Order, plus such time thereafter unless and until any party moves the Court to lift the stay.

3. Upon receipt of a motion to lift the stay, the Court shall, prior to issuing an order to lift the stay, grant the parties such additional time as necessary for all parties to

   a. participate in good faith in a mediation of their disputes in this matter; and

   b. prepare and submit to the Court a joint report which:

      (i) advises that the mediation was successful and the stay need not be lifted because the litigation will be dismissed, or

      (ii) advises that the mediation was unsuccessful, requests that the Court proceed with lifting the stay, and includes the parties' joint proposed new schedule for the remaining dates and deadlines in the litigation.

_____
Judge Henry H. Kennedy
U.S. District Court for the District of Columbia

Copies to:

Gerald I. Katz, Esquire
Stephen W. Smith, Esquire
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
*Counsel for Monarc Construction, Inc.*

Daniel J. Kraftson, Esquire
Brad C. Friend, Esquire
Kraftson Caudle LLC
1650 Tysons Blvd., Suite 560
McLean, Virginia 22102
*Counsel for U.S. Sewer & Drain, Inc. and
 Jeremy R. Bowman t/a U.S. Sewer & Drain*

Danielle D. Giroux, Esquire
Harman, Claytor, Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
*Counsel for Perma-Liner Industries, Inc.*

William H. Robinson, Jr., Esquire
Lawrence Jordan, III, Esquire
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
*Counsel for Plummer's Environmental
  Services, Inc.*

Jeffrey T. Brown, Esquire
DeCaro, Doran, Siciliano, Gallagher &
  DeBlasis, LLP
4601 Forbes Blvd., Suite 200
Lanham, Maryland 20706
*Counsel for Peerless Insurance Company*