UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONARC CONSTRUCTION, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**U.S. SEWER & DRAIN, INC., et al.,**<br><br>**Defendants.** | Civil Action 06-00493 (HHK) |

**ORDER**

On January 3, 2007, the court granted the parties' joint motion to stay the proceedings in this case. The stay is indefinite.

It is this 8th day of May, 2007, hereby

**ORDERED** that the parties shall file a joint status report no later than June 11, 2007.

                                                           Henry H. Kennedy, Jr.
                                                           United States District Judge