UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00493-HHK |
| ) | |
| U.S. SEWER & DRAIN, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| U.S. SEWER & DRAIN, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PERMA-LINER INDUSTRIES, INC., *et al.*,) | |
| ) | |
| Third-Party Defendants. ) | |
| _____) | |
| U.S. SEWER & DRAIN, INC., *et al.*, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PEERLESS INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Defendant. ) | |

## PARTIES' STATUS REPORT

Pursuant to the Court's Order dated May 8, 2007, the parties to the above-entitled action, by counsel, hereby submit this status report to the Court.

Since this Court's granting of the parties' joint motion to stay the proceedings in this case on January 3, 2007, diligent and ongoing efforts have been made to clarify the facts and issues underlying the claims in the instant action. Furthermore, diligent and ongoing efforts have been

made to organize and hold a meeting of representatives of the parties in order to seek a possible resolution of this matter without the need for continued litigation. At present, the parties are close to arranging for such a meeting to take place on June 29, 2007.

Accordingly, the parties desire that the Court permit the stay of this action to remain in place until, pursuant to the terms of this Court's Order of January 3, 2007, any party moves the Court to lift the stay, at which time the Court shall, prior to issuing an order to lift the stay, grant the parties such additional time as necessary for all parties to participate in good faith in a mediation of their disputes in this matter, and then prepare and submit to the Court a joint report which (a) advises that the mediation was successful and the stay need not be lifted because the litigation will be dismissed, or (b) advises that the mediation was unsuccessful, requests that the Court proceed with lifting the stay, and includes the parties' joint proposed new schedule for the remaining dates and deadlines in the litigation.

By the attached signatures of counsel, all parties except Third-Party Defendant Peerless Insurance Company ("Peerless") have evidenced their consent to this report. Diligent efforts have been made to obtain the signature of counsel for Peerless, but a response could not be obtained as of the deadline established by the Court for this Report. However, counsel for Peerless has informed all counsel of record that Peerless has reached agreement with Third-Party Defendant U.S. Sewer & Drain, Inc. to be dismissed from the instant action. Accordingly, the other parties to this action request that the Court permit the stay of this action to remain in place as set forth above.

Respectfully submitted,

**MONARC CONSTRUCTION, INC.**
By Counsel

/s/ Stephen W. Smith
Stephen W. Smith, D.C. Bar No. 463900
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
(703) 761-6179 (fax)

**U.S. SEWER & DRAIN, INC. and
JEREMY R. BOWMAN t/a
U.S. SEWER & DRAIN**
By Counsel

_____
Brad C. Friend, D.C. Bar No. 490430
Kraftson Caudle LLC
1600 Tysons Blvd., Suite 250
McLean, Virginia 22102
(703) 873-5500
(703) 873-5519 (fax)

**PERMA-LINER INDUSTRIES, INC.**
By Counsel

_____
Danielle D. Giroux, D.C. Bar No. 470009
Harman, Claytor, Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
(804) 762-8006
(804) 747-6085 (fax)

**PLUMMER'S ENVIRONMENTAL
SERVICES, INC.**
By Counsel

_____
William H. Robinson, Jr., D.C. Bar #457615
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
(202) 895-7201
(202) 244-5135 (fax)

**PEERLESS INSURANCE COMPANY**
By Counsel

_____
Jeffrey T. Brown, D.C. Bar No. 421754
DeCaro, Doran, Siciliano, Gallagher &
   DeBlasis, LLP
4601 Forbes Blvd., Suite 200
Lanham, Maryland 20706
(301) 306-4300
(301) 306-4988 (fax)

