UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC.,     ) | |
|        ) | |
|    Plaintiff,     ) | |
|        ) | |
| v.     ) | Case No. 1:06-cv-00493-HHK |
|        ) | |
| U.S. SEWER & DRAIN, INC., *et al.*,     ) | |
|        ) | |
|    Defendants.     ) | |
| _____) | |
| U.S. SEWER & DRAIN, INC.,     ) | |
|        ) | |
|    Third-Party Plaintiff,     ) | |
|        ) | |
| v.     ) | |
|        ) | |
| PERMA-LINER INDUSTRIES, INC., *et al.*,) | |
|        ) | |
|    Third-Party Defendants.     ) | |
| _____) | |

## **NOTICE OF APPEARANCE OF ANDREW N. FELICE**

TO THE CLERK OF THE COURT:

    Please note the appearance of Andrew N. Felice, counsel for Plaintiff Monarc Construction, Inc. in this action.

                  Respectfully submitted,

                  KATZ & STONE, L.L.P.

/s/ Andrew N. Felice
Andrew N. Felice
D.C. Bar No. 416060
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
afelice@katzandstone.com
703-761-3000
703-761-6179 (fax)
*Counsel for Plaintiff Monarc Construction, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing **NOTICE OF APPEARANCE OF ANDREW N. FELICE** was served by electronic filing and mailed first-class, postage-prepaid this 23rd day of October, 2007, upon:

>Brad C. Friend, Esquire
>Daniel J. Kraftson, Esquire
>Kraftson Caudle LLC
>1600 Tysons Blvd., Suite 250
>McLean, Virginia 22102
>*Counsel for Defendants/Third Party Plaintiffs*
>
>Danielle D. Giroux, Esquire
>Stanley P. Wellman, Esquire
>Harman, Claytor, Corrigan & Wellman, PC
>Post Office Box 70280
>Richmond, VA 23255
>*Counsel for Third-Party Defendant Perma-Liner Industries, Inc.*
>
>Dennis John Quinn, Esquire
>Carr Maloney, PC
>1615 L St., N.W., Suite 500
>Washington, D.C. 20036
>*Counsel for Third-Party Defendant Perma-Liner Industries, Inc.*
>
>William H. Robinson, Jr., Esquire
>Wright Robinson Osthimer & Tatum
>5335 Wisconsin Ave., N.W., Suite 920
>Washington, D.C. 20015-2030
>*Counsel for Third-Party Defendant Plummer's Environmental Services, Inc.*

>/s/ Andrew N. Felice
>Andrew N. Felice
>D.C. Bar No. 416060
>KATZ & STONE, L.L.P.
>8230 Leesburg Pike, Suite 600
>Vienna, Virginia 22182
>afelice@katzandstone.com
>703-761-3000
>703-761-6179 (fax)
>*Counsel for Plaintiff Monarc Construction, Inc.*

J:\13600.007\Pld\018 Notice of Appearance of ANF.doc:maf