# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC.,           ) | |
|           ) | |
|     Plaintiff,           ) | |
|           ) | |
| v.           ) | Case No. 1:06-cv-00493-HHK |
|           ) | |
| U.S. SEWER & DRAIN, INC., *et al.*,           ) | |
|           ) | |
|     Defendants.           ) | |
| _____) | |
| U.S. SEWER & DRAIN, INC.,           ) | |
|           ) | |
|     Third-Party Plaintiff,           ) | |
|           ) | |
| v.           ) | |
|           ) | |
| PERMA-LINER INDUSTRIES, INC., *et al.*,) | |
|           ) | |
|     Third-Party Defendants.           ) | |
| _____) | |

## NOTICE OF WITHDRAWAL OF
## APPEARANCE OF STEPHEN W. SMITH

TO THE CLERK OF THE COURT:

    Please note the withdrawal of appearance of Stephen W. Smith in this action. Mr. Smith is no longer with the firm of Katz & Stone, L.L.P.

                                Respectfully submitted,

                                KATZ & STONE, L.L.P.

/s/ Gerald I. Katz
Gerald I. Katz
D.C. Bar No. 237925
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
703.761.3000
703.761.6179 (fax)
*Counsel for Plaintiff Monarc Construction, Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and accurate copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF STEPHEN W. SMITH** was served by electronic filing and mailed first-class, postage-prepaid this 23rd day of October, 2007, upon:

        Brad C. Friend, Esquire
        Daniel J. Kraftson, Esquire
        Kraftson Caudle LLC
        1600 Tysons Blvd., Suite 250
        McLean, Virginia 22102
        *Counsel for Defendants/Third Party Plaintiffs*

        Danielle D. Giroux, Esquire
        Stanley P. Wellman, Esquire
        Harman, Claytor, Corrigan & Wellman, PC
        Post Office Box 70280
        Richmond, VA   23255
        *Counsel for Third-Party Defendant Perma-Liner Industries, Inc.*

        Dennis John Quinn, Esquire
        Carr Maloney, PC
        1615 L St., N.W., Suite 500
        Washington, D.C. 20036
        *Counsel for Third-Party Defendant Perma-Liner Industries, Inc.*

        William H. Robinson, Jr., Esquire
        Wright Robinson Osthimer & Tatum
        5335 Wisconsin Ave., N.W., Suite 920
        Washington, D.C. 20015-2030
        *Counsel for Third-Party Defendant Plummer's Environmental*
            *Services, Inc.*

                /s/ Gerald I. Katz
                Gerald I. Katz
                D.C. Bar No. 237925
                KATZ & STONE, L.L.P.
                8230 Leesburg Pike, Suite 600
                Vienna, Virginia 22182
                gkatz@katzandstone.com
                703.761.3000
                703.761.6179 (fax)
                *Counsel for Plaintiff Monarc Construction, Inc.*

J:\13600.007\Pld\020 Notice of Withdrawal of Appearance of Stephen Smith.doc:maf