**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONARC CONSTRUCTION, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>U.S. SEWER & DRAIN, INC., *et al.*, )<br>)<br>    Defendants. )<br>_____)<br>U.S. SEWER & DRAIN, INC., )<br>)<br>    Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>PERMA-LINER INDUSTRIES, INC., *et al.*,)<br>)<br>    Third-Party Defendants. )<br>_____)<br>U.S. SEWER & DRAIN, INC., *et al.*, )<br>)<br>    Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>PEERLESS INSURANCE COMPANY, )<br>)<br>    Third-Party Defendant. ) | Case No. 1:06-cv-00493-HHK |

**MOTION FOR ADMISSION *PRO HAC VICE***

    Plaintiff Monarc Construction, Inc., by counsel, in accordance with LCvR 83.2 of the Rules of the United States District Court for the District of Columbia, moves the Court to admit Brian R. Dugdale *pro hac vice* to appear and conduct this case in association with Gerald I. Katz, Esquire. In support of its Motion, Plaintiff states as follows:

    1.    Mr. Dugdale is admitted to practice in Virginia and is an attorney in good standing in Virginia and in the United States District Court for the Eastern District of Virginia.

2. Mr. Dugdale is employed with the law firm of Katz & Stone, L.L.P., 8230 Leesburg Pike, Suite 600, Vienna, Virginia 22182. He will appear in and conduct this case in association with Mr. Katz, who is a member in good standing of the Bar of this Court. Pursuant to LCvR 83.2(d), the declaration of Mr. Dugdale is attached hereto.

WHEREFORE, Plaintiff Monarc Construction, Inc., by counsel, moves the Court to admit Brian R. Dugdale to practice before the Court *pro hac vice* in this case.

Respectfully submitted,

MONARC CONSTRUCTION, INC.

By Counsel

/s/ Gerald I. Katz
Gerald I. Katz
D.C. Bar 237925
Katz & Stone, LLP
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
703.761.3000
703.761.6179 (fax)
gkatz@katzandstone.com
*Counsel for Plaintiff*
*Monarc Construction, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE*** was served by electronic filing and mailed first-class, postage-prepaid this 18th day of December, 2007, upon the parties listed below. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Brad C. Friend, Esquire
    Kraftson Caudle LLC
    1650 Tysons Blvd., Suite 560
    McLean, Virginia 22102
    *Counsel for U.S. Sewer & Drain, Inc. and*
     *Jeremy R. Bowman t/a U.S. Sewer & Drain*

    Danielle D. Giroux, Esquire
    Harman, Claytor, Corrigan & Wellman, P.C.
    Post Office Box 70280
    Richmond, Virginia 23255
    *Counsel for Perma-Liner Industries, Inc.*

    William H. Robinson, Jr., Esquire
    Wright Robinson Osthimer & Tatum
    5335 Wisconsin Ave., N.W., Suite 920
    Washington, D.C. 20015
    *Counsel for Plummer's Environmental Services, Inc.*

    Jeffrey T. Brown, Esquire
    DeCaro, Doran, Siciliano, Gallagher &
     DeBlasis, LLP
    4601 Forbes Blvd., Suite 200
    Lanham, Maryland 20706
    *Counsel for Peerless Insurance Company*


    /s/ Gerald I. Katz
    Gerald I. Katz
    D.C. Bar 237925
    Katz & Stone, LLP
    8230 Leesburg Pike, Suite 600
    Vienna, Virginia 22182
    703.761.3000
    703.761.6179 (fax)
    gkatz@katzandstone.com
    *Counsel for Plaintiff Monarc Construction, Inc.*

J:\13600.007\Pld\021brd Mo Pro Hac Vice.doc:maf