**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONARC CONSTRUCTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00493-HHK |
| ) | |
| U.S. SEWER & DRAIN, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| U.S. SEWER & DRAIN, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PERMA-LINER INDUSTRIES, INC., *et al.*,) | |
| ) | |
| Third-Party Defendants. ) | |
| _____) | |
| U.S. SEWER & DRAIN, INC., *et al.*, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PEERLESS INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Defendant. ) | |

### DECLARATION OF BRIAN R. DUGDALE, ESQUIRE

Pursuant to LCvR 83.2 of the Rules of the United States District Court for the District of Columbia, I, Brian R. Dugdale, declare as follows:

1. I am an associate at the law firm Katz & Stone, L.L.P., 8230 Leesburg Pike, Suite 600, Vienna, Virginia 22182, (703) 761-3000.

2. I am a member in good standing of the Virginia Bar. I have been admitted to the United States District Court for the Eastern District of Virginia.

2

3. I certify that I have not been disciplined by any bar.

4. I have been admitted *pro hac vice* one (1) time in this Court within the last two years.

<u>/s/ Brian R. Dugdale</u>
Brian R. Dugdale
Katz & Stone, LLP
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
703.761.3000
703.761.6179 (fax)
<u>bdugdale@katzandstone.com</u>
*Counsel for Plaintiff*
*Monarc Construction, Inc.*

J:\13600.007\Pld\022brd Pro Hac Vice Declaration.doc:maf