**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MONARC CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-00493-HHK |
| | ) | |
| U.S. SEWER & DRAIN, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| U.S. SEWER & DRAIN, INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PERMA-LINER INDUSTRIES, INC., *et al.*, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| _____ | ) | |
| U.S. SEWER & DRAIN, INC., *et al.*, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PEERLESS INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## **ORDER**

IT IS ORDERED, that Pursuant to United States District Court for the District of Columbia Rules of Civil Procedure, Brian R. Dugdale is hereby admitted *pro hac vice* to represent Plaintiff Monarc Construction, Inc., in the above-captioned matter.

ENTERED this _____ day of _____, 2007.

_____
JUDGE, United States District Court
for the District of Columbia

2

I ASK FOR THIS:

<u>/s/ Gerald I. Katz</u>
Gerald I. Katz
D.C. Bar 237925
Katz & Stone, LLP
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
703.761.3000
703.761.6179 (fax)
gkatz@katzandstone.com
*Counsel for Plaintiff*
*Monarc Construction, Inc.*

J:\13600.007\Pld\023brd Pro Hac Vice Order.doc:maf

2