# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-00493-HHK |
| | ) |
| U.S. SEWER & DRAIN, INC, | ) |
| | ) |
| and | ) |
| | ) |
| JEREMY R. BOWMAN | ) |
| t/a U.S. SEWER & DRAIN, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| U.S. SEWER & DRAIN, INC, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PERMA-LINER INDUSTRIES, INC., | ) |
| and PLUMMER'S ENVIRONMENTAL | ) |
| SERVICES, INC., | ) |
| | ) |
| Third-Party Defendants. | ) |
| _____ | ) |
| | ) |
| U.S. SEWER & DRAIN, INC., *et al.*, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PEERLESS INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Defendant. | ) |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE

Third-Party Defendant Perma-Liner Industries, Inc. ("Perma-Liner"), by counsel, states as follows in support of this Consent Motion to Continue the March 20, 2008 Status Conference:

1. On the parties' joint motion, this Court stayed this action on January 3, 2007. As a condition of the stay, the parties agreed to mediate this dispute.

2. The parties conducted a mediation on March 3, 2008. The following day, the parties and their respective insurance carriers agreed to settle all matters in controversy in this action. The parties have circulated a proposed Settlement Agreement, but it has not been finalized by all parties. Once the Settlement Agreement has been finalized and executed by all ten parties and signatories, Plaintiff has agreed to file a Stipulation of Dismissal.

3. On March 10, 2008, this Court rescheduled the March 21, 2008 status conference to March 20, 2008. The undersigned counsel currently has a conflict on March 20, 2008.

4. All parties have consented to the relief requested in this Motion.

WHEREFORE, Perma-Liner Industries, Inc., with the consent of all parties to this action, respectfully requests that this Honorable Court continue the March 20, 2008 status conference to enable the parties to execute an appropriate Settlement Agreement and file a Stipulation of Dismissal.

Respectfully submitted:


_____/s/_____
Danielle D. Giroux, Esquire
D.C. Bar No. 470009
HARMAN, CLAYTOR, CORRIGAN
  & WELLMAN, P.C.
P. O. Box 70280
Richmond, Virginia 23255
804.747.5200
804.747.6085 – Facsimile
*Counsel for Perma-Liner Industries, Inc.*

# CERTIFICATE

I HEREBY CERTIFY that a true and accurate copy of the foregoing **CONSENT MOTION TO CONTINUE STATUS CONFERENCE** was electronically filed this 19th day of March 2008, with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to the following:

> Gerald I. Katz, Esquire
> KATZ & STONE, LLP
> 8230 Leesburg Pike, Suite 600
> Vienna, Virginia 22181
>
> Brad C. Friend, Esquire
> KRAFTSON CAUDLE LLC
> 1600 Tysons Boulevard, Suite 250
> McLean, VA 22102
>
> William H. Robinson, Jr., Esquire
> D.C. Bar No. 457615
> WRIGHT ROBINSON OSTHIMER & TATUM
> 5335 Wisconsin Avenue, N.W., Suite 920
> Washington, D.C. 20015
>
> Jeffrey T. Brown, Esquire
> D.C. Bar No. 421754
> DECARO, DORAN, SICILIANO, GALLAGHER
>   & DEBLASIS, LLP
> 4601 Forbes Boulevard
> Suite 200
> Lanham, Maryland 20706

                              _____/s/_____
                              Danielle D. Giroux, Esquire
                              D.C. Bar No. 470009
                              HARMAN, CLAYTOR, CORRIGAN
                                & WELLMAN, P.C.
                              P. O. Box 70280
                              Richmond, Virginia 23255
                              804.747.5200
                              804.747.6085 – Facsimile
                              *Counsel for Perma-Liner Industries, Inc.*