UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONARC CONSTRUCTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00493-HHK |
| ) | |
| U.S. SEWER & DRAIN, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| U.S. SEWER & DRAIN, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PERMA-LINER INDUSTRIES, INC., *et al.*,) | |
| ) | |
| Third-Party Defendants. ) | |
| _____) | |
| U.S. SEWER & DRAIN, INC., *et al.*, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PEERLESS INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Defendant. ) | |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Plaintiff, Monarc Construction, Inc. ("Monarc"), by counsel, states as follows in support of this Consent Motion to Continue the May 6, 2008 Status Conference:

1. On the parties' joint motion, this Court stayed this action on January 3, 2007. As a condition of the stay, the parties agreed to mediate this dispute.

2. The parties conducted a mediation on March 3, 2008. The following day, the parties and their respective insurance carriers agreed to settle all matters in controversy in this

action. The parties circulated a proposed Settlement Agreement, which was finalized by all parties and signatories on April 22, 2008.

3.  Monarc has agreed to sign a Stipulation of Dismissal upon all parties' performance of the obligations set forth in the Settlement Agreement, which has not yet occurred. It is anticipated that all parties will perform their respective obligations by May 31, 2008, and a Stipulation of Dismissal will be filed immediately thereafter.

WHEREFORE, Monarc Construction Inc. with the consent of all parties to this action, respectfully requests that this Honorable Court continue the May 6, 2008 status conference to enable the parties to perform all obligations agreed to under the Settlement Agreement and file a Stipulation of Dismissal.

Respectfully submitted

MONARC CONSTRUCTION, INC.

By Counsel

_____\\s\\_____
Gerald I. Katz, D.C. Bar No. 237925
Andrew N. Felice, D.C. Bar No. 416060
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
(703) 761-6179 (fax)
*Counsel for Monarc Construction, Inc.*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and accurate copy of the foregoing **CONSENT MOTION TO CONTINUE STATUS CONFERENCE** was mailed first-class, postage-prepaid and electronically filed with the with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to the following this 5th day of May 2008:

>Danielle D. Giroux, Esquire
>Harmon Claytor Corrigan & Wellman, P.C.
>Post Office Box 70280
>Richmond, Virginia  23255
>
>Brad C. Friend, Esquire
>Kraftson Caudle, LLC
>1600 Tysons Boulevard, Suite 250
>McLean, Virginia 22102
>
>William H. Robinson, Jr., Esquire
>Wright Robinson Osthimer & Tatum
>2101 Wilson Boulevard, Suite 402
>Arlington, Virginia 22201
>
>Jeffrey T. Brown, Esquire
>DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
>4601 Forbes Boulevard, Suite 200
>Lanham, Maryland 20706

                                                /s/
                                   Gerald I. Katz, D.C. Bar No. 237925
                                   Andrew N. Felice, D.C. Bar No. 416060
                                   Katz & Stone, L.L.P.
                                   8230 Leesburg Pike, Suite 600
                                   Vienna, Virginia 22182
                                   (703) 761-3000
                                   (703) 761-6179 (fax)
                                   *Counsel for Monarc Construction, Inc.*

J:\13600.007\Pld\029brd Consent Motion.doc:maf