**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONARC CONSTRUCTION, INC., )<br>　)<br>　Plaintiff, )<br>　)<br>v. )<br>　)<br>U.S. SEWER & DRAIN, INC., *et al.*, )<br>　)<br>　Defendants. )<br>_____)<br>U.S. SEWER & DRAIN, INC., )<br>　)<br>　Third-Party Plaintiff, )<br>　)<br>v. )<br>　)<br>PERMA-LINER INDUSTRIES, INC., *et al.*,)<br>　)<br>　Third-Party Defendants. )<br>_____)<br>U.S. SEWER & DRAIN, INC., *et al.*, )<br>　)<br>　Third-Party Plaintiff, )<br>　)<br>v. )<br>　)<br>PEERLESS INSURANCE COMPANY, )<br>　)<br>　Third-Party Defendant. ) | Case No. 1:06-cv-00493-HHK |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by counsel, represent to the Court that all matters in controversy herein have been settled and stipulate that this action shall be dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By Counsel

/s/ Gerald I. Katz
Gerald I. Katz
D.C. Bar 237925
KATZ & STONE, LLP
8230 Leesburg Pike, Suite 600
Vienna, VA   22182
703-761-3000; 703-761-6179 (fax)
gkatz@katzandstone.com
*Counsel for Plaintiff Monarc Construction, Inc.*

/s/ Brad C. Friend
Brad C. Friend
D.C. Bar No. 490430
KRAFTSON CAUDLE LLC
1600 Tysons Blvd., Suite 250
McLean, VA   22102
703-873-5500; 703-873-5519 (fax)
*Counsel for U.S. Sewer & Drain, Inc. and
 Jeremy R.. Bowman t/a U.S. Sewer & Drain, Inc.*

/s/ Danielle D. Giroux
Danielle D. Giroux
D.C. Bar No. 470009
HARMAN, CLAYTOR, CORRIGAN & WELLMAN, P.C.
Post Office Box 70280
Richmond, VA   23255
804-747-5200; 804-747-6084 (fax)
*Counsel for Perma-Liner Industries, Inc.*

/s/ William H. Robinson, Jr.
William H. Robinson, Jr.
D.C. Bar No. 457615
WRIGHT ROBINSON OSTHIMER & TATUM
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015
202-895-7201; 202-244-5135 (fax)
*Counsel for Plummer's Environmental Services, Inc.*

/s/ Jeffrey T. Brown
Jeffrey T. Brown
D.C. Bar No. 421754
DECARO, DORAN, SICILIANO, GALLAGHER &
  DEBLASIS, LLP
4601 Forbes Blvd., Suite 200
Lanham, MD   20706
301-306-4366; 301-306-4988 (fax)
*Counsel for Peerless Insurance Company*