3

Respectfully submitted,

| | |
|---|---|
| **MONARC CONSTRUCTION, INC.**<br>By Counsel<br><br>/s/ Stephen W. Smith<br>Stephen W. Smith, D.C. Bar No. 463900<br>Katz & Stone, L.L.P.<br>8230 Leesburg Pike, Suite 600<br>Vienna, Virginia 22182<br>(703) 761-3000<br>(703) 761-6179 (fax) | **PLUMMER'S ENVIRONMENTAL SERVICES, INC.**<br>By Counsel<br><br>_____<br>William H. Robinson, Jr., D.C. Bar #457615<br>Wright Robinson Osthimer & Tatum<br>5335 Wisconsin Ave., N.W., Suite 920<br>Washington, D.C. 20015<br>(202) 895-7201<br>(202) 244-5135 (fax) |
| **U.S. SEWER & DRAIN, INC. and JEREMY R. BOWMAN t/a U.S. SEWER & DRAIN**<br>By Counsel<br><br>_/s/ Brad C. Friend_<br>Brad C. Friend, D.C. Bar No. 490430<br>Kraftson Caudle LLC<br>1600 Tysons Blvd., Suite 250<br>McLean, Virginia 22102<br>(703) 873-5500<br>(703) 873-5519 (fax) | **PEERLESS INSURANCE COMPANY**<br>By Counsel<br><br>_____<br>Jeffrey T. Brown, D.C. Bar No. 421754<br>DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP<br>4601 Forbes Blvd., Suite 200<br>Lanham, Maryland 20706<br>(301) 306-4300<br>(301) 306-4988 (fax) |
| **PERMA-LINER INDUSTRIES, INC.**<br>By Counsel<br><br>_____<br>Danielle D. Giroux, D.C. Bar No. 470009<br>Harman, Claytor, Corrigan & Wellman, P.C.<br>P.O. Box 70280<br>Richmond, Virginia 23255<br>(804) 762-8006<br>(804) 747-6085 (fax) | |

3

Respectfully submitted,

| | |
|---|---|
| **MONARC CONSTRUCTION, INC.**<br>By Counsel | **PLUMMER'S ENVIRONMENTAL SERVICES, INC.**<br>By Counsel |

/s/ Stephen W. Smith
Stephen W. Smith, D.C. Bar No. 463900
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
(703) 761-6179 (fax)

William H. Robinson, Jr., D.C. Bar #457615
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
(202) 895-7201
(202) 244-5135 (fax)

**U.S. SEWER & DRAIN, INC. and JEREMY R. BOWMAN t/a U.S. SEWER & DRAIN**
By Counsel

**PEERLESS INSURANCE COMPANY**
By Counsel

Brad C. Friend, D.C. Bar No. 490430
Kraftson Caudle LLC
1600 Tysons Blvd., Suite 250
McLean, Virginia 22102
(703) 873-5500
(703) 873-5519 (fax)

Jeffrey T. Brown, D.C. Bar No. 421754
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
4601 Forbes Blvd., Suite 200
Lanham, Maryland 20706
(301) 306-4300
(301) 306-4988 (fax)

**PERMA-LINER INDUSTRIES, INC.**
By Counsel

Danielle D. Giroux, D.C. Bar No. 470009
Harman, Claytor, Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
(804) 762-8006
(804) 747-6085 (fax)

3

Respectfully submitted,

| | |
|---|---|
| **MONARC CONSTRUCTION, INC.**<br>By Counsel | **PLUMMER'S ENVIRONMENTAL SERVICES, INC.**<br>By Counsel |

/s/ Stephen W. Smith
Stephen W. Smith, D.C. Bar No. 463900
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
(703) 761-6179 (fax)

William H. Robinson, Jr., D.C. Bar #457615
Wright Robinson Osthimer & Tatum
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
(202) 895-7201
(202) 244-5135 (fax)

**U.S. SEWER & DRAIN, INC. and JEREMY R. BOWMAN t/a U.S. SEWER & DRAIN**
By Counsel

**PEERLESS INSURANCE COMPANY**
By Counsel

Brad C. Friend, D.C. Bar No. 490430
Kraftson Caudle LLC
1600 Tysons Blvd., Suite 250
McLean, Virginia 22102
(703) 873-5500
(703) 873-5519 (fax)

Jeffrey T. Brown, D.C. Bar No. 421754
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
4601 Forbes Blvd., Suite 200
Lanham, Maryland 20706
(301) 306-4300
(301) 306-4988 (fax)

**PERMA-LINER INDUSTRIES, INC.**
By Counsel

Danielle D. Giroux, D.C. Bar No. 470009
Harman, Claytor, Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
(804) 762-8006
(804) 747-6085 (fax)

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing **PARTIES' JOINT STATUS REPORT** was, this 12th day of June, 2006, electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

>Brad C. Friend, Esquire
>Kraftson Caudle LLC
>1650 Tysons Blvd., Suite 560
>McLean, Virginia 22102
>
>Danielle D. Giroux, Esquire
>Carr Maloney PC
>1615 L St., N.W., Suite 500
>Washington, D.C. 20036
>
>William H. Robinson, Jr., Esquire
>Wright Robinson Osthimer & Tatum
>5335 Wisconsin Ave., N.W., Suite 920
>Washington, D.C. 20015
>
>Jeffrey T. Brown, Esquire
>DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
>4601 Forbes Blvd., Suite 200
>Lanham, Maryland 20706

>/s/ Stephen W. Smith
>Stephen W. Smith

J:\13600.007\Pld\017 Joint Status Report.doc:bd

4